

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.;<br><br>DOE DEFENDANTS 1 - 20<br><br>Defendants. | Case No.: CV-14-5798 BHS<br><br>**ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This having come before the Court on Plaintiff James A. Bigelow Motion for Temporary Restraining Order and Preliminary Injunction, the Court having reviewed all pleadings filed related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

ORDERED that Plaintiff James A. Bigelow Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED.

//

IT IS SO ORDERED.

_____
HONORABLE
UNITED STATES DISTRICT COURT JUDGE

Presented by:

*/s/ James A. Bigelow*

James A. Bigelow
10018 Cascadian Ave SE
Yelm WA 98597
360-790-2568