1  **WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 256851
2  Lukasz I. Wozniak, Esq., WSBA No. 47290
3  4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
4  Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net
5

6  Attorney for GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
7

8  UNITED STATES DISTRICT COURT

9  WESTERN DISTRICT OF WASHINGTON (TACOMA)

10

11 | JAMES A. BIGELOW                          ) Case No.: 3:14-cv-05798 BHS
12 |                                           )
   |         Plaintiff,                        ) **NOTICE OF APPEARANCE**
13 |                                           )
   | vs.                                       )
14 |                                           )
   | NORTHWEST TRUSTEE SERVICES,               )
15 | INC.; GREEN TREE SERVICING, LLC;          )
16 | MORTGAGE ELECTRONIC                       )
   | REGISTRATION SYSTEMS, INC. and            )
17 | DOE DEFENDANTS 1-20                       )
18 |                                           )
   |         Defendants.                       )

19

20

21  **TO:   THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

22         PLEASE TAKE NOTICE that Renee M. Parker, of Wright, Finlay, & Zak, LLP,

23  without waving defenses of lack of subject matter or personal jurisdiction, improper venue,

24  insufficiency of service of process, failure to state a claim upon which relief may be granted, or

25  any other valid defense, hereby appears for Defendants GREEN TREE LOAN SERVICING

26  LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and requests that

27  all further papers and pleadings, except original process, be served upon her at the address

28  shown below:

| | |
|---|---|
| 1 | Renee M. Parker |
| 2 | Wright, Finlay, & Zak, LLP |
|   | 4665 MacArthur Blvd., Suite 200 |
| 3 | Newport Beach, CA 92660 |
| 4 | Phone: (949) 610-7023 |

Respectfully submitted,

Dated: <u>October 22, 2014</u>      **WRIGHT, FINLAY, & ZAK, LLP**

By: _____
Renee M. Parker, WSBA # 36995
Lukasz I. Wozniak, WSBA # 47290
Attorneys for Defendant
GREEN TREE SERVICING LLC and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE

The undersigned declares as follows:

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660.

On _October 22_, 2014, I served the foregoing document: **NOTICE OF APPEARANCE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

None

**ELECTRONIC SERVICE:**

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_10/22/14_       _Steven E. Bennett_       _[signature]_
Date                Type Name                 Signature