**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 256851
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW | Case No.: 3:14-cv-05798 BHS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOE DEFENDANTS 1-20 | |
| Defendants. | |

TO:   THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Renee M. Parker, of Wright, Finlay, & Zak, LLP, without waving defenses of lack of subject matter or personal jurisdiction, improper venue, insufficiency of service of process, failure to state a claim upon which relief may be granted, or any other valid defense, hereby appears for Defendants GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and requests that all further papers and pleadings, except original process, be served upon her at the address shown below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Renee M. Parker
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
Phone: (949) 610-7023

Dated: October 23, 2014

Respectfully submitted,
**WRIGHT, FINLAY, & ZAK, LLP**

By: _____
Renee M. Parker, WSBA # 36995
Attorneys for Defendant
GREEN TREE SERVICING LLC and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# DECLARATION OF SERVICE

The undersigned declares as follows:

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4665 MacArthur Court, Suite 200, Newport Beach, CA 92660.

On _October 23_, 2014, I served the foregoing document: **NOTICE OF APPEARANCE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

None

**ELECTRONIC SERVICE:**

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/23/14 | Steven E. Bennett | _/s/ S.E. Bennett_ |
|---|---|---|
| Date | Type Name | Signature |