**THE HONORABLE BENJAMIN H. SETTLE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JAMES A. BIGELOW,<br>Plaintiff,<br>vs.<br>NORTHWEST TRUSTEE SERVICES, INC.;<br>GREEN TREE SERVICING, LLC.,<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br>DOE DEFENDANTS 1 - 20<br>Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**AFFIDAVIT OF JAMES A. BIGELOW** |

Now comes the Affiant, James A. Bigelow, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. The Amended Complaint dated November 12, 2014 and submitted by the Plaintiff was drafted by the Plaintiff and the Plaintiff has personal knowledge of its contents.



James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

2. The Memorandum of Law in Support of the Plaintiff's Complaint and Amended Complaint Dated November 12, 2014 was drafted by the Plaintiff and the Plaintiff has personal knowledge of its contents.
3. The Emergency Ex Parte Temporary Restraining Order and Preliminary Injunction dated November 12, 2014 was drafted by the Plaintiff and the Plaintiff has personal knowledge of its contents.

I hereby affirm that I have read and understood the foregoing Affidavit herein, and that the foregoing Affidavit is true and correct of my own personal knowledge.

Dated this 12th Day of November, 2014

James A. Bigelow, Affiant

**CERTIFICATE OF SERVICE**

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Northwest Trustee. In addition, a copy of the foregoing has been deposited it into the U.S. Postal Service mail stream to Northwest Trustee at 13555 SE 36th St, Suite 100, Bellevue, WA, 98006

Dated this 12th day of November, 2014.

James A. Bigelow

**VERIFICATION**

**STATE OF WASHINGTON**

**COUNTY OF THURSTON**

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:



James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

James A. Bigelow, Affiant

SWORN TO and subscribed before me this 12th day of November, 2014.

Notary Public

JENNIE M BEAUDIN
Notary Public
State of Washington
My Commission Expires
November 01, 2016



James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568