# EXHIBIT

# N

# SONJA L. LIGHTFOOT CEASE AND DESIST

STATE OF WASHINGTON
DEPARTMENT OF FINANCIAL INSTITUTIONS
CONSUMER SERVICES DIVISION

| | |
|---|---|
| IN THE MATTER OF INVESTIGATING the Loan Originator License Application under the Consumer Loan Act of Washington by:<br><br>SONJA L. LIGHTFOOT,<br>          Respondent. | C-11-0750-11-TD01<br><br><br><br>TEMPORARY ORDER TO CEASE AND DESIST |

THE STATE OF WASHINGTON TO:  SONJA L. LIGHTFOOT

COMES NOW the Director of the Washington State Department of Financial Institutions (Director), by and through his designee Deborah Bortner, Division Director, Division of Consumer Services (designee), and finding that the public is likely to be substantially injured by delay in issuing a cease and desist order, enters this temporary order to cease and desist pursuant to chapter 31.04 RCW, the Consumer Loan Act (Act), based on the following findings:

I. FACTUAL FINDINGS

**1.1** **Respondent Sonja L. Lightfoot (Lightfoot)** was licensed by the Department of Financial Institutions of the State of Washington (Department) to conduct business as a Mortgage Loan Originator on or about May 24, 2010, and continues to be licensed to date. Respondent Lightfoot is employed by Republic Mortgage Home Loans, LLC.

**1.2** **Federal Indictment.** On or about August 4, 2011, Respondent Lightfoot was indicted by a federal grand jury for felony charges of Conspiracy and Wire Fraud (5 counts) alleged to have been committed between July 2004 and July 2008 while Respondent Lightfoot was employed as Senior Vice President of Residential Lending for Pierce Commercial Bank; a

TEMPORARY ORDER TO CEASE AND DESIST     1     DEPARTMENT OF FINANCIAL INSTITUTIONS
C-11-0750-11-TD01                                          150 Israel Rd SW
SONJA L. LIGHTFOOT                                       PO Box 41200
                                                        Olympia, WA 98504-1200

state-chartered bank located in Tacoma, Washington. According to the Indictment, all charges involve residential mortgage loans.

## II. GROUNDS FOR ENTRY OF ORDER

**2.1   Requirement to Demonstrate Financial Responsibility, Character, and General Fitness.** Pursuant to RCW 31.04.247(1)(e) and WAC 208-620-710(4)(a), the Director may deny a mortgage loan originator license if the applicant fails to demonstrate character and general fitness such as to command the confidence of the community and to warrant a belief that business will be operated honestly, fairly, and efficiently within the purposes of the Act. Pursuant to RCW 31.04.093(3)(c), the Director may revoke a license if a fact or condition exists that, if it had existed at the time of the original application for the license, clearly would have allowed the director to deny the application for the original license. Based upon the factual allegations set forth in Section I, Respondent Lightfoot fails to demonstrate character and general fitness such as to command the confidence of the community and to warrant a belief that business will be operated honestly, fairly, and efficiently within the purposes of the Act.

## III. AUTHORITY TO ISSUE TEMPORARY ORDER TO CEASE AND DESIST

**3.1   Authority to Issue Temporary Order to Cease and Desist.** Pursuant to RCW 31.04.093(7), whenever the director determines that the public is likely to be substantially injured by delay in issuing a cease and desist order, the director may immediately issue a temporary cease and desist order. The order may direct the licensee to discontinue any violation of this chapter, to take such affirmative action as is necessary to comply with this chapter, and may include a summary suspension of the licensee's license and may order the licensee to immediately cease the conduct of business under this chapter.

TEMPORARY ORDER TO CEASE AND DESIST
C-11-0750-11-TD01
SONJA L. LIGHTFOOT

2

DEPARTMENT OF FINANCIAL INSTITUTIONS
150 Israel Rd SW
PO Box 41200
Olympia, WA 98504-1200

## IV. ORDER

Based on the above Factual Findings, Grounds for Entry of Order, and Authority to Issue Temporary Order to Cease and Desist, and pursuant to RCW 31.04.093(7) and RCW 31.04.165, the Director determines that Respondent Lightfoot fails to demonstrate character and general fitness such as to command the confidence of the community and to warrant a belief that her business will be operated honestly, fairly, and efficiently within the purposes of the Act, and that the public is likely to be substantially injured by a delay in entering a cease and desist order. Therefore, the Director ORDERS that:

**4.1** Respondent Lightfoot's license to conduct business as a mortgage loan originator is summarily suspended.

**4.2** Respondent Lightfoot shall immediately cease and desist from conducting any business under the Consumer Loan Act.

**4.3** This order shall take effect immediately and shall remain in effect unless set aside, limited, or suspended in writing by an authorized court.

//
//
//
//
//
//
//
//
//

## NOTICE

PURSUANT TO CHAPTER 31.04 RCW, YOU ARE ENTITLED TO A HEARING WITHIN 14 DAYS OF REQUEST TO DETERMINE WHETHER THIS ORDER SHALL BECOME PERMANENT. IF YOU DESIRE A HEARING, THEN YOU MUST RETURN THE ATTACHED APPLICATION FOR ADJUDICATIVE HEARING INCORPORATED HEREIN BY THIS REFERENCE. <u>FAILURE TO COMPLETE AND RETURN THE APPLICATION FOR ADJUDICATIVE HEARING FORM SO THAT IT IS RECEIVED BY THE DEPARTMENT OF FINANCIAL INSTITUTIONS WITHIN 20 DAYS OF THE DATE THAT THIS ORDER WAS SERVED ON YOU WILL CONSTITUTE A DEFAULT AND WILL RESULT IN THE LOSS OF YOUR RIGHT TO A HEARING. SERVICE ON YOU IS DEFINED AS POSTING IN THE U.S. MAIL, POSTAGE PREPAID, TO YOUR LAST KNOWN ADDRESS. BE ADVISED THAT DEFAULT WILL RESULT IN THIS ORDER TO CEASE AND DESIST BECOMING PERMANENT ON THE 21ST DAY FOLLOWING SERVICE OF THIS ORDER UPON YOU.</u>

WITHIN TEN DAYS AFTER YOU HAVE BEEN SERVED WITH THIS TEMPORARY ORDER TO CEASE AND DESIST, YOU MAY APPLY TO THE SUPERIOR COURT IN THE COUNTY OF YOUR PRINCIPAL PLACE OF BUSINESS FOR AN INJUNCTION SETTING ASIDE, LIMITING, OR SUSPENDING THIS ORDER PENDING THE COMPLETION OF THE ADMINISTRATIVE PROCEEDINGS PURSUANT TO THIS NOTICE.

DATED this 22nd day of August, 2011.

DEBORAH BORTNER
Director
Division of Consumer Services
Department of Financial Institutions

TEMPORARY ORDER TO CEASE AND DESIST
C-11-0750-11-TD01
SONJA L. LIGHTFOOT

4

DEPARTMENT OF FINANCIAL INSTITUTIONS
150 Israel Rd SW
PO Box 41200
Olympia, WA 98504-1200