**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 256851
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br>GREEN TREE SERVICING, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOE DEFENDANTS 1-20<br><br>Defendants. | Case No.: 3:14-cv-05798 BHS<br><br>**DECLARATION OF GREEN TREE LOAN SERVICING LLC IN SUPPORT OF MOTION TO DISMISS** |

I **Edward Born**_____, declare as follows:

1. I am **Assistant Vice President** for GREEN TREE LOAN SERVICING LLC ("GREEN TREE"). I am authorized to make this Affidavit for and on behalf of GREEN TREE.

2. GREEN TREE maintains a computer database (the "Loan Records") of acts, transactions, payments, communications, escrow account activity, disbursements, events, and analyses (the "Loan Transactions") with respect to the mortgage loans which GREEN TREE services. The information described herein and referenced below is found in the business

---

DECLARATION IN SUPPORT OF
MOTION TO DISMISS
WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

1

1  records of said servicing agent. The entries in those records are made at the time of the events
2  and conditions they describe either by people with first-hand knowledge of those events and
3  conditions or from information provided by people with such first-hand knowledge. Recording
4  such information is a regular practice of the servicing agent's or Plaintiff's regularly conducted
5  business activities. I have access to the Loan Records with respect to the subject loan, and have
6  knowledge of how they are maintained. Based upon my review of those records I have gained
7  knowledge of the facts set forth herein and, if called upon as a witness to testify, I could and
8  would competently testify as to those facts under penalty of perjury.

9      3.    The Loan Records reflect that on or about April 24, 2007, Plaintiff James Bigelow
10  ("Bigelow" herein) and spouse Carolyn Bigelow ("Borrowers" collectively) entered into an
11  agreement with Pierce Commercial Bank for a loan in the principal amount of $233,899.00. This
12  loan is memorialized by an "Interest Only Fixed Rate Note" executed on the same day (the
13  "Note") and is secured by a Deed of Trust recorded with the Thurston County Auditor on April
14  27, 2007 as Instrument No. 3922368. True and correct copies of the Note and Deed of Trust are
15  filed concurrently with the Motion to Dismiss as RJN Exs. 1-2.

16      4.    The Loan Records reflect that Borrowers defaulted under the terms of the Note
    and Deed of Trust with that monthly installment payment due for November 1, 2011.

17      5.    The Loan Records reflect that on or about _December 1, 2011_ the custodian
18  of GREEN TREE obtained possession of the Note, endorsed in blank.

19      6.    The Loan Records reflect that as of the date of execution of this document
20  GREEN TREE, by and through its custodian, is still the actual holder of the Note and has not
21  assigned or transferred the Note to any other person or entity.

22      7.    The Loan Records reflect that Green Tree was in possession of the Note when its
23  Notice of Default was issued on May 10, 2012 and when the Notice of Trustee's Sale was
24  recorded on April 24, 2014.

| DECLARATION IN SUPPORT OF<br>MOTION TO DISMISS<br>WFZ File No.: 229-2013426 | Renee M. Parker (SBN 36995)<br>Wright, Finlay, & Zak, LLP<br>4665 MacArthur Blvd., Suite 200<br>Newport Beach, CA 92660<br>PH: (949) 477-5050/FAX: (949) 608-9142 |
|---|---|

8. The Loan Records reflect that the Note would have been endorsed by Pierce Commercial Bank in or about May, 2007.

I hereby declare under the penalty of perjury under the laws of the State of Washington that the foregoing statement is true and correct.

DATED this 9th day of December, 2014, at Tempe, AZ.

*[signature]*

Printed Name: __Edward Born__

Title: __Assistant Vice President__

| | |
|---|---|
| DECLARATION IN SUPPORT OF MOTION TO DISMISS<br>WFZ File No.: 229-2013426 | Renee M. Parker (SBN 36995)<br>Wright, Finlay, & Zak, LLP<br>4665 MacArthur Blvd., Suite 200<br>Newport Beach, CA 92660<br>PH: (949) 477-5050/FAX: (949) 608-9142 |

# DECLARATION OF SERVICE

The undersigned declares as follows:

On December 9, 2014, I served the foregoing document: **DECLARATION OF GREEN TREE LOAN SERVICING LLC IN SUPPORT OF MOTION TO DISMISS** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

CHAMBER COPY:
The Honorable Benjamin H. Settle
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402 - 3200

**ELECTRONIC SERVICE:**

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of December, 2014

*/s/ Steven E. Bennett*
Steven E. Bennett

---

MOTION TO DISMISS BY DEFENDANTS
GREEN TREE SERVICING LLC AND MERS

WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

30