The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br>GREEN TREE SERVICING, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; and<br>DOE DEFENDANTS 1-20,<br><br>        Defendants. | Case No: 14-05798-BHS<br><br>**NOTICE OF APPEARANCE OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |

TO:         James A. Bigelow, *Pro Se* Plaintiff;

AND TO:     Renee M. Parker, Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

AND TO:     The Clerk of the Court:

      PLEASE TAKE NOTICE that Joseph H. Marshall of RCO Legal, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue, or any other valid defense, hereby appears for Defendant Northwest Trustee Services, Inc. in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 1 OF 3
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Joseph H. Marshall
RCO Legal, P.S.
13555 SE 36th St., Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this 11th day of December, 2014.

**RCO LEGAL, P.S.**


By /s/ Joseph H. Marshall
 Joseph H. Marshall, WSBA No. 29671
 Of Attorneys for Defendant Northwest
 Trustee Services, Inc.

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 2 OF 3
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on December 11, 2014, I caused a copy of the **Notice of Appearance of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| James A. Bigelow<br>10018 Cascadian Ave. SE<br>Yelm, WA  98597<br><br>*Pro Se* Plaintiff | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[X] CM/ECF Electronic Notice |
| Renee M. Parker<br>Wright, Finaly & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc. | [X] US Mail, Postage Prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[X] CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 11th day of December, 2014.

       /s/  Kristine Stephan
       Kristine Stephan, Paralegal

NOTICE OF APPEARANCE OF DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC. –
PAGE 3 OF 3
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131