The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20, <br><br> Defendants. | Case No: 14-05798-BHS <br><br> **DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. That on December 11, 2014, I caused a copy of the **Waiver of the Service of Summons** to be served to the following in the manner noted below:

//

///

DECLARATION OF SERVICE – 
PAGE 1 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

| | |
|---|---|
| James A. Bigelow<br>10018 Cascadian Ave. SE<br>Yelm, WA  98597<br><br>*Pro Se* Plaintiff | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X]  CM/ECF Electronic Notice |
| Renee M. Parker<br>Wright, Finaly & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc. | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X]  CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 11th day of December, 2014.

                                       /s/  Kristine Stephan
                                       Kristine Stephan, Paralegal

DECLARATION OF SERVICE –
PAGE 2 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131