http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

24      and not having as much paperwork that you can electronically

25      record documents.  They have different settings anywhere

31

1       from just feeding them information to feeding them like a

2       PDF or TIF version of the document that gets recorded, that

3       they record in their imaging bank, stamped electronically,

4       and then send back to us as having been recorded once it's

5       verified on their side.  That document was one of those.

6           Q    Yes, ma'am.  I understand how it was recorded

7       electronically.  I'm just trying to -- to determine whether

8       or not Mr. Bly actually signed a physical document or if

9       a -- his signature was created by Planat Press.

10          A    The signature was included by Planat Press

11      because that document was never printed out.

12          Q    So did Mr. Bly review the document before it was

13      sent for electronic recording?

14          A    No.

15          Q    So -- and I'm now -- I continue to refer to the

16      Corey Assignment.

17              Mr. Bly never saw the Corey Assignment prior to

18      it being recorded; is that correct?

19          A    Correct.

20          Q    Is there any way he has of checking to see what

21      documents are being recorded that contained his signature?

22          A    Yes.

23          Q    And how does he do that?

24          A    He can run a report that would tell him which

25      documents.  In this particular case, he could then look up

32

1     and view the documents if he wanted to.

2         Q    Is that something he does at the end of every

3     day?

4         A    No.

5         Q    Is that something he does at all?

6         A    I'm not sure.

7         Q    Is a part of his job description to review the

8     documents that he -- that contain his electronic signature?

9         A    No.  It's a part of somebody else's

10    responsibility.

11        Q    And so somebody else checks all of the electronic

12    signatures at the end of the day?

13        A    No.  They check them before they go out for

14    recordation to make sure that the form is correct.  It's a

15    document inspector.

16        Q    Okay.  Do you know who the -- is there anything

17    on the Corey Assignment that would identify who the document

18    inspector was?

19        A    No.

20        Q    About how long -- how long does that process

21    take?  Let's say Nationwide received a request from

22    CitiMortgage to generate a -- 2,000 Assignments, how long

23    would it take from the time that request was made until you

24    had 2,000 Assignments like the Corey Assignment

25    electronically filed?

33

1         A    Well, the way you asked that question, it doesn't

http://www.icelaw.com/files/06-03-10_Deposition_of_Erika_Lance.txt

2    work that way.  Depending on where we can electronically

3    record and depending on whether or not we have clean files

4    in which to data enter if we need further information.

5    Generally, just say hypothetically we have perfect files and

6    we were recording them all in Duval County, Florida and we

7    were electronically recording them, maybe ten days at the

8    most.

9         Q    Uh-huh.

10        A    That's if everything was, like, perfect

11   alignment, if that makes sense, not --

12        Q    When you say "perfect files," what do you mean by

13   that?

14        A    In order for us to enter the information on this

15   file, we have to be supplied copies of documentation --

16        Q    Uh-huh.

17        A    -- such as the mortgage and any Assignment of

18   record, depending on if that's required, which I do not

19   believe it is in Florida, but I'm not a hundred percent sure

20   of that.

21             So we would have to be supplied the -- they give

22   us an electronic download of the Assignments they want.  We

23   verify the images usually that they give us versus the

24   download and enter in the appropriate information off of

25   those documents to create the Assignment of Mortgage.


                                                            34

1         Q    Do you mean like if they give you an image of a

2    mortgage, you'd check the public records to make that --

3    sure that image is correct?  Is that what you mean?

4         A    No, no.  If it's a recorded mortgage, it usually

http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

5    has a recording stamp, so we don't verify that that's

6    correct.  We verify that, okay, if they said Bob Smith, the

7    loan was $100,000 on this date, we make sure -- and for this

8    property address, that that mortgage is the mortgage that

9    we're looking at.

10         Q    So do you also prepare Affidavits as well or just

11   Assignments of Mortgage?

12         A    No.  We can also prepare a Lost Assignment

13   Affidavit.

14         Q    Uh-huh.  Under what circumstances do you do that?

15         A    Normally they're only prepared when say, for

16   instance, we're doing a Lien Release and then -- or an

17   Assignment and the company that the Assignment -- like

18   there's a break in what's called the "chain of title" and

19   the Assignment cannot be gotten because a company's out of

20   business.

