**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 256851
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20,<br><br>　　　　　　Defendants. | Case No. 3:14-cv-05798 BHS<br><br>**DECLARATION OF MILITARY SEARCH** |
| GREEN TREE SERVICING, LLC,<br><br>　　　　　　Counter-Plaintiff,<br><br>vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, husband and wife; WELLS FARGO BANK, N.A.; OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>　　　　　　Counter-Defendants. | |

DECLARATION OF MILITARY SEARCH　　　　　1

I, <u>Renee M. Parker</u>, do hereby declare:

1. I am a citizen of the United States of America, over the age of 21 years, and I am competent to be a witness herein.

2. I am an employee of Wright, Finlay &Zak, LLP.

3. On December 17, 2014 visited the website for the Department of Defense Manpower Data Center to determine Counter-Defendants James Bigelow and Carolyn Bigelow's military status.

4. All information currently available to Counter-Plaintiff's counsel indicates Counter-Defendants James Bigelow and Carolyn Bigelow were not in military service on December 17, 2014.

5. Based on the information provided, Counter-Defendants James Bigelow and Carolyn Bigelow were not on active duty on December 17, 2014 and did not leave active duty within 367 days of December 17, 2014. True and correct copies of Military Status Reports are attached to as Exhibit 7 the "Counterclaim for Judicial Foreclosure" and are incorporated into this Declaration by reference.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated on December 17, 2014

_____
Printed Name: Renee M. Parker

DECLARATION OF MILITARY SEARCH         2