**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 256851
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for GREEN TREE LOAN SERVICING LLC

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20,<br><br>    Defendants.<br>_____<br>GREEN TREE SERVICING, LLC,<br><br>    Counter-Plaintiff,<br>vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, husband and wife; WELLS FARGO BANK, N.A.; OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>    Counter-Defendants. | Case No. 3:14-cv-05798 BHS<br><br>**LIS PENDENS** |

NOTICE IS HEREBY GIVEN that the above-named Counter-Plaintiff has commenced an action against the above-named Counter-Defendants in the District Court for the Western

LIS PENDENS                                    1

District of Washington (Tacoma), by filing a Summons and Counterclaim; this is notice of pendency of said action. The names of the parties to said action are set forth above. The object of the action is to foreclose a Deed of Trust recorded on or about April 27, 2007, with the Thurston County Auditor, as Auditor's File No. 3922368. The description of the real property situated in Thurston County, Washington, affected by this action is commonly known as 10018 CASCADIAN AVENUE SE, YELM, WASHINGTON 98597 and legally described as follows:

> LOT 28 OF OAKRIDGE, ACCORDING TO THE PLAT THEREOF RECORDED MARCH 9, 2006 UNDER AUDITOR'S FILE NO. 3813776 IN THURSTON COUNTY, WASHINGTON.

and having Assessor's Tax Parcel Identification No. 65730002800.

All persons dealing with said real estate subsequent to the filing will take subject to the rights of Counter-Plaintiff as established by that action.

Dated: December 24, 2014

Respectfully submitted,
WRIGHT, FINLAY, & ZAK, LLP

By: _____
Renee M. Parker, WSBA # 36995
Attorneys for Counter-Plaintiff,
GREEN TREE SERVICING LLC

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of December 2014, by Renee M. Parker, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MARILEE V. JOHNSON
Commission # 2045107
Notary Public - California
Orange County
My Comm. Expires Oct 12, 2017

(Seal)                              Signature Marilee V. Johnson

LIS PENDENS                    2