1  **WRIGHT, FINLAY & ZAK, LLP**
   Renee M. Parker, Esq., WSBA No. 36995
2  Lukasz I. Wozniak, Esq., WSBA No. 47290
   4665 MacArthur Court, Suite 200
3  Newport Beach, CA  92660
   Tel: (949) 610-7023; Fax: (949) 477-9200
4  rmparker@wrightlegal.net

5
   Attorney for GREEN TREE LOAN SERVICING LLC
6
                UNITED STATES DISTRICT COURT
7           WESTERN DISTRICT OF WASHINGTON (TACOMA)

8

9  JAMES A. BIGELOW,                      Case No. 3:14-cv-05798 BHS

10           Plaintiff,
                                          **NOTICE OF ERRATA TO**
11 vs.                                    **SUMMONS**

12 NORTHWEST TRUSTEE SERVICES, INC.;
   GREEN TREE SERVICING, LLC; MORTGAGE
13 ELECTRONIC REGISTRATION SYSTEMS,
   INC.; and DOE DEFENDANTS 1-20,
14
15           Defendants.
16 _____

17 GREEN TREE SERVICING, LLC,

18           Counter-Plaintiff,
   vs.
19
20 JAMES A. BIGELOW and CAROLYN
   BIGELOW, husband and wife; WELLS FARGO
21 BANK, N.A.; OAK RIDGE YELM
   HOMEOWNERS ASSOCIATION, a non-profit
22 corporation; and ALL PERSONS OR PARTIES
   UNKNOWN CLAIMING ANY RIGHT, TITLE,
23 ESTATE, LIEN, OR INTEREST IN THE
   PROPERTY DESCRIBED IN THE COMPLAINT
24 HEREIN,

25           Counter-Defendants.

26
27 NOTICE OF ERRATA TO SUMMONS            1

28

1 | TO THE HONORABLE COURT AND ALL DEFENDANTS AND PARTIES IN
2 | INTEREST:

3 |     **PLEASE TAKE NOTICE** that Notice of Errata is hereby given as to Counter-
4 | Plaintiff's Summons filed on January 8, 2015 as Docket No. 26 as follows:

5 |     A. Counter-Plaintiff filed an incorrect Summons and will file corrected Summons' with
6 |        the Court.

Dated: January 9, 2015

WRIGHT, FINLAY, & ZAK, LLP

By: _____
Renee M. Parker, WSBA # 36995
Attorneys for Counter-Plaintiff,
GREEN TREE SERVICING LLC

NOTICE OF ERRATA TO SUMMONS     2

## DECLARATION OF SERVICE

The undersigned declares as follows:

On January 9, 2015, I served the foregoing document: **NOTICE OF ERRATA TO SUMMONS** on interested parties in this action by electronic service as follows:

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 9th day of January, 2015

*/s/ Steven E. Bennett*
Steven E. Bennett

NOTICE OF ERRATA TO SUMMONS        3