THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br><br>DOE DEFENDANTS 1 - 20<br><br>　　　　Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**AFFIDAVIT OF JAMES A. BIGELOW IN SUPPORT OF EXHIBITS** |

Now comes the Affiant, James A. Bigelow, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. **EXHIBIT A** is an alleged copy of the Plaintiff's Note which was received by the Plaintiff through the U.S. Postal Service on or about July 14, 2014 from GTS.

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

2. **EXHIBIT B** is an alleged copy of the Plaintiff's Deed of Trust which was received by the Plaintiff through the U.S. Postal Service on or about July 14, 2014 from GTS.

3. **EXHIBIT C** is a certified copy of an alleged Assignment of DOT obtained by the Plaintiff from the Thurston County Recorder's Office.

4. **EXHIBIT D** is an alleged copy of an Appointment of Successor Trustee which was received by the Plaintiff through the U.S. Postal Service on or about August 4, 2014 from NWTS.

5. **EXHIBIT E** is a copy of a letter dated July 11, 2014 from GTS in response to a QWR request and received by the Plaintiff through the U.S. Postal Service on or about July 14, 2014 from GTS.

6. **EXHIBIT F** is a copy of a letter dated August 1, 2014 from NWTS in response to a debt validation request and received by the Plaintiff through the U.S. Postal Service on or about August 4, 2014 from NWTS.

7. **EXHIBIT G** is an alleged copy of a declaration from the beneficiary and received by the Plaintiff through the U.S. Postal Service on or about August 4, 2014 from NWTS.

8. **EXHIBIT H** is a copy of a letter of intent to litigate dated and sent August 22, 2014 from the Plaintiff to NWTS.

9. **EXHIBIT I** is a copy of a letter of intent to litigate dated and sent August 22, 2014 from the Plaintiff to GTS.

10. **EXHIBIT J** is a copy of a letter dated September 15, 2014 from NWTS in response to a notice of intent to litigate and received by the Plaintiff through the U.S. Postal Service on or about September 18, 2014 from NWTS.

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

- 2 of 4 -

11. **EXHIBIT K** is a copy of a letter dated September 23, 2014 from GTS in response to a notice of intent to litigate and received by the Plaintiff through the U.S. Postal Service on or about September 26, 2014 from GTS.

12. **EXHIBIT L** is a copy of a notice of default dated May 10, 2012 received by the Plaintiff from NWTS.

13. **EXHIBIT M** is a copy of a notice of trustee sale recorded April 30, 2014 as Thurston County Recorder No. 4389907 and received by the Plaintiff from NWTS.

14. **EXHIBIT N** is a copy of a temporary cease and desist order that was printed from the State of Washington Department of Financial Institutions website on November 12, 2014 by the Plaintiff.

15. **EXHIBIT O** is a copy of a press release from the Department of Justice that was printed from the United States Department of Justice, Western District of Washington website on November 12, 2014 by the Plaintiff.

16. **EXHIBIT P** is a copy of a Pepperdine Law Review article written by Dale A. Whitman on the negotiability of Promissory Notes and was printed from the law.missouri.edu website on November 9, 2014 by the Plaintiff.

17. **EXHIBIT Q** is a copy of MERS Terms and Conditions and was printed from the internet on November 8, 2014 by the Plaintiff.

18. **EXHIBIT R** is a copy of the deposition of Erika Lance and was printed from the internet by the Plaintiff.

19. **EXHIBIT S** are copies of different documents bearing the signatures of Derrick White and Miranda Avilla solely for comparison and printed from the internet by the Plaintiff.

Dated this 7th Day of January, 2015

AFFIDAVIT  
Case No.: 3:14-cv-05798-BHS

James A. Bigelow  
10018 Cascadian Ave SE  
Yelm Washington 98597  
360-790-2568

*[signature]*
James A. Bigelow, Affiant

### CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Dated this 7th day of January, 2015.

*[signature]*
James A. Bigelow

### VERIFICATION

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

*[signature]*
James A. Bigelow, Affiant

SWORN TO and subscribed before me this 7th day of November, 2015.

*[signature]*
Notary Public

My commission expires: Sep. 6, 2017

DORIS C. DUENAS
Commission # 2040365
Notary Public - California
Orange County
My Comm. Expires Sep 6, 2017

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

- 4 of 4 -