UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

James A. Bigelow,

     Plaintiff(s),

v.

Northwest Trustee Services, Inc.;
Green Tree Servicing, LLC, et al.

     Defendant(s).

Case No. 3:14-CV-05798 BHS

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue Summonses On A Third-Party Complaint attached hereto as Exhibit A

January 14, 2015
Dated

"s/" Renee M. Parker WSBA 36995
Sign or use an "s/" and your name

Wright Finlay & Zak,. LLP
4665 MacArthur Court, Ste. 200
Newport Beach, CA 92660
(949) 477-5050

Name, Address, and Phone Number of Counsel or Pro Se

**PRAECIPE**    Page 1 of 1