# EXHIBIT "A"

AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| James A. Bigelow <br> *Plaintiff* <br> v. <br> Green Tree Servicing, LLC <br> *Defendant, Third-party plaintiff* <br> v. <br> Carolyn Bigelow, et al. <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 3:14-cv-05798 BHS |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Registered Agent For
Oak Ridge Yelm Homeowners Association
66 Wally Way
Friday Harbor, WA 98250

    A lawsuit has been filed against defendant Green Tree Servicing, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff James A. Bigelow.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 01/14/2015

                                                                                           *CLERK OF COURT*

                                                                                          *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | | |
|---|---|---|
| James A. Bigelow | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-05798 BHS |
| Green Tree Servicing, LLC | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Carolyn Bigelow, et al. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Carolyn Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

      A lawsuit has been filed against defendant __Green Tree Servicing__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __James A. Bigelow__.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

      It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

      A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: __01/14/2015__

                                                                                  *CLERK OF COURT*

                                                                           *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| James A. Bigelow<br>*Plaintiff*<br>v.<br>Green Tree Servicing, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Carolyn Bigelow, et al.<br>*Third-party defendant* | Civil Action No. 3:14-cv-05798 BHS |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Current Occupant
10018 Cascadian Avenue SE
Yelm, WA 98597

     A lawsuit has been filed against defendant   Green Tree Servicing  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James A. Bigelow  .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   01/14/2015

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| James A. Bigelow <br> *Plaintiff* <br> v. <br> Green Tree Servicing, LLC <br> *Defendant, Third-party plaintiff* <br> v. <br> Carolyn Bigelow, et al. <br> *Third-party defendant* | Civil Action No. 3:14-cv-05798 BHS |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Corporation Service Company As Agent For Service of Process For
Wells Fargo Bank N.A.
300 Deschutes Wy SW, Ste. 304
Tumwater, WA 98501

    A lawsuit has been filed against defendant   Green Tree Servicing   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James A. Bigelow   .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  01/14/2015

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| James A. Bigelow<br>*Plaintiff*<br>v.<br>Green Tree Servicing, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Carolyn Bigelow, et al.<br>*Third-party defendant* | ) ) ) ) Civil Action No. 3:14-cv-05798 BHS ) ) ) ) ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Oak Ridge Yelm Homeowner's Association
c/o Ruth Meenk
5120 Klahanie Dr NW
Olympia, WA 98502

    A lawsuit has been filed against defendant   Green Tree Servicing  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   James A. Bigelow  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date:   01/14/2015

                                                      *CLERK OF COURT*

                                                     *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 09/11)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: