AO 441 WAWD Version (Rev. 09/11) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| James A. Bigelow<br>*Plaintiff*<br>v.<br>Green Tree Servicing, LLC<br>*Defendant, Third-party plaintiff*<br>v.<br>Carolyn Bigelow, et al.<br>*Third-party defendant* | Civil Action No. 3:14-cv-05798 BHS |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Registered Agent For
Oak Ridge Yelm Homeowners Association
66 Wally Way
Friday Harbor, WA 98250

　　A lawsuit has been filed against defendant __Green Tree Servicing__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __James A. Bigelow__.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Renee M. Parker
Wright Finlay & Zak LLP
4665 MacArthur Court, Ste. 200, Newport Beach, CA 92660 (949) 477-5050

　　It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
James A. Bigelow
10018 Cascadian Avenue SE
Yelm, WA 98597

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

　　A copy of the plaintiff's complaint is also attached. You may — but are not required to — respond to it.

Date: __1/15/2015__

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

AO 441 (Rev. 09/11)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  3:14-cv-05798 BHS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: