THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**AFFIDAVIT OF JAMES A. BIGELOW** |

Now comes the Affiant, James A. Bigelow, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. I am not in receipt of any affidavits in support of Defendants GTS and MERS Motion to Dismiss.

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

- 1 of 3 -

2. I am not in receipt of any affidavits in support of any documents submitted by Defendants GTS and MERS.

3. The Motion in Opposition to GTS and MERS Motion to Dismiss dated December 29, 2014 has been reviewed and submitted by me.

4. The Motion to Strike the Declaration of Edward Born dated January 1, 2015 is true and correct and has been reviewed and submitted by me.

5. The Motion to Strike the evidence submitted by counsel in Dkt 16 dated January 1, 2015, is true and correct and has been reviewed and submitted by me.

Dated this 10th Day of January, 2015

_____
James A. Bigelow

### CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Dated this 10th day of January, 2015

_____
James A. Bigelow

### VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF ORANGE**

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

AFFIDAVIT                                                                 James A. Bigelow
Case No.: 3:14-cv-05798-BHS                                 10018 Cascadian Ave SE
                                                                                    Yelm Washington 98597
                                                                                    360-790-2568

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

                        James A. Bigelow, Affiant

SWORN TO and subscribed before me this 10th day of January, 2015.

Notary Public

My commission expires: Oct 18, 2018



YONGSUH PARK
Commission # 2086671
Notary Public - California
Orange County
My Comm. Expires Oct 18, 2018

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568