The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, | Case No: 14-05798-BHS |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.** |
| NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20, | |
| Defendants. | |

Pursuant to F.R.C.P. 7.1, Defendant Northwest Trustee Services, Inc. ("NWTS") hereby makes the following disclosure:

NWTS is a closely held private corporation and does not have any parent corporation.

No other publicly held corporation owns 10% or more of NWTS' stock.

DATED this 19th day of January, 2015.

**RCO LEGAL, P.S.**

By  /s/ Joseph H. Marshall
Joseph H. Marshall, WSBA No. 29671
Of Attorneys for Defendant Northwest Trustee Services, Inc.

---

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC. – PAGE 1 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.   I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.   That on January 19, 2015, I caused a copy of the **Corporate Disclosure Statement of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| James A. Bigelow<br>10018 Cascadian Ave. SE<br>Yelm, WA  98597<br><br>*Pro Se* Plaintiff | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] CM/ECF Electronic Notice |
| Renee M. Parker<br>Wright, Finaly & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc. | [**X**] US Mail, Postage Prepaid<br>[  ] Hand Delivery<br>[  ] Overnight Mail<br>[  ] Facsimile<br>[**X**] CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 19th day of January, 2015.

  /s/  Kristine Stephan
Kristine Stephan, Paralegal

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT NORTHWEST TRUSTEE
SERVICES, INC. – PAGE 2 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131