The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

JAMES A. BIGELOW,                          )

               Plaintiff,            )

     v.                                   )

NORTHWEST TRUSTEE SERVICES, INC.; )
GREEN TREE SERVICING, LLC;           )
MORTGAGE ELECTRONIC               )
REGISTRATION SYSTEMS, INC.; and   )
DOE DEFENDANTS 1-20,               )
                            )

              Defendants.           )

_____)

Case No:  14-05798-BHS

**ANSWER OF DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.**

COMES NOW Defendant Northwest Trustee Services, Inc. ("NWTS") and, without waiving any objections to service of process or other valid defense, hereby answers Plaintiffs' Amended Verified Complaint ("Complaint") as follows.  All allegations not expressly admitted, denied, or otherwise pled below are hereby construed as denied.

### AMENDED COMPLAINT

This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

1.     This paragraph states legal conclusions as to NWTS for which no response is required, and which are denied as to any assertions contained therein; as to the other defendants NWTS states that no allegation is asserted against it and, therefore, no response is required; to the

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

2.       This paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein

### JURISDICTION AND VENUE

3.       This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein; except jurisdiction only is admitted.

4.       This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein; except venue only is admitted.

### PARTIES

5.       Admitted only that Plaintiff is a natural person; as to the remainder of the allegations, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

6.       Admitted; except that information as to registration with the Washington Department of Revenue speaks for itself.

7.       NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

8.       NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

9.       NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

**GENERAL ALLEGATIONS**

10.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

11.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the promissory note speaks for itself.

12.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.  The promissory note speaks for itself.

13.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.  This paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

14.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

15.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.  This paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

16.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

17.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions, and therefore denies the same.

18     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

19.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

20.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

21.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the promissory note speaks for itself.

22.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.  This paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

23.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the promissory note speaks for itself.

24.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the promissory note speaks for itself.

25.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated , and therefore denies the same; the promissory note speaks for itself.

26.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

27.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

28.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 5 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

29.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

30.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

31.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

32.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same; this paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein; the promissory note speaks for itself.

33.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated in this paragraph and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

34.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated in this paragraph, and therefore denies the same.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 6 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

35.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the deed of trust , recording number 3922368 records of Thurston County, Washington, speaks for itself.

36.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions and therefore denies the same; the deed of trust , recording number 3922368 records of Thurston County, Washington, speaks for itself

37.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required; the deed of trust, recording number 3922368 records of Thurston County, Washington, speaks for itself.

38.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

39.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the deed of trust, recording number 3922368 records of Thurston County, Washington, speaks for itself.

40.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the assignment of deed of trust, recording number 4261697 records of Thurston County, speaks for itself.

41.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

form a belief as to the truth of the assertions stated, and therefore denies the same; the assignment of deed of trust, recording number 4261697 records of Thurston County, speaks for itself.

42.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated in this paragraph, and therefore denies the same; this paragraph states a legal conclusion for which no response is required, and which is denied as to any assertions contained therein.

43.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

44.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

45.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

46.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

47.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions, and therefore denies the same.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

48.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

49.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

50.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

51.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

52.     NWTS states that no allegation is asserted against it this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; the assignment of deed of trust speaks for itself.

53.     NWTS states that no allegation is asserted against it this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

54.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

55.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

56.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

57.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

58.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

59.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

60.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

61.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

62.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

63.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated in this paragraph, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

64.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

65.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

66.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

67.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

68.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

69.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

70.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

71.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

72.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

73.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

74.     The appointment of successor trustee, recording number 4266605, records of Thurston County, speaks for itself.

75.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

76.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

77.     Denied.

78.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

79.     Denied.

80.     The deed of trust speaks for itself.

81.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

82.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

83.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

84.     Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

85.     Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

86.     The notice of default speaks for itself; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

87.     The notice of default speaks for itself; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

88.     The notice of default speaks for itself.

89.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

90.     The notice of default speaks for itself.

91.     The notice of default speaks for itself.

92.     The beneficiary declaration speaks for itself; as to Plaintiff's communication with Sue Spratte, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

93.     The beneficiary declaration speaks for itself.

94.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

95.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

96.     Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

97.     This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

RCO
LEGAL, P.S.

98.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

99.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

100.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

101.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

102.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

103.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

104.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

105.    NWTS states that no allegation is asserted against it this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

106.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

107.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

108.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

109.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

110.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

111.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

112.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein

113.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

form a belief as to the truth of the assertions stated, and therefore denies the same; the promissory note speaks for itself.

114.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same; the promissory note speaks for itself.

115.    Denied.

116.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated and therefore denies the same.

117.    This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

118.    Any alleged debt validation letters from Plaintiff speak for themselves; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

119.    The August 4, 2014 letter speaks for itself; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

120.    NWTS denies it did not provide any information as to how the debt was verified.

121.    The beneficiary declaration and notice of default speak for themselves; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

122.    Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

123.    The beneficiary declaration speaks for itself; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

124.    Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

125.    NWTS admits it has a duty of good faith, denies it breached that duty and specifically avers it complied with its duty of good faith; this further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

126.    Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

127.    Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

128.    Denied; this paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

129.    Denied; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

130.    NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

131.    The "notice of intent to litigate" speaks for itself; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 18 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

132.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

133.     The September 1, 2014 Notice of Postponement speaks for itself.

134.     The correspondence from NWTS speaks for itself; NWTS denies that it held steadfast to any wrong-doing correspondence; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

135.     NWTS specifically avers it is in full compliance with all applicable law including state statutes and is in receipt of a proper beneficiary declaration; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

136.     NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

137.     NWTS states that no allegation is asserted against it in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

138.     Denied.

139.     NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

140.     Denied.

141.     NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 19 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

142.    This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

143.    This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

144.    NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

145.    NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same; this paragraph further states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

## COUNT I

146.    NWTS hereby incorporates its answers as set forth above, including all denials.

147.    Denied.

148.    Denied.

149.    Denied.

150.    NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.  To the extent a response is required, NWTS lacks information sufficient to form a belief as to the truth of the assertions stated, and therefore denies the same.

