WRIGHT, FINLAY & ZAK, LLP
Renee M. Parker, Esq., WSBA No. 36995 (WA),
    256851 (CA), 140656 (OR)
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorneys for GREEN TREE LOAN SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20<br><br>Defendants. | Case No.: 3:14-cv-05798 BHS<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS GREEN TREE SERVICING LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

Pursuant to F.R.C.P. 7.1, Defendants GREEN TREE SERVICING LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. hereby make the following disclosure:

Defendant GREEN TREE SERVICING LLC is a limited liability company organized and existing under the laws of the State of Delaware. It is a wholly owned subsidiary of Walter Investment Management Corp., a publicly traded corporation.

Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation ("MERS System"), is a wholly-owned subsidiary of MERSCORP

1 Holdings, Inc., a Delaware Corporation, with its principal place of business located in Virginia.
2 MERSCORP Holdings, Inc. is not a publicly traded company and does not have a parent
3 corporation. The Federal Home Loan Mortgage Corporation and the Federal National
4 Mortgage Association each own 10% or more of the stock of MERSCORP Holdings, Inc.

Dated: January 29, 2015

Respectfully submitted,
**WRIGHT, FINLAY, & ZAK, LLP**

By: _/s/ Renee M. Parker_
Renee M. Parker, WSBA # 36995
Attorneys for Defendant
GREEN TREE SERVICING LLC and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

---

CORPORATE DISCLOSURE STATEMENT

WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

2

## DECLARATION OF SERVICE

The undersigned declares as follows:

On January 29, 2015, I served the foregoing document: **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS GREEN TREE SERVICING LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

None

**ELECTRONIC SERVICE VIA CM/ECF:**

James A Bigelow
sistermoonproductions@gmail.com
PLAINTIFF PRO SE

Joseph H Marshall
jomarshall@rcolegal.com, kstephan@rcolegal.com
ATTORNEYS FOR NORTHWEST TRUSTEE SERVICES, INC.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 29th day of January, 2015

*/s/ Steven E. Bennett*
Steven E. Bennett

CORPORATE DISCLOSURE STATEMENT
WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

3