THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, | Case No.: 3:14-cv-05798-BHS |
| Plaintiff, | |
| vs. | **JOINT CONFERENCE AND SCHEDULING REPORT** |
| NORTHWEST TRUSTEE SERVICES, INC.; | |
| GREEN TREE SERVICING, LLC., | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc., | |
| DOE DEFENDANTS 1 - 20 | |
| Defendants. | |

Pursuant to the Court's Order dated October 7, 2014, the Plaintiff submits the following Joint Status Report and Discovery Plan. Defendants did not confer in good faith and refused to compromise and sign a proposed report even though the Plaintiff agreed to shorten his discovery time but not to the unrealistic time frame proposed by the Defendants:

**1. A statement of the nature and complexity of the case.**

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

- 1 of 8 -

Plaintiff alleges that defendant/s violated the Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692 *et seq*, Washington State Deed of Trust Act (WDTA) RCW § 61.24 *et seq*, Washington Consumer Protection Act (WCPA) RCW § 19.86 *et seq*, in the course of collecting an alleged but non-existent debt. Defendants deny these allegations. It is not anticipated that this case will be unusually complex.

2. **A proposed deadline for the joining of additional parties.**

Plaintiff proposes August 2, 2015. Defendants propose waiting for the Court's decision on MERS' Motion for Judgment on the Pleadings.

3. **Magistrate Judge.**

No.

4. **Discovery Plan.**

   (A) **Initial Disclosures.**

   Initial Disclosures have not been exchanged. Plaintiff proposes exchange of initial disclosures by February 9, 2015.

   (B) **Subjects, Timing, and Potential Phasing of Discovery.**

   Plaintiff plans to conduct initial discovery regarding the process for collection of debts, verification, processing and accountability of documents, foreclosure process. The parties anticipate conducting discovery in phases. The Plaintiff proposes seven (7) months to complete discovery. The Defendants propose three (3) months to complete discovery.

   (C) **Electronically Stored Information.**

   The parties have discussed and agreed upon the preservation and production of relevant discoverable information. The parties do not anticipate any other discovery

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

- 2 of 8 -

of electronically stored information, but reserve the right to revisit this issue as discovery progresses. Electronic documents shall be produced in PDF format where available and recordings shall be produced in native formats on CD or DVD.

**(D) Privilege Issues.**

The parties have not reached any agreements regarding the assertion of claims of privilege or protection of trial preparation material after production. The parties will inform the Court if any such agreement is made. The Plaintiff proposed entering into a confidentiality agreement, but was met with resistance. The Defendants have explicitly refused to enter into such an agreement, but rather insisted in expressly retaining their right to assert claims of privilege or protection of documents.

**(E) Proposed Limitations on Discovery.**

(1) **Amendment of Pleadings**: The Plaintiff proposes that the deadline to bring any motions to amend the pleadings, to file motions for class certification to this case be August 2, 2015. The Defendants propose that any amendment to the pleadings will be set forth before the Court by motion.

(2) **File and Hear Motions**: The Plaintiff proposes that the deadline for filing dispositive motions be December 2, 2015; that the deadline for responses to dispositive motions be December 16, 2015; and that replies be due December 30, 2015. The Plaintiff proposes that the deadline for motions in limine be January 13, 2016. Defendants propose eliminating paragraph (2).

(3) **Expert Disclosures**: Plaintiff proposes by July 22, 2015, parties shall exchange expert witness summaries and reports as required by Local Rule LCR 39.2. Defendants propose eliminating paragraph (3).

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

(F) **The Need for Any Discovery Related Orders.**

None at this time, but the Plaintiff believes that Motions to Compel will become necessary.

5. **Local Civil Rule 26(f)(1).**

   (A) **Prompt Case Resolution.**

   The parties will discuss settlement in good faith and will inform the Court if any settlement is reached. However, settlement was not discussed during the 26(f) conference.

   (B) **Alternative Dispute Resolution.**

   The parties have not reached a consensus with respect to ADR, but will inform the Court if there is an intent to enter into ADR negotiations.

