POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>RENEE M. PARKER, ESQ. | SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 | FAX NO. (949) 608-9142 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | *FOR COURT USE ONLY* |
|---|---|
| UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 1717 PACIFIC AVENUE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: TACOMA, WA 98402<br>BRANCH NAME: WESTERN DISTRICT OF WASHINGTON - TACOMA | |
| PLAINTIFF/PETITIONER: JAMES A. BIGELOW<br>DEFENDANT/RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | CASE NUMBER:<br>3:14-cv-05798 BHS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>282-2014009-Bigelow, James |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. a. Party served *(specify name of party as shown on documents served)*:
   CURRENT OCCUPANT (ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN)

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 10018 CASCADIAN AVE. SE
   YELM, WA 98597

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. ☒ **by substituted service.** On *(date)*: 01/22/2015 at *(time)*: 04:13 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **JACKIE DEETS - OCCUPANT**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:    from *(city)*:    or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2555791GE

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                            (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☒ as occupant.
  d. ☐ On behalf of *(specify)*:
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)                        ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)              ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)                     ☒ 415.46 (occupant)
                                                       ☐ other:

7. **Person who served papers**
  a. Name: **TIMOFEY A. SAMOYLENKO (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
  b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
  c. Telephone number: **(714) 558-2400**
  d. **The fee** for service was: **$ 103.37**
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
       (i) ☐ **owner**    ☐ **employee**    ☐ **independent contractor.**
       (ii) Registration No.: **131869**
       (iii) County: **KING**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: **01/29/2015**
**Nationwide Legal, LLC (L.A. 12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com**

**TIMOFEY A. SAMOYLENKO (WA Process Server)**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)

| Attorney or Party without Attorney:<br>RENEE M. PARKER, ESQ., SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE No.: (949) 477-5050   FAX No. (Optional): (949) 608-9142<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Counter-Plaintiff GREEN TREE SERVICING LLC | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.:<br>282-2014009-Bigelow, James | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WASHINGTON - TACOMA

Plaintiff: JAMES A. BIGELOW

Defendant: NORTHWEST TRUSTEE SERVICES, INC.; et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:14-cv-05798 BHS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:         January 27, 2015
   b. Place of Mailing:        SANTA ANA, California
   c. Addressed as follows:    CURRENT OCCUPANT (ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN)
                               10018 CASCADIAN AVE. SE
                               YELM, WA 98597

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 103.37

Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 29, 2015.

Signature: _____
ANA CASTRO

**PROOF OF SERVICE BY MAIL**

Order#: 2555791GE/mailproof