**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>RENEE M. PARKER, ESQ. \| SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 \| FAX NO. (949) 608-9142 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 1717 PACIFIC AVENUE<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: TACOMA, WA 98402<br>BRANCH NAME: WESTERN DISTRICT OF WASHINGTON - TACOMA | |
| PLAINTIFF/PETITIONER: JAMES A. BIGELOW<br>DEFENDANT/RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | CASE NUMBER:<br>3:14-cv-05798 BHS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>282-2014009-Bigelow, James |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: **SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH**

3. a. Party served *(specify name of party as shown on documents served)*:
   **WELLS FARGO BANK, N.A.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CORPORATION SERVICE COMPANY, REGISTERED AGENTS FOR SERVICE OF PROCESS - BY SERVING JUANITA HUEY, PROCESS SPECIALIST**

4. Address where the party was served: **300 DESCHUTES WAY SW., SUITE 304 TUMWATER, WA 98501**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **01/21/2015**   (2) at *(time):* **11:09 am**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2555785GE |
|---|---|---|

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **WELLS FARGO BANK, N.A.**
      under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)      ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                    ☐ other:

7. **Person who served papers**
   a. Name: **GREG SCHERMERHORN (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
   b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
   c. Telephone number: **(714) 558-2400**
   d. **The fee** for service was: **$ 195.50**
   e. I am:

      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ registered California process server:
         (i) ☐ **owner**    ☐ **employee**    ☐ **independent contractor.**
         (ii) Registration No.: **0508350**
         (iii) County: **KING**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **01/28/2015**

Nationwide Legal, LLC (L.A. 12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

**GREG SCHERMERHORN (WA Process Server)**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)