POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RENEE M. PARKER, ESQ. \| SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 \| FAX NO. (949) 608-9142 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , WA
BRANCH NAME: WESTERN DISTRICT OF WASHINGTON

PLAINTIFF/PETITIONER: JAMES A. BIGELOW
DEFENDANT/RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al.

| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER:<br>3:14-cv-05798 BHS |
|---|---|
| | Ref. No. or File No.:<br>282-2014009-Bigelow, James |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH
3. a. Party served *(specify name of party as shown on documents served)*:
   **OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **RUTH MEENK - DESIGNATED PERSON**
4. Address where the party was served: **5120 KLAHANIE DR. NW.**
   **OLYMPIA, WA 98502**
5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 01/22/2015   (2) at *(time)*: 03:16 pm
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2555788GE

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify)*:
c. ☐ as occupant.
d. ☒ On behalf of *(specify)*: **OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation**
under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
    ☒ other: **A NON-PROFIT CORPORATION**

7. **Person who served papers**
 a. Name: **TIMOFEY A. SAMOYLENKO (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
 b. Address: **200 W. Santa Ana Blvd., Suite 300 Santa Ana, CA 92701**
 c. Telephone number: **(714) 558-2400**
 d. The fee for service was: **$ 172.50**
 e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
        (i) ☐ owner    ☐ employee    ☐ independent contractor.
        (ii) Registration No.: **131869**
        (iii) County: **KING**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **01/28/2015**

Nationwide Legal, LLC (L.A. 12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

**TIMOFEY A. SAMOYLENKO (WA Process Server)**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    ▶    (SIGNATURE)