THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>      Plaintiff,<br><br>  vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br><br>DOE DEFENDANTS 1 - 20<br><br>      Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**PRAECIPE** |

TO THE CLERK of the above entitled Court, could you please make note that the address for the Plaintiff has changed and that all mail should be sent to the address noted below. This is also the same address where service of process can be made:

New Address of Plaintiff

James A. Bigelow

PRAECIPE – ADDRESS CHANGE  
Case No.: 3:14-cv-05798-BHS

James A. Bigelow  
7916 Southwind Cir  
Huntington Beach California 92648  
360-790-2568

- 1 of 2 -

7916 Southwind Circle
Huntington Beach
California
92648

Dated this 11th Day of February, 2015

/s/ James A. Bigelow
James A. Bigelow

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Dated this 11th day of February, 2015

/s/ James A. Bigelow
James A. Bigelow

PRAECIPE – ADDRESS CHANGE
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Cir
Huntington Beach California 92648
360-790-2568

- 2 of 2 -