THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br><br>DOE DEFENDANTS 1 - 20<br><br>　　　　Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**MOTION FOR ENLARGEMENT OF TIME**<br><br><u>**NOTE ON MOTION CALENDAR**</u><br><br>**FEBRUARY 13, 2015** |

　PLAINTIFF, James A. Bigelow, moves this Honorable Court to enter an Order for an enlargement of time for submitting his amended complaint and states the following:

1. Plaintiff has not been educated in law but out of respect for the Court, Plaintiff continues his education in learning and understanding the Court rules and State statutes.

MOTION FOR EXTENSION OF TIME　　　　　　　　　　　　　　　　　　　James A. Bigelow
Case No.: 3:14-cv-05798-BHS　　　　　　　　　　　　　　　　　　　　　　7916 Southwind Cir
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Huntington Beach California 92648
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　360-790-2568

- 1 of 3 -

2. Plaintiff has recently made a move from Washington State to California which has impaired his time available to correct the deficiencies in his complaint and submit his amended complaint along with a pre-trial brief and memorandum of law in support of his complaint. Plaintiff has also been litigating a closely related, but separate, State case, Case number 14-2-01405-5, further impairing available time.

3. Plaintiff has also discovered additional information and facts that are relevant to this case, requiring the joining of additional Defendants.

4. Since moving, the Plaintiff has been diligently moving from boxes to a more organized setting, amending his complaint and preparing a pre-trial brief and memorandum of law in support of his complaint. However, the process has been more time consuming than expected.

5. Granting the Plaintiff additional time to file his amended complaint will aid the Plaintiff from submitting an amended complaint, pre-trial brief and memorandum of law in haste.

6. For these reasons, the Plaintiff is requesting that the Court grant him an enlargement of time to submit his amended complaint no later than February 20, 2015.

THEREFORE, Plaintiff moves this Court in granting an enlargement of time to submit his amended complaint no later than February 20, 2015.

Dated this 12th Day of February, 2015

/s/ James A. Bigelow
James A. Bigelow

### CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

MOTION FOR EXTENSION OF TIME
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Cir
Huntington Beach California 92648
360-790-2568

1

2  Dated this 12th day of February, 2015

3

4  /s/ James A. Bigelow
   James A. Bigelow

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MOTION FOR EXTENSION OF TIME                              James A. Bigelow
Case No.: 3:14-cv-05798-BHS                               7916 Southwind Cir
                                                   Huntington Beach California 92648
                                                             360-790-2568