THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.;<br><br>WRIGHT, FINLAY & ZAK, LLP;<br><br>TICOR TITLE COMPANY;<br><br>NATIONWIDE TITLE CLEARING;<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY;<br><br>RENEE PARKER, ESQ;<br><br>DOE DEFENDANTS 1 - 20<br><br>    Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**NOTE TO THE COURT** |

PLAINTIFF, James A. Bigelow, submits this Note to the Court and states:

NOTE TO COURT                                                                James A. Bigelow
Case No.: 3:14-cv-05798-BHS                                         7916 Southwind Circle
                                                                          Huntington Beach CA 92648
                                                                                      360-790-2568

- 1 of 2 -

The Plaintiff is aware of the Courts Order (Dkt. 35) instructing the Plaintiff to join co-borrower Carol Bigelow. However, Plaintiff is no longer married to co-borrower. Plaintiff and co-borrower finalized their divorce July 9, 2014. Plaintiff and co-borrower no longer share the same dwelling or State, and the Plaintiff is doing his due diligence to understand how to effect the joining of an absent co-borrower as quickly as possible in order to correctly comply with the Courts Order of January 29, 2015.

Dated this 24th Day of February, 2015

/s/ James A. Bigelow
James A. Bigelow

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 24th day of February, 2015.

/s/ James A. Bigelow
James A. Bigelow

NOTE TO COURT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 2 of 2 -