THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWEST TRUSTEE SERVICES, INC.; <br><br> GREEN TREE SERVICING, LLC; <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; <br><br> WRIGHT, FINLAY & ZAK, LLP; <br><br> TICOR TITLE COMPANY; <br><br> NATIONWIDE TITLE CLEARING; <br><br> FIRST AMERICAN TITLE INSURANCE COMPANY; <br><br> RENEE PARKER, ESQ; <br><br> DOE DEFENDANTS 1 - 20 <br><br> Defendants. | Case No.: 3:14-cv-05798-BHS <br><br> **AFFIDAVIT OF JAMES A. BIGELOW** |

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 1 of 3 -

Now comes the Affiant, James A. Bigelow, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. I have personal knowledge of the contents of the Second Amended Complaint of Plaintiff (Dkt. 44) filed into the Court records February 23, 2015 and verify that this document is true and correct.

2. I have personal knowledge of the contents of the Memorandum of Law (Dkt. 45) filed into the Court record February 23, 2015 and verify that this document is true and correct.

3. I have personal knowledge of the contents of the Memorandum of Law – Negotiability of the Note (Dkt. 46) filed into the Court record February 24, 2015 and verify that this document is true and correct.

4. I have personal knowledge of the contents of the Note to the Court (Dkt. 47) filed February 24, 2015 and verify that this document is true and correct.

I hereby affirm that I have read and understood the foregoing Affidavit herein, and that the foregoing Affidavit is true and correct of my own personal knowledge.

Dated this 24th Day of February, 2015

_____
James A. Bigelow, Affiant

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 24th day of February, 2015.

_____
James A. Bigelow

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF ORANGE

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
James A. Bigelow, Affiant

SWORN TO and subscribed before me this 24th day of February, 2015.

_____
Notary Public

See attached
CA Jurat

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 3 of 3 -

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____  _____
Signature of Document Signer No. 1   Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 24th day of Feb., 20 15, by
(1) James A. Bigelow
(and 2) _____,
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

TONI BULLOCK
Commission # 2076421
Notary Public - California
Orange County
My Comm. Expires Aug 27, 2018

Seal
Place Notary Seal Above

———— OPTIONAL ————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: Affidavit   Document Date: 2/24/15
Number of Pages: ____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5910