THE HONORABLE BENJAMIN H. SETTLE

```
____ FILED ____ LODGED
       ____ RECEIVED
         MAR 09 2015
      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC,<br><br>    Defendant, Third-Party Plaintiff,<br><br>vs.<br><br>CAROLYN BIGELOW, *ET AL*,<br><br>    Third Party Defendant | Case No.: 3:14-cv-05798-BHS<br><br>NOTICE OF APPEARANCE |

THIRD PARTY DEFENDANT, Timothy Dietz, is the current occupant of the property in question at 10018 Cascadian Ave SE, Yelm, Washington, 98597. Timothy Dietz was mailed a third party complaint and summons addressed to Current Occupant. Third Party Defendant, Timothy Dietz, hereby gives notice that, without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, the appearance of Third Party Defendant Timothy Dietz is hereby entered in the above-titled

NOTICE OF APPEARANCE

Timothy Dietz
10018 Cascadian Ave SE
Yelm Washington 98597
timthepostman@yahoo.com
360-442-9832

action. You are hereby requested to serve all further papers and pleading in said cause upon Third Party Defendant (Current Occupant) at the address stated below.

Dated March 6, 2015.


Timothy Dietz
10018 Cascadian Ave SE
Yelm WA 98597
360-442-9832
timthepostman@yahoo.com

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing to true and correct and that a copy of the foregoing was deposited into the USPS mail stream addressed to Renee M. Parker, Esq. at 4665 MacArthur Court, Ste 200, Newport Beach, California, 92660.

Executed on the 6th day of March, 2015

_____
Timothy Dietz

## VERIFICATION

STATE OF WASHINGTON
COUNTY OF PIERCE

BEFORE ME personally appeared Timothy Dietz who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:
1. My name is Timothy Dietz, Third Party Defendant herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

NOTICE OF APPEARANCE

Timothy Dietz
10018 Cascadian Ave SE
Yelm Washington 98597
timthepostman@yahoo.com
360-442-9832

_____
Timothy Dietz, Affiant

SWORN TO and subscribed before me this 6th day of March, 2015.

_____
Notary Public

*[Notary seal: MARANDA N. SANTIAGO, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 10-09-15]*

NOTICE OF APPEARANCE

Timothy Dietz
10018 Cascadian Ave SE
Yelm Washington 98597
timthepostman@yahoo.com
360-442-9832