1

**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995

2

Lukasz I. Wozniak, Esq., WSBA No. 47290

3

4665 MacArthur Court, Suite 200
Newport Beach, CA  92660

4

Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

5

6

Attorney for GREEN TREE LOAN SERVICING LLC

7

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)**

8

9

JAMES A. BIGELOW

10

                    Plaintiff,

11

vs.

12

NORTHWEST TRUSTEE SERVICES, INC.;

13

GREEN TREE SERVICING, LLC; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,

14

INC.; and DOE DEFENDANTS 1-20,

15

                    Defendants.

16

———————————————————

17

GREEN TREE SERVICING, LLC,

18

                    Counter-Plaintiff,

19

        vs.

20

JAMES A. BIGELOW and CAROLYN
BIGELOW, husband and wife; and ALL

21

PERSONS OR PARTIES UNKNOWN
CLAIMING ANY RIGHT, TITLE, ESTATE,

22

LIEN, OR INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT HEREIN,

23

                    Counter-Defendants.

24

Case No.: 3:14-cv-05798 BHS

**[PROPOSED] ORDER ON MOTION
FOR ENTRY OF DEFAULT**

25

26

ORDER ON MOTION FOR DEFAULT

27

ON COUNTER-COMPLAINT

WFZ File No.: 229-2013426

28

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

1

1    THIS MATTER came on for hearing upon the *Motion on Entry for Default* filed by

2  Counter-Plaintiff GREEN TREE SERVICING LLC, and the Court having considered the

3  records and files herein,

4    Now therefore, BASED UPON the evidence presented, the Court finds that Counter-

5  Defendants GREEN TREE SERVICING LLC is entitled to the requested entry for default as to

6  James A. Bigelow, Carolyn Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm Homeowners

7  Association , Timothy Dietz, and any other party claiming any legal right or interest in the real

8  property, as specified in the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR

9  JUDICIAL FORECLOSURE, as a matter of law.

10    BASED UPON the above finding, it is hereby ORDERED, ADJUDGED AND

11  DECREED that:

12    1.    The Motion for Default filed by GREEN TREE SERVICING LLC is

13  GRANTED.

14    2.    The Clerk is hereby notified to enter default against Cross-Defendants James A.

15  Bigelow, Carolyn Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm Homeowners

16  Association , Timothy Dietz, and any other party claiming any legal right or interest in the real

17  property, as specified in the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR

18  JUDICIAL FORECLOSURE.

19

20  Dated this _____ day of _____, 2015.

21

22    _____

23    Hon. Benjamin H. Settle

24

25

26

27  ORDER ON MOTION FOR DEFAULT                        Renee M. Parker (SBN 36995)
    ON COUNTER-COMPLAINT                               Wright, Finlay, & Zak, LLP
    WFZ File No.: 229-2013426                          4665 MacArthur Blvd., Suite 200
28                                                     Newport Beach, CA 92660
                                2                      PH: (949) 477-5050/FAX: (949) 608-9142