1

**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995

2

Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200

3

Newport Beach, CA  92660

4

Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

5

Attorney for GREEN TREE LOAN SERVICING LLC

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

8

9

JAMES A. BIGELOW

Case No.: 3:14-cv-05798 BHS

10

Plaintiff,

11

vs.

**AFFIDAVIT OF RENEE M. PARKER, ESQ. OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**

12

NORTHWEST TRUSTEE SERVICES, INC.;
GREEN TREE SERVICING, LLC; MORTGAGE

13

ELECTRONIC REGISTRATION SYSTEMS,

14

INC.; and DOE DEFENDANTS 1-20,

15

Defendants.

16

GREEN TREE SERVICING, LLC,

17

18

Counter-Plaintiff,

19

vs.

20

JAMES A. BIGELOW and CAROLYN
BIGELOW, husband and wife; and ALL

21

PERSONS OR PARTIES UNKNOWN
CLAIMING ANY RIGHT, TITLE, ESTATE,

22

LIEN, OR INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT HEREIN,

23

24

Counter-Defendants.

25

26

DECLARATION IN SUPPORT OF
MOTION FOR DEFAULT ON

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP

27

COUNTER-COMPLAINT

4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660

28

WFZ File No.: 229-2013426

PH: (949) 477-5050/FAX: (949) 608-9142

3

I, <u>RENEE M. PARKER</u>, declare as follows:

1.    I am the attorney of record for Counter-Plaintiff GREEN TREE LOAN SERVICING LLC ("GREEN TREE"), have personal knowledge of the facts set forth in this matter, and am authorized to make this Affidavit for and on behalf of GREEN TREE;

2.    I caused the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE ("Counter-Complaint") to be filed on behalf of GREEN TREE on January 8, 2015 as Docket Item No. 26;

3.    Examination of the court files and records in this case show that defendant James A. Bigelow was served with the Counter-Complaint on January 8, 2015 as evidenced by the CM/ECF Notice attached hereto as Exhibit A;

4.    Examination of the court files and records in this case show that defendant Carolyn Bigelow was served by personal service with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit B;

5.    Examination of the court files and records in this case show that defendant Wells Fargo Bank, N.A. was served by personal service with the Counter-Complaint on January 21, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit C;

6.    Examination of the court files and records in this case show that defendant Oak Ridge Yelm Homeowners Association was served with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit D;

7.    Examination of the court files and records in this case show that then unknown defendants, designated as all occupants of the real property specified in the Counter-Complaint, were served with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit E;

8.    A person purporting to be an occupant of the real property specified in the Counter-Complaint, Timothy Dietz, filed a Notice of Appearance in the case on March 9, 2015 as Docket Item No. 50, but occupancy has not yet been verified;

| DECLARATION IN SUPPORT OF MOTION FOR DEFAULT ON COUNTER-COMPLAINT | Renee M. Parker (SBN 36995) Wright, Finlay, & Zak, LLP 4665 MacArthur Blvd., Suite 200 |
|---|---|
| WFZ File No.: 229-2013426 | Newport Beach, CA 92660 PH: (949) 477-5050/FAX: (949) 608-9142 |

1    9.    Timothy Dietz has claimed ownership in the real property commonly known as

2  2503 34th Avenue, Longview, Washington 98632 in litigation commenced in the Western

3  District of Washington, Case No. 3:13-cv-05948-RJB and is not believed to reside in the real

4  property as specified in the Counter-Complaint.

5    10.    James A. Bigelow, Carolyn Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm

6  Homeowners Association , Timothy Dietz, and any other party did not file a responsive pleading.

7

8    I hereby declare under the penalty of perjury under the laws of the State of Washington

9  that the foregoing statement is true and correct.

10

11  DATED this 9th day of March, 2015, at Newport Beach, CA.

12

13  Printed Name:   Renee M. Parker

14  Title:   Attorney for Green Tree Servicing LLC

15

16

17

18

19

20

21

22

23

24

25

26

27  DECLARATION IN SUPPORT OF
    MOTION FOR DEFAULT ON
    COUNTER-COMPLAINT

28  WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

5

# EXHIBIT A

| From: | ECF@wawd.uscourts.gov |
|-------|------------------------|
| To: | ECF@wawd.uscourts.gov |
| Subject: | Activity in Case 3:14-cv-05798-BHS Bigelow v. Northwest Trustee Services, Inc. et al Third Party Complaint |
| Date: | Thursday, January 08, 2015 5:27:35 PM |

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is
unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United
States policy permits attorneys of record and parties in a case (including
pro se litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a
copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do
not apply.

