THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; and DOE DEFENDANTS 1 – 20,<br><br>    Defendants.<br><br>GREEN TREE SERVICING, LLC,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, Husband and Wife; WELLS FARGO BANK, N.A.; OAK RIDGE YELM HOME OWNERS ASSOCIATION, a non-profit corporation; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTYY DESCRIBED IN THE COMPLAINT HEREIN, | Case No.: 3:14-cv-05798-BHS<br><br>**NOTICE OF DISPUTE** |

NOTICE OF DISPUTE
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

Counter-Defendants.

Plaintiff and Counter-Defendant, James A. Bigelow, mailed a notice of dispute on or about February 13, 2015 to GTS in care of the alleged attorney for GTS, asking for validation of the alleged debt. An unsigned copy of the original letter sent to GTS is attached. Also attached is GTS acknowledgement of receipt of the debt validation letter. As of March 9, 2015, Mr. Bigelow has still not received any validation from GTS. Pursuant to 15 USC § 1692g(b), Mr. Bigelow (the "Consumer") gives notice that:

1. The debt, or a portion thereof, is disputed.
2. The Consumer requests verification of the debt.
3. The Consumer requests the name and address of the original creditor.
4. The Consumer requests validation of the debt, to wit, the chain of title to the debt and a history of charges and payments thereon.

Dated this 10th Day of March, 2015

/s/ James A. Bigelow
James A. Bigelow

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq.

Executed this 10th day of March, 2015.

/s/ James A. Bigelow
James A. Bigelow

NOTICE OF DISPUTE
Case No.: 3:14-cv-05798-BHS

- 2 of 2 -

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

# ATTACHMENT A

February 13, 2015        Cert #

James Bigelow
7916 Southwind Circle
Huntington Beach
California  92648
360-790-2568


Green Tree Servicing, LLC
C/O Renee Parker, Esq.
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd, Suite 200
Newport Beach California 92660
949-610-7023

Green Tree Servicing, LLC,

You have recently filed a counter-claim for a judicial foreclosure. This is a notice that your claim is disputed.

This is a request for validation of the debt you claim that I owe made pursuant to the Fair Debt Collection Practices Act. Please complete and return the attached disclosure request form. I am requesting a "validation:" that is, competent evidence that I have some contractual obligation to pay you.

Your failure to satisfy this request within the requirements of the Fair Debt Collection Practices Act will be construed as your absolute waiver of any and all claims against me, and your tacit agreement to compensate me for costs and attorneys fees.

Sincerely,



James Bigelow

## CREDITOR DISCLOSURE STATEMENT

Name and Address of Original Creditor: _____

_____

Name and Address of Debtor: _____

_____

Account Number(s): _____

What are the terms of assignment for this account? You may attach a facsimile of any records relating to such terms.

_____

_____

Have any insurance claims been made by any creditor or assignee regarding this account? Yes /no

Has the purported balance of this account been used in any tax deduction claim? Yes / no

Please list the complete chain of title to the debt and a history of charges and payments thereon:

_____

_____

Upon failure or refusal to validate this collection action, Green Tree Servicing agrees to waive all claims against the debtor named herein and pay debtor for all costs and attorney fees involved in defending this collection action.

X_____          _____
Authorized signature for Green Tree Servicing          Date

Please return this completed form and attach all assignment or other transfer agreements that would establish your right to collect this debt. Your claim cannot be considered if any portion of this form is not completed and returned with the required documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act. If you do not respond as required by this law, your claim will not be considered and you may be liable for damages for continued collection efforts.

# ATTACHMENT

# B



| | | |
|---|---|---|
| ROBIN P. WRIGHT* | | ***++*LUKASZ I. WOZNIAK |
| T. ROBERT FINLAY | **WRIGHT FINLAY & ZAK** LLP | ***BRADFORD E. KLEIN |
| JONATHAN M. ZAK | ATTORNEYS AT LAW | RONALD M. ARLAS |
| GWEN H. RIBAR | | AVI N. PHILLIPS |
| JONATHAN D. FINK | | ANN NANO MCNAMARA |
| CHARLES C. MCKENNA | | MICHAEL J. GILLIGAN |
| DANA JONATHON NITZ** | Main Office | **CHELSEA A. CROWTON |
| PATRICIA L. PENNY | 4665 MacArthur Court, Suite 200 | TANYA C. MCCULLAH |
| RICHARD D. SIMPSON, Jr. | Newport Beach, CA 92660 | */***JOY B. THOMAS |
| NICHOLAS G. HOOD | Main Phone: (949) 477-5050 | ***KIM R. LEPORE |
| PETER M. WATSON | Main Fax: (949) 477-9200 | KRISTINA M. PELLETIER |
| JAMES J. RAMOS | Email Fax: (949) 608-9142 | DANIEL A. VALENZUELA |
| MAGDALENA D. KOZINSKA | | JENNIFER A. BRADY |
| HELEN CAYTON | Northern California Office | **/+++R. SAMUEL EHLERS |
| NICHOLE L. GLOWIN | 907 Sir Francis Drake Blvd. | MICHAEL R. ASATOURIAN |
| CHRISTOPHER L. BENNER+** | Kentfield, CA 94904 | ****RENEE M. PARKER |
| RAYMOND A. JEREZA* | Direct Phone: (415) 230-4350 | TODD R. WHITEHORN |
| RUBY J. CHAVEZ | Main Phone: (949) 477-5050 | MARVIN B. ADVIENTO |
| NICOLE S. DUNN | Main Fax: (949) 608-9142 | |
| JOSHUA R. HERNANDEZ | | *Also Admitted in Nevada |
| KATHRYN A. MOORER | Nevada Office | **Admitted only in Nevada |
| TODD E. CHVAT | 5532 S. Fort Apache Rd., Bldg. C, Suite 110 | ***Also Admitted in Arizona |
| | Las Vegas, Nevada 89148 | ****Also Admitted in Washington |
| www.wrightlegal.net | Main Phone: (702) 475-7964 | ++Also Admitted in Hawaii |
| | Fax: (702) 946-1345 | +Licensed Patent Attorney |
| Direct Dial: (949) 610-7023 | Arizona Office | +++Also Admitted in Utah |
| Email: rmparker@wrightlegal.net | 18444 N. 25th Ave., #420 | |
| | Phoenix, AZ 85023-1268 | |
| | Main Phone: (602) 845-8898 | |

**SENT VIA FIRST CLASS MAIL AND E-MAIL**

February 18, 2015

Mr. James Bigelow
7916 Southwind Circle
Huntington Beach, CA 92648

Re:  Case Name   : *Bigelow v. Green Tree Servicing, et al.*
     Case No.    : *3:14-cv-05798-BHS, United States District Court, Western District of Washington*

**RE: DEBT VALIDATION LETTER RECEIVED FEBRUARY 17, 2015**

Dear Mr. Bigelow:

Our firm is in receipt of the Debt Validation correspondence dated February 13, 2015. Please treat this letter as our acknowledgement, on Green Tree Servicing's behalf, of receipt of your correspondence.

Green Tree Servicing is working on obtaining this information, and we will provide a response timely.

Sincerely,
WRIGHT, FINLAY & ZAK, LLP

Renee M. Parker, Esq.