1  **WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995
2  Lukasz I. Wozniak, Esq., WSBA No. 47290
3  4665 MacArthur Court, Suite 200
Newport Beach, CA  92660
4  Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net
5
Attorney for GREEN TREE LOAN SERVICING LLC
6
7  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON (TACOMA)
8

| | |
|---|---|
| 9  JAMES A. BIGELOW | Case No.: 3:14-cv-05798 BHS |
| 10            Plaintiff, | |
| 11  vs. | **[PROPOSED] ORDER ON AMENDED MOTION FOR ENTRY OF DEFAULT** |
| 12  NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20, | |
| 15            Defendants. | |
| 16  GREEN TREE SERVICING, LLC, | |
| 18            Counter-Plaintiff, | |
| 19  vs. | |
| 20  JAMES A. BIGELOW and CAROLYN BIGELOW, husband and wife; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN, | |
| 23            Counter-Defendants. | |

| | |
|---|---|
| ORDER ON MOTION FOR DEFAULT ON COUNTER-COMPLAINT<br>WFZ File No.: 229-2013426 | Renee M. Parker (SBN 36995)<br>Wright, Finlay, & Zak, LLP<br>4665 MacArthur Blvd., Suite 200<br>Newport Beach, CA 92660<br>PH: (949) 477-5050/FAX: (949) 608-9142 |

1

THIS MATTER came on for hearing upon the *Motion on Entry for Default* filed by Counter-Plaintiff GREEN TREE SERVICING LLC, and the Court having considered the records and files herein,

Now therefore, BASED UPON the evidence presented, the Court finds that Counter-Defendants GREEN TREE SERVICING LLC is entitled to the requested entry for default as to James A. Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm Homeowners Association, Timothy Dietz, any other Current Occupant of the property, and any other party claiming any legal right or interest in the real property, as specified in the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE, as a matter of law.

BASED UPON the above finding, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The Motion for Default filed by GREEN TREE SERVICING LLC is GRANTED.

2. The Clerk is hereby notified to enter default against Cross-Defendants James A. Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm Homeowners Association , Timothy Dietz, and any other party claiming any legal right or interest in the real property, as specified in the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE.

Dated this _____ day of _____, 2015.

_____
Hon. Benjamin H. Settle

ORDER ON MOTION FOR DEFAULT
ON COUNTER-COMPLAINT

WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

# CERTIFICATE OF SERVICE

I, Steven E. Bennett, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On March 10, 2015, I served the within **[PROPOSED] ORDER ON AMENDED MOTION FOR ENTRY OF DEFAULT** on all interested parties in this action as follows:

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

Wells Fargo Bank, N.A.
c/o Corporation Service Company, Registered Agent For Service of Process
Attn: Juanita Huey
300 Deschutes Way SW., Suite 304
Tumwater, WA 98501

Oak Ridge Yelm Homeowners Association
Attn: Ruth Meenk – Designated Person
5120 Klahanie Dr. NW
Olympia, WA 98502

Timothy Dietz
10018 Cascadian Ave SE
Yelm, WA 98597

Current Occupant (All Persons or Parties Unknown Claiming Any Right, Title, Estate, Lien, Or Interest in The Property Described in The Complaint)
10018 Cascadian Ave. SE
Yelm, WA 98597

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

| | | |
|---|---|---|
| 1 | [X] | (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. |
| 4 | [ ] | (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se." |
| 9 | [ ] | (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. |
| 11 | [ ] | (BY NORCO DELIVERY SERVICE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Delivery Service with the delivery fees provided for. |
| 13 | [ ] | (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. |
| 14 | [X] | (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed on March 10, 2015 at Newport Beach, California.

*/s/ Steven E. Bennett*

Steven E. Bennett

---

2

CERTIFICATE OF SERVICE