**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for GREEN TREE LOAN SERVICING LLC

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20,<br><br>Defendants.<br><br>GREEN TREE SERVICING, LLC,<br><br>Counter-Plaintiff,<br>vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, husband and wife; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Counter-Defendants. | Case No.: 3:14-cv-05798 BHS<br><br>**AMENDED AFFIDAVIT OF RENEE M. PARKER, ESQ. OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** |

DECLARATION IN SUPPORT OF
MOTION FOR DEFAULT ON
COUNTER-COMPLAINT

WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

I, <u>RENEE M. PARKER</u>, declare as follows:

1. I am the attorney of record for Counter-Plaintiff GREEN TREE LOAN SERVICING LLC ("GREEN TREE"), have personal knowledge of the facts set forth in this matter, and am authorized to make this Affidavit for and on behalf of GREEN TREE;

2. I caused the COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE ("Counter-Complaint") to be filed on behalf of GREEN TREE on January 8, 2015 as Docket Item No. 26;

3. Examination of the court files and records in this case show that defendant James A. Bigelow was served with the Counter-Complaint on January 8, 2015 as evidenced by the CM/ECF Notice attached hereto as Exhibit A;

4. Examination of the court files and records in this case show that defendant Carolyn Bigelow was served by personal service with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit B;

5. <u>On March 10, 2015 Plaintiff James A. Bigelow notified counsel for Green Tree Servicing LLC that Carolyn Bigelow did not reside at the Subject Property, therefore Green Tree does not seek default against Carolyn Bigelow until her residence of record can be established and, if found to be different from the Subject Property, Carolyn Bigelow will be served with a new Summons and Complaint;</u>

6. Examination of the court files and records in this case show that defendant Wells Fargo Bank, N.A. was served by personal service with the Counter-Complaint on January 21, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit C;

7. Examination of the court files and records in this case show that defendant Oak Ridge Yelm Homeowners Association was served with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of Service of Summons" attached hereto as Exhibit D;

8. Examination of the court files and records in this case show that then unknown defendants, designated as all occupants of the real property specified in the Counter-Complaint,

---

DECLARATION IN SUPPORT OF
MOTION FOR DEFAULT ON
COUNTER-COMPLAINT

WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

1  were served with the Counter-Complaint on January 22, 2015 as evidenced by the "Proof of
2  Service of Summons" attached hereto as Exhibit E;
3       9.    A person purporting to be an occupant of the real property specified in the
4  Counter-Complaint, Timothy Dietz, filed a Notice of Appearance in the case on March 9, 2015
5  as Docket Item No. 50, but occupancy has not yet been verified;
6       10.   James A. Bigelow, Wells Fargo Bank, N.A., Oak Ridge Yelm Homeowners
7  Association, Timothy Dietz, and any other party did not file a responsive pleading.

I hereby declare under the penalty of perjury under the laws of the State of Washington that the foregoing statement is true and correct.

DATED this 10th day of March, 2015, at Newport Beach, CA.

Printed Name:  Renee M. Parker

Title:  Attorney for Green Tree Servicing LLC

---

DECLARATION IN SUPPORT OF
MOTION FOR DEFAULT ON
COUNTER-COMPLAINT

WFZ File No.: 229-2013426

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

5