Honorable Benjamin H. Settle

1

2

3

Thomas F. Peterson, WSBA #16587
SOCIUS LAW GROUP, PLLC
601 Union Street, #4950
Seattle, WA  98101
Tel: (206) 838-9100
Email: tpeterson@sociuslaw.com

4

5

6

*Attorneys for First American Title Insurance Co.*

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

11

JAMES A. BIGELOW,

12

Plaintiff,

13

v.

14

NORTHWEST TRUSTEE SERVICES, INC.;
GREEN TREE SERVICING, LLC;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
WRIGHT, FINLEY & ZAK, LLP; TICOR
TITLE COMPANY; NATIONWIDE TITLE
CLEARING; FIRST AMERICAN TITLE
INSURANCE COMPANY; RENEE
PARKER; and DOE DEFENDANTS 1 - 20,

15

16

17

18

19

Defendants.

20

CASE NO. 3:14-cv-05798-BHS

NOTICE OF APPEARANCE

*(Clerk's Action Required)*

21

22

Defendant First American Title Insurance Co. hereby enters its appearance by and

23

through its attorney, Thomas F. Peterson of Socius Law Group, PLLC, and directs that all

24

future pleadings or papers in the above-entitled cause, exclusive of original process, be

25

served upon its attorney at the address stated below.

26

NOTICE OF APPEARANCE

210598

-1-

Socius Law Group, PLLC

A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

1 DATED this 10th day of March, 2015.

2                                                          SOCIUS LAW GROUP, PLLC

3

4                                                          By /s/ Thomas F. Peterson

5                                                              Thomas F. Peterson, WSBA #16587
                                                           Attorneys for Defendant First American

6                                                          Title Insurance Co.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE                          -2-              Socius Law Group, PLLC
210598                                                       A T T O R N E Y S
                                                    Two Union Square • 601 Union Street, Suite 4950
                                                          Seattle, Washington 98101.3951
                                                            Telephone 206.838.9100
                                                            Facsimile 206.838.9101

DECLARATION OF SERVICE

I, Linda McKenzie, hereby declare under penalty of perjury and in accordance with the laws of the State of Washington, that on March 10, 2015, I electronically filed the foregoing and all supporting documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Plaintiff Pro Se*
James A. Bigelow
7916 Southwind Circle
Huntington Beach, CA  92648

[ ]   By United States Mail
[ ]   By Federal Express
[ ]   By Legal Messenger
[ ]   By Facsimile
[ ]   By Email
Email: sistermoonproductions@gmail.com

*Attorney for Green Tree Servicing, LLC
And MERS*
Renee M. Parker
Wright, Finlay & Zak, LLP
4665 Macarthur Court
Suite 280
Newport Beach, CA 92660

[ ]   By United States Mail
[ ]   By Federal Express
[ ]   By Legal Messenger
[ ]   By Facsimile
[ ]   By Email
Email: rmparker@wrightlegal.net

*Attorney for Northwest Trustee Services, Inc.*
Joseph H Marshall
RCO Legal, P.S.
13555 SE 36th Street
Suite 300
Bellevue, WA 98006

[ ]   By United States Mail
[ ]   By Federal Express
[ ]   By Legal Messenger
[ ]   By Facsimile
[ ]   By Email
Email: jomarshall@rcolegal.com

DATED this 10th day of March, 2015.

s/s Linda McKenzie
Linda McKenzie, Legal Assistant
Socius Law Group, PLLC
601 Union Street, #4950
Seattle, WA  98101
lmckenzie@sociuslaw.com

NOTICE OF APPEARANCE                    -3-

210598

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101