THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>     Plaintiff,<br><br>  vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; WRIGHT, FINLAY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1 – 20,<br><br>     Defendants. | Case No.:  3:14-cv-05798-BHS<br><br>**MOTION TO DISMISS COUNTER-CLAIM AND THIRD PARTY COMPLAINT DUE TO LACK OF JURISDICTION**<br><br><br>**<u>NOTED FOR MOTION CALENDAR</u>**<br>**MARCH 27, 2015** |
| GREEN TREE SERVICING, LLC,<br><br>     Counter-Plaintiff,<br><br>  vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, Husband and Wife; WELLS FARGO BANK, N.A.; OAK RIDGE YELM HOME OWNERS ASSOCIATION, a non-profit corporation; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTYY DESCRIBED IN THE COMPLAINT | |

MOTION TO DISMISS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

HEREIN,

Counter-Defendants.

NOW COMES the Counter-Defendant, James A. Bigelow, who files this Motion to Dismiss the GTS Counter-Claim for judicial foreclosure due to lack of jurisdiction and states as follows:

1. Alleged counsel for GTS has filed a counter-claim and third party complaint for a judicial foreclosure (Dkt. 26). Judicial foreclosures are a State issue and the District Court for Western Washington lacks jurisdiction. "The Superior Court shall have original jurisdiction in all cases at law which involve the title or possession of real property." (Washington State Constitution, Title IV, Section 6).

WHEREFORE, the Counter-Defendant, James A. Bigelow, moves this Court to dismiss the counter-claim and third party complaint for judicial foreclosure.

Dated this 11th Day of March, 2015

/s/ James A. Bigelow
James A. Bigelow

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 11th day of March, 2015.

/s/ James A. Bigelow
James A. Bigelow

MOTION TO DISMISS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568