1    Honorable Benjamin H. Settle

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
     AT TACOMA

8

JAMES A. BIGELOW,

9          Plaintiff,

10         v.

11   NORTHWEST TRUSTEE SERVICES, INC.;
     GREEN TREE SERVICING, LLC;
12   MORTGAGE ELECTRONIC
     REGISTRATION SYSTEMS, INC.;
13   WRIGHT, FINLEY & ZAK, LLP; TICOR
     TITLE COMPANY; NATIONWIDE TITLE
14   CLEARING; FIRST AMERICAN TITLE
     INSURANCE COMPANY; RENEE
15   PARKER; and DOE DEFENDANTS 1 - 20,

16         Defendants.

17   GREEN TREE SERVICING, LLC,

18         Counter-Plaintiff,
     vs.
19

JAMES A. BIGELOW and CAROLYN
20   BIGELOW, Husband and Wife; WELLS
     FARGO BANK, N.A.; OAK RIDGE YELM
21   HOME OWNERS ASSOCIATION, a non-
     profit corporation; and ALL PERSONS OR
22   PARTIES UNKNOWN CLAIMING ANY
     RIGHT, TITLE, ESTATE, LIEN, OR
23   INTEREST IN THE PROPERTY
     DESCRIBED IN THE COMPLAINT
24   HEREIN,

25         Counter-Defendants.

26

CASE NO. 3:14-cv-05798-BHS

CORPORATE DISCLOSURE OF
FIRST AMERICAN TITLE
INSURANCE COMPANY

CORPORATE DISCLOSURE                    -1-

210827

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

Pursuant to Fed. R. Civ. P. 7.1 the undersigned counsel for Defendant First American Title Insurance Company states as follows:

Defendant First American Title Insurance Company is a wholly-owned subsidiary of First American Financial Corporation. First American Financial Corporation is a publicly traded corporation (NYSE: FAF), which has no publicly-traded parent corporation, and no publicly-held company owns 10% or more of its stock.

DATED this 13th day of March, 2015.

SOCIUS LAW GROUP, PLLC


By /s/ Thomas F. Peterson
    Thomas F. Peterson, WSBA #16587
Attorneys for Defendant First American
Title Insurance Co.
601 Union Street, #4950
Seattle, WA  98101
Tel: (206) 838-9100
Email: tpeterson@sociuslaw.com

CORPORATE DISCLOSURE               -2-

210827

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101

DECLARATION OF SERVICE

I, Linda McKenzie, hereby declare under penalty of perjury and in accordance with the laws of the State of Washington, that on March 13, 2015, I electronically filed the foregoing and all supporting documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Plaintiff Pro Se*
James A. Bigelow
7916 Southwind Circle
Huntington Beach, CA 92648

[ ]  By United States Mail
[ ]  By Federal Express
[ ]  By Legal Messenger
[ ]  By Facsimile
[ ]  By Email

*Attorney for Green Tree Servicing, LLC*
*and MERS*
Renee M. Parker
Wright, Finlay & Zak, LLP
4665 Macarthur Court
Suite 280
Newport Beach, CA 92660

[ ]  By United States Mail
[ ]  By Federal Express
[ ]  By Legal Messenger
[ ]  By Facsimile
[ ]  By Email

*Attorney for Northwest Trustee Services, Inc.*
Joseph H Marshall
RCO Legal, P.S.
13555 SE 36th Street
Suite 300
Bellevue, WA 98006

[ ]  By United States Mail
[ ]  By Federal Express
[ ]  By Legal Messenger
[ ]  By Facsimile
[ ]  By Email

DATED this 13th day of March, 2015.

s/s Linda McKenzie
Linda McKenzie, Legal Assistant
Socius Law Group, PLLC
601 Union Street, #4950
Seattle, WA 98101
lmckenzie@sociuslaw.com

CORPORATE DISCLOSURE

210827

-3-

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101