21         Like more so in the last couple of years due to

22   our industry, there are a lot more companies where you can't

23   go get the Assignment signed.

24         Q    Uh-huh.

25         A    We have a service that does that, where we go

                                                           35

1    find old companies to sign Assignments, to get them back.

2    But if they cannot be found or the lenders out of business,

3    you'd want to do a Loss of Assignment Affidavit indicating

4    that it was not included in the collateral file and that the

5    lender is out of business.

6         Q    Do you prepare those Affidavits for filing in

7    Florida?

http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

8          A     I don't know if Florida is an L.A. state.   I know

9     Florida has gotten more strict recently regarding that in

10    regards to foreclosure and stuff like that.

11          Q     Okay.   Just to go back to make sure that I

12    understand, I thought that previously you mentioned that

13    Mr. Bly signs a couple of thousands of Assignments and

14    releases a day?

15          A     Yes.

16          Q     So is there another group of documents where he

17    is actually physically signing?

18          A     Yes.

19          Q     Okay.   So we have two groups:   One group that he

20    physically signs and then some that -- where his signature

21    is just electronically generated?

22          A     Correct.

23          Q     But with the Corey Assignment, you're saying this

24    one was electronically generated?

25          A     Correct.

                                                               36

1          Q     And how can you tell that this -- that the Corey

2     Assignment was electronically generated?

3          A     Because I looked it up before I came in here to

4     see how it was recorded, and it's in what we refer to as an

5     E-record, which is an electronically recorded document.

6          Q     So you -- if it's E-recorded, it means it was

7     that it was generated by computer?

8          A     Uh-huh.

9          Q     And it was not actually signed?

10          A     It was not actually physically signed, yes.

11      Q    Okay.

12      A    Those signatures are counted as signatures for

13   electronic recording.

14      Q    I'm showing you a copy of another Assignment of

15   Mortgage.

16           Do you recognize that document?

17           MS. PARSONS:  I'm going to object to this as it's

18           irrelevant to this case.  It has to do with a

19           completely different mortgage.

20           THE WITNESS:  And a completely different client.

21      Q    (By Ms. Drysdale)  Do you recognize the document?

22      A    Yes.

23      Q    I -- I just noticed that the signature was very

24   different on this Assignment of Mortgage.

25      A    Yes.

37

1      Q    And I'm going to call this the M-E-S-S-I-C-A

2   Assignment.

3           Do you know why the signature was so different?

4      A    Yes.  Our signers have the ability -- one of

5   things we track is they two different site signatures.  They

6   can have the long form signature, which is what you see on

7   the electronically recorded document, and they can also have

8   shorthand signatures.

9      Q    Can you describe the difference between the two

10   for me?

11      A    Generally, depending on the volume of loans that

12   we are executing documents for, the shortened signature

13   works to push the documents, to get more of them executed.

14        But we keep on record the file -- the names that they -- the

15        signatures that they sign under, like they have in their

16        employee file a record of their longhand and shorthand

17        signature.

18            Q    So would Exhibit 4, he actually -- Mr. Bly

19        actually did sign this one?

20            A    He signed this one.

21            MS. DRYSDALE:  Okay.  That's 4.

22            (Defendant's Exhibit Number 4 was marked for

23        identification.)

24            MS. PARSONS:  I'm going to object that being

25        entered into evidence for the record.


                                                                38

1            Q    (By Ms. Drysdale)  And how long has Mr. Bly been

2        working at Nationwide?

3            A    He's been employed for over seven years.

4            Q    Has -- has he been a signer that whole time?

5            A    Yes.

6            Q    What about Crystal Moore?  She -- is she also a

7        signer?

8            A    She is also a signer and a notary.

9            Q    And a notary.

10            And her practices are the same as you've

11        described with Mr. Bly as far as how she -- what her daily

12        duties are in executing documents?