151.    Denied.

152.    This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

153.    Denied

154.    This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1

2

3       155.    This paragraph states legal conclusions for which no response is required, and which
4  are denied as to any assertions contained therein.

5       156.    Denied; this paragraph states legal conclusions for which no response is required,
6  and which are denied as to any assertions contained therein.

7       157.    Denied; this paragraph states legal conclusions for which no response is required,
8  and which are denied as to any assertions contained therein.

9       158.    Denied; this paragraph states legal conclusions for which no response is required,
10 and which are denied as to any assertions contained therein.

11      159.    Admit original sale date; deny that sale is eminent [sic] and current sale date; this
12 paragraph states legal conclusions for which no response is required, and which are denied as to any
13 assertions contained therein.

14      160.    NWTS denies that Plaintiffs are entitled to the relief requested; this paragraph states
15 legal conclusions for which no response is required, and which are denied as to any assertions
16 contained therein.

## COUNT II

17      161.    NWTS hereby incorporates its answers as set forth above, including all denials.

18      162.    This paragraph states legal conclusions for which no response is required, and which
19 are denied as to any assertions contained therein.

20      163.    Admit.

21      164.    This paragraph states legal conclusions for which no response is required, and which
22 are denied as to any assertions contained therein.

23      165.    This paragraph states legal conclusions for which no response is required, and which
24 are denied as to any assertions contained therein.

25      166.    Denied.

26      167.    Denied.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 21 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131

168.   Denied.

169.   Denied.

170.   NWTS denies that Plaintiffs are entitled to the relief requested; this paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

## COUNT III

171.   NWTS hereby incorporates its answers as set forth above, including all denials.

172.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

173.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

174.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

175.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

176.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

177.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein.

178.   This paragraph states legal conclusions for which no response is required, and which are denied as to any assertions contained therein; NWTS denies that Plaintiffs are entitled to the relief requested.

## DEMAND FOR JURY TRIAL

179.   NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 22 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

180.   NWTS states that no allegation is asserted against in this paragraph and, therefore, no response is required.

## DEFENDANT NWTS' ASSERTION OF DEFENSES

Having answered Plaintiffs' Complaint, NWTS asserts the following defenses, the assertion of which in no way shifts the burden of proof to NWTS:

1.   <u>Failure to State a Claim</u>:  The assertions in the Complaint fail to state claims upon which relief can be granted.

2.   <u>Statute of Limitations</u>:  Plaintiffs' claims are barred by the applicable statute of limitations.

3.   <u>Failure of Damages</u>: Plaintiffs cannot allege any cognizable damages resulting from the acts alleged in the Complaint.

4.   <u>Mitigation of Damages</u>:  Plaintiffs have failed to mitigate the alleged damages.

5.   <u>Lack of Standing</u>:  Plaintiffs lack standing to challenge the validity of documents that Plaintiff was not a party to.

6.   NWTS also asserts the defenses of general denial, waiver, estoppel, laches, unclean hands, and the statute of frauds, and any facts constituting an affirmative defense, and NWTS also reserves the right to amend this Answer, including but not limited to the right to amend by way of adding additional affirmative defenses, counter claims, or third-party claims, and without waiving any other valid defense.

## DEFENDANT NWTS' PRAYER FOR RELIEF

NWTS prays for judgment against Plaintiffs as follows:

1.   That Plaintiffs' Complaint be dismissed with prejudice;

2.   That the Plaintiffs recover nothing on account of the claims made in the Complaint.

//

///

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 23 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:   425.458.2131

3.  That NWTS be awarded costs of suit herein and reasonable attorney fees, and

4.  For such other and further relief as the Court deems equitable and just.

DATED this 22nd day of January, 2015.

**RCO LEGAL, P.S.**

By  /s/ Joseph H. Marshall
Joseph H. Marshall, WSBA No. 29671
Of Attorneys for Defendant Northwest
Trustee Services, Inc.

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

**Declaration of Service**

The undersigned makes the following declaration:

1.      I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2.      On January 22, 2015 I caused a copy of the **Answer of Defendant Northwest Trustee Services, Inc.** to be served to the following in the manner noted below:

| | |
|---|---|
| James A. Bigelow<br>10018 Cascadian Ave. SE<br>Yelm, WA  98597<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  CM/ECF Electronic Notice |
| Renee M. Parker<br>Wright, Finaly & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 22nd day of January, 2015.


    /s/  Kristine Stephan
    Kristine Stephan, Paralegal

ANSWER OF DEFENDANT NORTHWEST
TRUSTEE SERVICES, INC. –
PAGE 25 OF 25
CASE NO. 3:14-cv-05798-BHS

RCO
LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131