   (C) **Related Cases.**

   None, however Green Tree Servicing LLC has filed a Counter-Claim and Third Party Complaint for a judicial foreclosure (which is a state issue) in Federal Court on or about January 8, 2015 as Docket Item No. 26.

   (D) **Discovery Management.**

   At this time, the parties do not expect significant or protracted discovery. The parties agree to cooperate in a manner that minimizes expenses while preserving each side's ability to make their claims and defenses.

   (E) **Anticipated Discovery Sought.**

   The parties anticipate doing written discovery and depositions.

   (F) **Phasing Motions.**

   None at this time.

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

**(G) Preservation of Discoverable Information.**

The parties have discussed preservation policies and do not anticipate any issues.

**(H) Privilege Issues.**

The Plaintiff anticipates possible issues; however, all named defendants propose retaining and preserving all rights to assert claims of privilege or protection of documents. Plaintiff has proposed a Confidentiality Agreement to minimize the need for possible motions to compel, but was met with resistance by Defendants.

**(I) Model Protocol for Discovery of ESI.**

The Plaintiff does not propose any changes to the model protocol. The Defendants propose eliminating paragraph (I).

**(J) Alternatives to Model Protocol.**

Plaintiff sees none at this time. The Defendants propose eliminating paragraph (J).

6. **The date by which discovery can be completed.**

The Plaintiff proposes September 2, 2015. The Defendants propose April 15, 2015.

7. **Whether the case should be bifurcated by trying the liability issues before the damages issues, or bifurcated in any other way.**

At this time, the parties do not believe that the case should be bifurcated.

8. **Whether the pretrial statements and pretrial order should be dispensed with in whole or in part for the sake of economy.**

No.

9. **Whether the parties intend to utilize the Individualized Trial Program.**

No.

10. **Any other suggestions for shortening or simplifying the case.**

JOINT CONFERENCE AND SCHEDULING REPORT  
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow  
10018 Cascadian Ave SE  
Yelm Washington 98597  
360-790-2568

None at this time.

**11. The date the case will be ready for trial. The Court expects that most civil cases will be ready for trial within a year after filing the Joint Status Report and Discovery Plan.**

The parties have not reached an agreement on a date at this stage of litigation.

**12. Whether the trial will be jury or non-jury.**

Plaintiff demands a jury.

**13. The number of trial days required.**

The Plaintiff estimates three to four days. The Defendants estimate two to three days.

**14. The names, addresses, and telephone numbers of all trial counsel.**

For Mr. Bigelow:
James A. Bigelow
10018 Cascadian Ave SE
Yelm WA 98597
360-790-2568

For Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc.:
Renee M. Parker
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd, Suite 200
Newport Beach California 92660
949-610-7023

For Northwest Trustee Services, Inc.:
Joseph H. Marshall
RCO Legal, P.S.
13555 SE 36th St, Suite 300
Bellevue Washington 98006
425-458-2121

**15. The dates on which the trial counsel may have complications to be considered in setting a trial date.**

None at this time.

**16. Service.**

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

GTS, MERS, and NWTS have been served.

17. **Whether any party wishes a scheduling conference before the Court enters a scheduling order in the case.**

No.

18. **Corporate Disclosure Statements.**

Corporate Disclosure statements have been filed by Defendants.

DATED: February 4, 2015.

JAMES A. BIGELOW

By /s/ James A. Bigelow
James A. Bigelow
Plaintiff pro se

WRIGHT, FINLAY, & ZAK, LLP

By Defendants Do Not Agree and Have Refused to Sign
Renee M. Parker, WSBA No. 36995
rmparker@wrightlegal.net

Attorney for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc.

RCO LEGAL, P.S.

By Defendant Does Not Agree and Has Refused to Sign
Joseph H. Marshall, WSBA No. 29671

Attorney for Defendant Northwest Trustee Services, Inc.

**CERTIFICATE OF SERVICE**

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Dated this 5th day of February, 2015.

\_\_/s/ James A. Bigelow_____
James A. Bigelow

JOINT CONFERENCE AND SCHEDULING REPORT
Civil Case No.: 3:14-cv-05798-BHS

James A. Bigelow
10018 Cascadian Ave SE
Yelm Washington 98597
360-790-2568