## U.S. District Court

## United States District Court for the Western District of Washington

### Notice of Electronic Filing

The following transaction was entered by Parker, Renee on 1/8/2015 at 5:26 PM PST
and filed on 1/8/2015
**Case Name:**       Bigelow v. Northwest Trustee Services, Inc. et al
**Case Number:**     3:14-cv-05798-BHS
**Filer:**           Green Tree Servicing, LLC
**Document Number:** 26

**Docket Text:**
THIRD PARTY COMPLAINT *Counterclaim and Third-Party Complaint For
Judicial Foreclosure* against James A. Bigelow, Carolyn Bigelow, Wells Fargo
Bank, N.A., Oak ridge Yelm Homeowners Association, filed by Green Tree
Servicing, LLC. (Attachments: # (1) Summons, # (2) Declaration of Military
Search, # (3) Lis Pendens)(Parker, Renee)


**3:14-cv-05798-BHS Notice has been electronically mailed to:**

James A. Bigelow     sistermoonproductions@gmail.com

Joseph H Marshall     jomarshall@rcolegal.com, kstephan@rcolegal.com

Renee M Parker     rmparker@wrightlegal.net, bknotice@earthlink.net,
lwozniak@wrightlegal.net, maugustyniak@wrightlegal.net,
renee_parker@earthlink.net, sbennett@wrightlegal.net

**3:14-cv-05798-BHS Notice will not be electronically mailed to:**

Carolyn Bigelow

# EXHIBIT A

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=1/8/2015] [FileNumber=5485448-0]
[69726842945043cde650cbfa4e9de197f1c1df87e9bcc9d1a74f78333d2e7d999f82
dd7398ce7d7824811e946f9c313e3bc854049a60d8ab10c54dd343710e57]]
**Document description:**Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=1/8/2015] [FileNumber=5485448-1]
[c2438523759d1b99a9ee50d81c6c94dd1837bdeb7b157b0022a58ebe9abb97336336
fd72b14a470face7401a2e427fb7350826a960d2d162ef73c2ef24fb9614]]
**Document description:** Declaration of Military Search
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=1/8/2015] [FileNumber=5485448-2]
[9a40fe8c13ec8f92ee15cbf3899fa130ad4c25b75f7f47e8f60e0965342e762a2432
5308fe2ac21656c78758a649ce2339053498ea7aaa353bae4b50c9df7e73]]
**Document description:** Lis Pendens
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1035929271 [Date=1/8/2015] [FileNumber=5485448-3]
[25dad6ecd36f7997857c0a43682e6617231639dec60c38e3b97c7a1b74ec6a073002
36dd6bb89dd3adb33adf7e2d5f765300477e10239d183d34d96470f3ff37]]

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| RENEE M. PARKER, ESQ. \| SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 \| FAX NO. (949) 608-9142 \| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Counter-Plaintiff; GREEN TREE SERVICING LLC | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 1717 PACIFIC AVENUE | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: TACOMA, WA 98402 | |
| BRANCH NAME: WESTERN DISTRICT OF WASHINGTON - TACOMA | |

| PLAINTIFF/PETITIONER:  JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>282-2014009-Bigelow, James |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
    a. ☐ Summons
    b. ☐ Complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet
    e. ☐ Cross-complaint
    f. ☒ other (specify documents): SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. a. Party served (specify name of party as shown on documents served):
    **CAROLYN BIGELOW, wife**

    b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: **10018 CASCADIAN AVE. SE**
   **YELM, WA 98597**

5. I served the party (check proper box)
    a. ☐ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):    (2) at (time):

    b. ☒ **by substituted service.**  On (date): 01/22/2015  at  (time): 04:13 pm  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
    **JACKIE DEETS - DAUGHTER**

    (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

    (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

    (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
    (date):    from (city):    or ☒ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2555789GE