13            A    Yes.

14            Can I ask why you're asking about Crystal Moore

15        because her name's not on any of the documentation regarding

16        this.

http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

17        Q    I just saw her name on the Consent of the

18   Executive Committee we marked as 3.

19        A    Uh-huh.

20        Q    So are all of the names on Exhibit 3, the Joint

21   Consent, are they all signers?

22        A    You mean is their job duty?

23        Q    Yes, ma'am.

24        A    No.  See, I'm even listed on there.

25        Q    So you are listed on here as a -- an assistant

                                                          39

1    secretary and vice president.  Do you have other duties?

2         A    For Citi?

3              MS. PARSONS:  Objection.

4         Q    (By Ms. Drysdale) That's the way I understand it.

5    Maybe I misunderstand Exhibit 3.

6         A    I think you do.

7         Q    Okay.  Can you --

8         A    Yeah.

9         Q    Can you describe the list of names for me?

10        A    The list of names are employees of Nationwide

11   Title Clearing that we give to them to -- to have them

12   authorize them to be signers as vice presidents or assistant

13   secretaries.  The list is generated to insure that depending

14   on the volume of loans that have to be executed we have

15   enough employees in Nationwide to execute all of those

16   documents.  Included in there, are people who have other

17   capacities at NTC, but in the time of overload, could go

18   assist in that particular area.

19        Q    So the people who are listed on Exhibit 3 are

20      people who could act as vice presidents or assistant

21      secretaries, but each of these persons are full-time

22      employees of Nationwide; is that correct?

23              A       Correct.

24              Q       Okay.  In that -- the Assignment of Mortgage,

25      particularly the Corey Assignment of Mortgage, lists the

40

1       note.  Does Nationwide ever have possession of the original

2       notes?

3               A       For Assignments of Mortgage?

4               Q       Yes.

5               A       No.

6               Q       What other types of responsibilities does Mr. Bly

7       have as a vice president?

8               A       That is it.  It's solely for the execution of

9       documents as listed in Defense Exhibit 3.

10              Q       And is he accountable for the accuracy of the

11      documents that he signs?

12              A       To whom?

13              Q       To either Nationwide or to the -- to the company

14      for which he is a vice president at CitiMortgage.

15              A       No.  Nationwide's responsible for the accuracy of

16      the documents.

17              Q       So in his position as vice president, he doesn't

18      have any responsibility under the Joint Consent of the

19      Executive Committee for the accuracy of the documents he

20      executes?

21              A       No.  All he's responsible for is signing them.

22              Q       Is there any sort of -- did Assignments Mr. Bly

```
23      have to undergo any sort of screening process or training to

24      become a vice president or assistant secretary of

25      CitiMortgage?
```

                                                                        41

```
1           A     No.

2           Q     Does he have any special qualifications to be a

3      vice president or assistant secretary?

4           A     In the capacity of signing the documents?

5           Q     Yes, ma'am.

6           A     No.

7           Q     And does he have any -- does he communicate with

8      anyone at CitiMortgage relating to his responsibilities as

9      vice president or assistant secretary?

10          A     No.

11          Q     So does he have any guidelines provided to him by

12     CitiMortgage, Inc., relating to his executed -- execution of

13     his duties as vice president or assistant secretary?

14          A     The guidelines that are provided are provided via

15     Nationwide Title Clearing since his only capacity is as --

16     as a signer for them.  He has no other capacity.

17          Q     So he doesn't have any other duties as -- with

18     Citi?

19          A     None.

20          Q     Doesn't receive any compensation?

21          A     None.

22          Q     He doesn't have to attend board meetings or any

23     other types of meetings with Citi?

24          A     No.  It actually says that literally the only

25     capacity he works on -- and that's under the second "Further
```

42

1   Resolve," the only capacity he does is as a signer of the

2   documents.

3       Q    Okay.  And I believe that it says that he

4   executed any and all --

5            (Brief interruption in proceedings.)

6       A    I'm sorry.  What was the question?

7       Q    And he is authorized to execute documents

8   required in connection with processing releases and

9   Assignments; is that correct?

10      A    Yeah.

11      Q    Does he have to complete any sort of reports to

12  Citi?

13      A    No.

14      Q    Do you in your capacity as vice president or

15  secretary?