**EXHIBIT B**

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*              (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name:  **TIMOFEY A. SAMOYLENKO (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
  b. Address:  **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
  c. Telephone number:  **(714) 558-2400**
  d. The fee for service was: $ **228.37**
  e. I am:

   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
    (i) ☐ owner    ☐ employee    ☐ **independent contractor.**
    (ii) Registration No.: **131869**
    (iii) County:  **KING**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **01/29/2015**

   **Nationwide Legal, LLC (L.A. 12-234648)**
   **200 W. Santa Ana Blvd., Suite 300**
   **Santa Ana, CA 92701**
   **(714) 558-2400**
   **www.nationwideasap.com**

| **TIMOFEY A. SAMOYLENKO (WA Process Server)** | ▶ | |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |

| Attorney or Party without Attorney:<br>RENEE M. PARKER, ESQ., SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE No.: (949) 477-5050　　FAX No. (Optional): (949) 608-9142 | FOR COURT USE ONLY |
|---|---|

E-MAIL ADDRESS (Optional):

Attorney for: Counter-Plaintiff GREEN TREE SERVICING LLC

Ref No. or File No.:
282-2014009-Bigelow, James

Insert name of Court, and Judicial District and Branch Court:

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WASHINGTON - TACOMA

Plaintiff: JAMES A. BIGELOW

Defendant: NORTHWEST TRUSTEE SERVICES, INC.; et al.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:14-cv-05798 BHS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

    a. Date of Mailing:               January 27, 2015

    b. Place of Mailing:            SANTA ANA, California

    c. Addressed as follows:     CAROLYN BIGELOW, wife
                                 10018 CASCADIAN AVE. SE
                                 YELM, WA 98597

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: **$ 228.37**

NATIONWIDE LEGAL **Nationwide Legal, LLC**
**200 W. Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 29, 2015.

Signature: _____

ANA CASTRO

## PROOF OF SERVICE BY MAIL

Order#: 2555789GE/mailproof

# EXHIBIT C

POS-010

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>RENEE M. PARKER, ESQ. | SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 | FAX NO. (949) 608-9142 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | *FOR COURT USE ONLY* |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 1717 PACIFIC AVENUE

MAILING ADDRESS:

CITY AND ZIP CODE: TACOMA, WA 98402

BRANCH NAME: WESTERN DISTRICT OF WASHINGTON - TACOMA

| | |
|---|---|
| PLAINTIFF/PETITIONER:  JAMES A. BIGELOW | **CASE NUMBER:** |
| DEFENDANT/RESPONDENT:  NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>282-2014009-Bigelow, James |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-complaint
   - f. ☒ other *(specify documents)*: **SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH**
3. a. Party served *(specify name of party as shown on documents served)*:
   **WELLS FARGO BANK, N.A.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **CORPORATION SERVICE COMPANY, REGISTERED AGENTS FOR SERVICE OF PROCESS - BY SERVING JUANITA HUEY, PROCESS SPECIALIST**

4. Address where the party was served: **300 DESCHUTES WAY SW., SUITE 304**
   **TUMWATER, WA 98501**

5. I served the party *(check proper box)*
   - a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **01/21/2015**   (2) at *(time)*: **11:09 am**

   - b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.

      - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2555785GE |

# EXHIBIT C

| | |
|---|---|
| PETITIONER:  JAMES A. BIGELOW<br><br>RESPONDENT:  NORTHWEST TRUSTEE SERVICES, INC.; et al. | CASE NUMBER:<br>3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.**  I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of  *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of  *(specify):* **WELLS FARGO BANK, N.A.**
     under the following Code of Civil Procedure section:

      ☐ 416.10 (corporation)           ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                  ☐ other:

7. **Person who served papers**
  a. Name:  **GREG SCHERMERHORN (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
  b. Address:  **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
  c. Telephone number:  **(714) 558-2400**
  d. The fee for service was: **$ 195.50**
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
       (i) ☐ **owner**     ☐ **employee**     ☐ **independent contractor.**
       (ii) Registration No.: **0508350**
       (iii) County: **KING**

8. ☒ **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

    or

9. ☐ **I am a California sheriff or marshal and I certify that the foregoing is true and correct.**

    Date: **01/28/2015**
    **Nationwide Legal, LLC (L.A. 12-234648)**
    **200 W. Santa Ana Blvd., Suite 300**
    **Santa Ana, CA 92701**
    **(714) 558-2400**
    **www.nationwideasap.com**