16      A    Do I have to give any reports to Citi?

17      Q    Correct.

18      A    Not personally, no.

19      Q    Okay.  But I guess somebody at Nationwide needs

20  to?

21      A    We send them reports on the progress of the

22  completion of the projects they give us.

23      Q    I noticed in -- in this particular situation the

24  note was transferred after the loan was in default.

25           Do you know if that's the -- the normal course of

43

1   business for these -- these mortgages to be transferred

2       after they're in default?

3              A    I have no idea.

4              Q    Is that not the type of information that you'll

5       have to review prior to -- to preparing the documents?

6              A    No, we don't.

7              Q    And you -- I think you mentioned that you have

8       a -- a title company at Nationwide; is that correct?

9              A    No.

10             Q    There is no title company?

11             A    There is no title company at Nationwide.

12             Q    Okay.  And who does the -- is there any title

13      work done prior to the -- the preparation of the Assignments

14      of Mortgage?

15             A    Not by Nationwide Title Clearing.

16             Q    Who -- do you know if anybody else does any title

17      work?

18             A    No, I don't know.

19             Q    What is Release Link?

20             A    Release Link is our website that our release

21      clients use.

22             Q    Can you describe that for me?

23             A    It allows them to enter and process their Lien

24      Releases, and also resolve their -- any exceptions that they

25      have, problem files they have.

44

1              Q    So the -- the Release Link is the program through

2       which you prepare the releases?

3              A    No.  It's a program that our clients are able to

4       enter information to prepare releases.

```
 5        Q     Is that a secure database?

 6        A     Yes.

 7        Q     And who has access to enter information?

 8        A     Only our clients.  They actually control their

 9   own users.

10        Q     Is -- does the -- so that -- that's sort of a

11   counterpart to the Planat Press; is that correct?

12        A     No.  Planat Press is a document generation

13   platform.

14        Q     Okay.

15        A     That's used behind the scenes.  Release Link is a

16   website.

17        Q     Is there a similar website for the preparation of

18   the Assignments of Mortgage?

19        A     Not at this time.

20        Q     Is that something that you're working on?

21        A     Yes.

22        Q     Also there's a -- is there a department,

23   foreclosure collateral management?

24        A     There is a -- yes.

25        Q     Is that a service that -- that Nationwide
```

                                                              45

```
 1   provides?

 2        A     To one client, yes, which is not Citi.

 3        Q     Not Citi.

 4              About how many people working at Nationwide have

 5   the same position as Mr. Bly as a signer?

 6        A     Full-time?

 7        Q     Yes.
```

http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

8        A      Three.

9        Q      And then you -- when you say "full-time," you

10   mean some of these other folks that are on Exhibit 3 fill in

11   when there's a lot of work to do?

12       A      Yeah, when there's higher volume.

13       Q      Do you-all -- are you-all also corporate

14   representatives for Bayview?

15       A      Corporate representative.  Do we have a corporate

16   resolution for Bayview?

17       Q      Yes.

18       A      I would have to verify.  We have, at one time,

19   had a corporate resolution for Bayview.

20       Q      Do you ever transfer mortgages into trusts?

21       A      No.

22       Q      And could you describe the mortgage foreclosure

23   technology platform?

24       A      We don't have a mortgage foreclosure technology

25   platform.

                                                              46

1        Q      And going back to the Corey Assignment, showing

2    you again -- this is Exhibit 2, the Corey Assignment, shows

3    Mr. Jones notarizing the document.

4               As I understand, Mr. Bly's signature was created

5    by Planat Press; is that correct?

6        A      Uh-huh.

7        Q      So was Mr. Jones' signature also created by

8    Planat Press as the notary?

9        A      Yes.

10       Q      Okay.  And had Mr. Bly actually manually signed

http://www.icelegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

11    the Assignment of Mortgage?  How -- what's the process by

12    which that would be notarized?

13         A    What do you mean?  He would sign the document,

14    and then it would get notarized after he signed it.

15         Q    How does that process work?  Does he sign, you

16    said like 1,000 documents, and then they get sent to --

17         A    It depends on how many are in a -- each batch.

18    But he would sign a batch of documents, and then he would

19    take them over to whoever the notary is that's signing for

20    him.