**GREG SCHERMERHORN (WA Process Server)**          ▶                    
  (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

# EXHIBIT D

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RENEE M. PARKER, ESQ. \| SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 \| FAX NO. (949) 608-9142 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE:, WA | |
| BRANCH NAME: WESTERN DISTRICT OF WASHINGTON | |

| PLAINTIFF/PETITIONER:  JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>282-2014009-Bigelow, James |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

    a. ☐ Summons
    b. ☐ Complaint
    c. ☐ Alternative Dispute Resolution (ADR) package
    d. ☐ Civil Case Cover Sheet
    e. ☐ Cross-complaint
    f. ☒ other *(specify documents)*: **SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH**

3. a. Party served *(specify name of party as shown on documents served)*:
    **OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation**

    b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
    **RUTH MEENK - DESIGNATED PERSON**

4. Address where the party was served: **5120 KLAHANIE DR. NW.**
    **OLYMPIA, WA 98502**

5. I served the party *(check proper box)*
    a. ☒ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **01/22/2015**  (2) at *(time)*: **03:16 pm**

    b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

    (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  or ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2555788GE |
|---|---|---|

EXHIBIT D

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
|---|---|
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*             (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) *(Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify):* **OAK RIDGE YELM HOMEOWNERS ASSOCIATION, a non-profit corporation**

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☒ other: **A NON-PROFIT CORPORATION** |

7. **Person who served papers**

  a. Name: **TIMOFEY A. SAMOYLENKO (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**

  b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**

  c. Telephone number: **(714) 558-2400**

  d. The fee for service was: $ **172.50**

  e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:

      (i) ☐ owner    ☐ employee    ☐ **independent contractor.**

      (ii) Registration No.: **131869**

      (iii) County: **KING**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **01/28/2015**

**Nationwide Legal, LLC (L.A. 12-234648)
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com**

**TIMOFEY A. SAMOYLENKO (WA Process Server)** ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          (SIGNATURE)

     **PROOF OF SERVICE OF SUMMONS**     

# EXHIBIT E

Case 3:14-cv-05798-BHS   Document 38   Filed 02/10/15   Page 1 of 3

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>RENEE M. PARKER, ESQ. | SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE NO.: (949) 477-5050 | FAX NO. (949) 608-9142 | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Counter-Plaintiff: GREEN TREE SERVICING LLC | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 1717 PACIFIC AVENUE
MAILING ADDRESS:
CITY AND ZIP CODE: TACOMA, WA 98402
BRANCH NAME: WESTERN DISTRICT OF WASHINGTON - TACOMA

PLAINTIFF/PETITIONER:  JAMES A. BIGELOW

DEFENDANT/RESPONDENT:  NORTHWEST TRUSTEE SERVICES, INC.; et al.

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | CASE NUMBER:<br>3:14-cv-05798 BHS<br><br>Ref. No. or File No.:<br>282-2014009-Bigelow, James |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-complaint
   f. ☒ other *(specify documents)*: SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. a. Party served *(specify name of party as shown on documents served)*:
   **CURRENT OCCUPANT (ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN)**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **10018 CASCADIAN AVE. SE**
   **YELM, WA 98597**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: 01/22/2015  at  *(time)*: 04:13 pm  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
   **JACKIE DEETS - OCCUPANT**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☒ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2555791GE |

EXHIBIT E

| PETITIONER: JAMES A. BIGELOW | CASE NUMBER: |
| RESPONDENT: NORTHWEST TRUSTEE SERVICES, INC.; et al. | 3:14-cv-05798 BHS |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:      (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☒ as occupant.
  d. ☐ On behalf of *(specify)*:
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)    ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)    ☒ 415.46 (occupant)
                     ☐ other:

7. **Person who served papers**
  a. Name: **TIMOFEY A. SAMOYLENKO (WA Process Server) C/O Nationwide Legal, LLC (L.A. 12-234648)**
  b. Address: **200 W. Santa Ana Blvd., Suite 300  Santa Ana, CA 92701**
  c. Telephone number: **(714) 558-2400**
  d. The fee for service was: **$ 103.37**
  e. I am:
    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.
      (ii) Registration No.: **131869**
      (iii) County: **KING**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
  or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **01/29/2015**