21         Q    So they're located in -- in -- physically in

22    different parts of the facility?

23         A    No.  They're in very close proximity to each

24    other.  They're in the same cubicle area.

25         Q    Okay.

47

1         A    Yeah.

2         Q    And -- but they're taken over from Mr. Bly to

3    Mr. Jones in batch?

4         A    In that -- if that hypothetically was signed that

5    way, yes, that's how that would have occurred.

6         Q    Did you bring any other documents today pursuant

7    to the notice?

8         A    I brought you what I refer to as a flow chart on

9    how we process Assignments so you could understand how that

10    occurs.

11         Q    Thank you.

12         A    Yeah.

13              THE WITNESS:  Those are colored copies, so one of

```
14           those will have to go that way if it's entered in

15           because that's all I have.

16                MS. DRYSDALE:  And we'll mark this as 5.

17                (Defendant's Exhibit Number 5 was marked for

18           identification.)

19           Q    (By Ms. Drysdale)  Okay.  I'm looking at your

20      flow chart that you've put together, and starting at the

21      upper left hand corner we have "Client."  And then it looks

22      like we have heading right a couple of -- it looks like

23      pictures of CPU's --

24           A    Uh-huh.

25           Q    -- is that correct?
```

```
1                Can you describe what these are?

2           A    That's -- I think graphically this was from my

3      marketing person.  This is what we would send to a client to

4      see how our flow chart goes.  It's just indicating there's

5      an electronic.  It you look at the bubbles that are listed

6      on it, it indicates that electronic loan information to

7      NTC's IT department and how it can be sent.

8           Q    Uh-huh.

9           A    The other alternate route that doesn't have the

10      CPU says the client can ship loan files to NTC, or we can go

11      on-site and capture them.

12           Q    What is -- what system is this with the CPU's

13      where information is obtained -- is sent by the client to --

14           A    FTP, CDs, or hard drives or e-mails, secure

15      e-mail.

16           Q    Okay.
```

17      A    It says right there in the box.

18      Q    I see.  So if you could just briefly describe the

19  chart.  I think that would probably make it --

20      A    Okay.  This is just indicating -- the first part

21  indicates that we can receive electronic or physical files

22  from the client.  They go into our data entry area.

23  Depending on if there's an exception or a problem with the

24  file, it shows how it resolves it, but just data entry.

25           Then it goes to our quality control department.

49

1   As you can see, if you look all the way on the left, it

2   indicates the electronic recording line that I was telling

3   you about, but then skips the print -- printing and

4   processing departments.

5            So it would go electronic recording.  It goes to

6   scanning, and then we scan the documents.  And they can

7   either get electronically sent, or sometimes the clients

8   require them to be physically sent to themselves or their

9   assignee.

10           But if it goes the physical route, it ends up

11  being printed out, goes into processing, and then it goes to

12  our signing department.  Our document inspector quality

13  control checks them.  It goes to our checks area, to our

14  mailroom, out to recording, and then when it comes back, it

15  gets logged in and scanned.

16      Q    Okay.  In two different sections, whether the

17  documents are provided to you -- or the requests are sent to

18  you electronically or by physical document, you've got a

19  quality control.

20          What -- what is -- specifically what is the
21     quality control looking for?
22          A    The quality control is after our data entry
23     stuff, not whether or when we receive the files.  Is that
24     what you're talking about?
25          Q    Yes.

50

1           A    It just looks to make sure that the information
2      that was being entered is actually correct and that we're
3      assigning the correct loan and that the correct information
4      is on the Assignment to assign the loan, like the recording
5      information, the borrower's name, the address if that's
6      needed, any Assignment chains if needed, legal descriptions.
7           Q    Now, is that something that is done based on
8      internal research or based upon the documents provided to
9      you by the client?
10          A    It can be either or.  If the -- if a client does
11     not give us enough documentation, then they have the option
12     of either providing or -- or we can go research it at the
13     county level.
14          Q    And you said sometimes you find missing
15     Assignments in that process?
16          A    It's possible to find a broken Assignment chain.
17          Q    And what happens at that point?
18          A    We ask the client how they want to resolve it,
19     and they can either resolve it by -- if sometimes they say,
20     oh, we can get that Assignment or they ask us to go get the
21     Assignment that's missing.
22          Q    And how -- can you describe the process by which

23      you would go and obtain the Assignment?