**Nationwide Legal, LLC (L.A. 12-234648)**
**200 W. Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

**TIMOFEY A. SAMOYLENKO (WA Process Server)** ▶
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)    (SIGNATURE)

POS-010 [Rev January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Page 2 of 2
POS-010/2555791GE

| Attorney or Party without Attorney:<br>    RENEE M. PARKER, ESQ., SBN: 36995<br>    WRIGHT, FINLAY & ZAK, LLP<br>    4665 MACARTHUR BOULEVARD, SUITE 200<br>    NEWPORT BEACH, CA 92660<br>TELEPHONE No.: (949) 477-5050          FAX No. (Optional): (949) 608-9142<br>Attorney for: Counter-Plaintiff GREEN TREE SERVICING LLC | FOR COURT USE ONLY |
|---|---|

E-MAIL ADDRESS (Optional):

Ref No. or File No..
282-2014009-Bigelow, James

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WASHINGTON - TACOMA

Plaintiff: JAMES A. BIGELOW

Defendant: NORTHWEST TRUSTEE SERVICES, INC.; et al.

| PROOF OF SERVICE<br>BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:14-cv-05798 BHS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; LIS PENDENS; DECLARATION OF MILITARY SEARCH

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing:        January 27, 2015
   b. Place of Mailing:       SANTA ANA, California
   c. Addressed as follows:   CURRENT OCCUPANT (ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY
                              RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN
                              THE COMPLAINT HEREIN)
                              10018 CASCADIAN AVE. SE
                              YELM, WA 98597

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 103.37

NATIONWIDE LEGAL **Nationwide Legal, LLC**
**200 W. Santa Ana Blvd., Suite 300**
**Santa Ana, CA 92701**
**(714) 558-2400**
**www.nationwideasap.com**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on January 29, 2015.

Signature: _____
                    ANA CASTRO

**PROOF OF SERVICE BY MAIL**

Order#: 2555791GE/mailproof

**CERTIFICATE OF SERVICE**

I, Steven E. Bennett, declare as follows:

      I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.  I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

      On March 9, 2015, I served the within **AFFIDAVIT OF RENEE M. PARKER, ESQ. OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** on all interested parties in this action as follows:

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

Carolyn Bigelow
10018 Cascadian Ave. SE
Yelm, WA 98597

Wells Fargo Bank, N.A.
c/o Corporation Service Company, Registered Agent For Service of Process
Attn:  Juanita Huey
300 Deschutes Way SW., Suite 304
Tumwater, WA 98501

Oak Ridge Yelm Homeowners Association
Attn: Ruth Meenk – Designated Person
5120 Klahanie Dr. NW
Olympia, WA 98502

Timothy Dietz
10018 Cascadian Ave SE
Yelm, WA 98597

Current Occupant (All Persons or Parties Unknown Claiming Any Right, Title, Estate, Lien, Or Interest in The Property Described in The Complaint)
10018 Cascadian Ave. SE
Yelm, WA 98597

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

1

CERTIFICATE OF SERVICE

1    [X]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date
2          following ordinary business practices.

3    [X]    (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically
         to the parties at the e-mail address indicated.  To the best my knowledge, the transmission
4          was reported as complete, and no error was reported that the electronic transmission was
5          not completed.

6    [ ]    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the
         office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth
7          above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is
8          generated automatically by the ECF system upon completion of an electronic filing. The
         NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof
9          of service as required by Fed.R.Civ.P.5(b)(2)(E).  A copy of the NEF shall be attached to
10         any document served in the traditional manner upon any party appearing pro se."

11    [ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200,
         complied with California Rules of Court, Rule 2003, and no error was reported by the
12         machine.

13    [ ]    (BY NORCO DELIVERY SERVICE - NEXT DAY DELIVERY) I placed true and
         correct copies of thereof enclosed in a package designated by Norco Delivery Service
14         with the delivery fees provided for.

15    [ ]    (State) I declare under penalty of perjury under the laws of the state of California that the
16         foregoing is true and correct.

    [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this
17         court at whose direction the service was made.

18         Executed on March 9, 2015 at Newport Beach, California.

19

20

21         Steven E. Bennett

22

23

24

25

26

27

28