24          A     Well, we find out who it was -- went to, where

25      the break is, who needs to sign it, and we contact that

                                                                    51

1       lender if it's possible.  They usually research on their

2       side to verify that that was -- that Assignment is correct,

3       and then we either generate an Assignment for them or they

4       will generate an Assignment to us.

5           Q     But you said sometimes the companies are no

6       longer available?

7           A     Yeah.  It's -- if a company's out of business and

8       you can't -- sometimes even if they're out of business, you

9       can contact an officer of that company and have them sign

10      the document anyway.

11              But hypothetically, if they're totally gone, you

12      can't find them anywhere, then we report that back to the

13      client, and they can make the determination at that time if

14      they want to do a Loss Assignment Affidavit.  And that is

15      also depending on whether the county will take a Loss

16      Assignment Affidavit.  Some counties won't.

17          Q     What happens if the county won't take the Loss

18      Assignment Affidavit?

19          A     They have to do what is called a "Quiet Title,"

20      and I -- that's all I know about that.

21          Q     Okay.

22          A     It's just a procedure called Quiet Title.

23          Q     Did you have any other documents with you today?

24          A     No, I don't.

25          Q     I thought there was one other document that you

http://www.jcslegal.com/files/06-02-10_Deposition_of_Erika_Lance.txt

52

```
 1    copied earlier.

 2         A    No.

 3         Q    Okay.

 4              MS. DRYSDALE:  Did you have any questions that

 5         you wanted to ask?

 6              MS. PARSONS:  Just a couple.

 7              MS. DRYSDALE:  Yeah.  Because I was thinking if I

 8         could take a break that I might be able to just look

 9         while you're asking the questions and --

10              MS. PARSONS:  Okay.  I'll just take a couple

11         questions.  I'll give this back to you.

12              THE WITNESS:  Okay.  Do you want a -- I don't

13         think that actually got entered into evidence, did it?

14              MS. DRYSDALE:  I think we marked it as 5, it just

15         hasn't been --

16              MS. PARSONS:  Doesn't have a sticker on it.

17              THE COURT REPORTER:  I didn't -- can we go off

18         the record for a minute?

19              MS. DRYSDALE:  Sure.

20              (A brief off-the-record discussion was held.)

21                        CROSS-EXAMINATION

22    BY MS. PARSONS:

23         Q    Back to the Assignments of Mortgages

24    specifically, you stated the color chart -- and previously I

25    believe that there is a quality control department, correct?
```

53

1       A    Yes.  There's a quality control division.

2       Q    A whole division?

3       A    Yes.

4       Q    Okay.  So every Assignment that gets prepared in

5    this company goes through the quality control division?

6       A    Yes.

7       Q    How many individuals do you have working in that

8    division?

9       A    There are, I believe, nine.

10      Q    Nine.  So someone specifically goes through and

11   looks at the Assignment of Mortgage that was prepared by

12   you, looks at the mortgage, whether it's in hand or on the

13   internet as far as obtaining it from the client's website,

14   to double check that all of the information is correct?

15      A    Yeah.  They actually -- what they do is there's

16   two different steps.  There's one where they review the

17   actual entry, and they do that based off of a review sheet

18   that indicates what are the required fields for that state

19   and county.  And then they look at the images that were

20   provided to us or if it's a physical file, but I can say in

21   the last couple of years we do not really have physical

22   files in the buildings anymore.

23           And then the next step is after they've approved

24   the actual what was entered, it goes through the processing,

25   and then it goes through a second quality control check for

                                                              54

1    the document inspector.  Then that's the person that

2    physically looks at the document to make sure it's got all

3    the stamps and signers and if like a legal needed to be

4    attached to it or a cover sheet or something like that.

5         Q    Okay.  So they're reviewing for two things:  One,

6    that it come complies with the county requirements --

7         A    Uh-huh.

8         Q    -- and two, that it contains all of the proper

9    information as far as borrower's name, legal description,

10   that kind of thing?

11        A    Uh-huh.

12             MS. PARSONS:  Okay.  I think that's all I have.

13             MS. DRYSDALE:  I have one more question.

14                     REDIRECT EXAMINATION

15   BY MS. DRYSDALE:

16        Q    Is Mr. Bly, is he also a notary?

17        A    Yes.  You asked me that previously.

18             MS. DRYSDALE:  I don't have anything further.

19             MS. PARSONS:  I don't think I do either.  Okay.

20   We're done.

21             THE COURT REPORTER:  Reading and signing?

22             MS. PARSONS:  This is where you get a chance

23   because of the fact that this is now testimony, this

24   could be potentially brought into court.  You have the

25   opportunity to get a copy of it and read it physically

                                                              55

1    to make sure you answered everything in proper -- the

2    way you wanted to and what you meant to say came out

3    properly.

4              THE WITNESS:  Okay.

5              MS. PARSONS:  Or you can just sign and let it go.

6    You don't have to read it.

```
 7              THE WITNESS:  No.  I'd rather get a copy.

 8              (The deposition was concluded at 12:28 p.m.)

 9                        *      *      *

10         I hereby certify that I have read and examined the
          foregoing transcript, and the same is a true record of the
11        testimony given by me unless otherwise noted.

12

13                    _____

14                    ERIKA LANCE                  DATE

15

16

17

18

19

20

21

22

23

24

25
```

                                                        56

```
 1                    SIGNATURE PAGE/ERRATA SHEET

 2    WITNESS:   ERIKA LANCE

 3    CASE REFERENCE:  BAYVIEW LOAN SERVICES, LLC vs. CYNTHIA LEE
      COREY a/k/a CYNTHIA L. COREY, et al
 4
      CASE NUMBER:  16-2009-CA-016234-MA
 5
      DATE:  June 2, 2010
 6
           After you have read your transcript, please note
 7    any errors in transcription on this page.  Do not mark on
      the transcript itself.  Please sign and date this sheet as
 8    indicated below.  If additional lines are required for
      corrections, attach additional sheets.  If no corrections,
 9    please indicate "None."
```

```
10    _____

11    PAGE        LINE      ERROR OR AMENDMENT        REASON

12    _____
      _____
13    _____
      _____
14    _____
      _____
15    _____
      _____
16    _____
      _____
17    _____
      _____
18    _____
      _____
19    _____
```

```
              Under penalties of perjury, I declare that I have
20    read the foregoing transcript, and I subscribe to its
      accuracy, to include the corrections or amendments noted
21    above or hereto attached.

22
              _____
              ERIKA LANCE                    DATE
23
      *Original to:  LYNN DRYSDALE, Esquire
24     126 West Adams Street, Jacksonville, Florida  32202
      *Copy to:  DANIELLE PARSONS, Esquire
25     900 Pine Island Rd., Suite 400, Plantation, Florida  33324
```

                                                                    57

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA          )

 3    COUNTY OF PINELLAS        )

 4

 5            I, BROOKE WHARTON, Court Reporter, certify that I
      was authorized to and did stenographically report the
 6    deposition of ERIKA LANCE; that a review of the transcript
      was requested; and that the transcript, pages 1 through 58,
 7    inclusive, is a true and complete record of my stenographic
      notes.

 8
              I further certify that I am not a relative,
 9    employee, attorney, or counsel of any of the parties, nor am
      I a relative or employee of any of the parties' attorney or
10    counsel connected with the action, nor am I financially
      interested in the action.

11

12            _____
              BROOKE WHARTON
              Court Reporter
```

13

14

15

16

17

18

19

20

21

22

23

24

25

58

1                          CERTIFICATE OF OATH

2        STATE OF FLORIDA           )

3        COUNTY OF PINELLAS          )

4              I, the undersigned authority, certify that
   ERIKA LANCE personally appeared before me and was duly
5    sworn.

6              WITNESS my hand and official seal this 14th day
   of June, 2010.

7

8        _____

     BROOKE WHARTON
9    Notary Public
     State of Florida
10   My Commission No.:  DD846093
     Expires:  December 16, 2012

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25