1  **WRIGHT, FINLAY & ZAK, LLP**
   Renee M. Parker, Esq., WSBA No. 36995
2  Lukasz I. Wozniak, Esq., WSBA No. 47290
   4665 MacArthur Court, Suite 200
3  Newport Beach, CA  92660
   Tel: (949) 610-7023; Fax: (949) 477-9200
4  rmparker@wrightlegal.net

5
   Attorney for Defendants GREEN TREE LOAN SERVICING LLC, MORTGAGE
6  ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP and
   RENEE M. PARKER, ESQ.
7

8              **UNITED STATES DISTRICT COURT**
        **WESTERN DISTRICT OF WASHINGTON (TACOMA)**
9

10 | JAMES A. BIGELOW | Case No.: 3:14-cv-05798 BHS |

11 |          Plaintiff, |

12 | vs. | **ORDER GRANTING DEFENDANTS'** |
   |  | **MOTION TO STRIKE PLAINTIFF'S** |
13 | NORTHWEST TRUSTEE SERVICES, INC.; | **COMPLAINT FOR ANTI-SLAPP** |
   |  | **VIOLATIONS [RCW 4.24.525(4)]** |
14 | GREEN TREE SERVICING, LLC; |
   | MORTGAGE ELECTRONIC | Noting Date: April 10, 2015 |
15 | REGISTRATION SYSTEMS, INC.; and |
   | DOE DEFENDANTS 1-20 |
16 |
   |          Defendants. |
17 |

18

19

20        THIS MATTER came on for hearing upon the MOTION TO STRIKE PLAINTIFF'S

21 COMPLAINT FOR ANTI-SLAPP VIOLATIONS [RCW 4.24.525(4)] filed by Defendants

22 GREEN  TREE  SERVICING  LLC,  MORTGAGE  ELECTRONIC  REGISTRATION

23 SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ.

24 (erroneously sued as Renee Parker), and the Court having considered the records and files

25 herein,

26

27 [PROPOSED] ORDER ON MOTION TO          Renee M. Parker (SBN 36995)
   STRIKE SECOND AMENDED COMPLAINT          Wright, Finlay, & Zak, LLP
28 (ANTI-SLAPP)                          4665 MacArthur Blvd., Suite 200
                                              Newport Beach, CA 92660
   WFZ File No. 282-2014009           1  PH: (949) 477-5050/FAX: (949) 608-9142

1   Now therefore, BASED UPON the evidence presented, the Court finds that Defendants

2   GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION

3   SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ. are

4   entitled to their requested relief as a matter of law.

5   It is hereby ORDERED, ADJUDGED AND DECREED that:

6   1.   Plaintiff's Second Amended Complaint is hereby STRICKEN as to Defendants

7   GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION

8   SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ.;

9   2.   Plaintiff is ordered to timely pay Defendant Wright, Finlay & Zak, LLP

10  attorney's fees in the amount of $3,102.00 pursuant to 4.24.525(6)(a)(i);

11  3.   Plaintiff is ordered to timely pay Defendant Wright, Finlay & Zak, LLP an

12  additional $10,000.00 pursuant to RCW 4.24.525(6)(a)(ii); and

13  4.   Any other relief this Court deems proper.

14

15

16  Dated this _____ day of _____, 2015.

17

18  _____

19  Hon. Benjamin H. Settle

20  Presented by:

21  **WRIGHT, FINLAY & ZAK, LLP**

22

23  _____

    Renee M. Parker WSBA #36995
24  Attorneys for Defendants, GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M.
25  PARKER, ESQ. (erroneously sued as Renee Parker)

26

27  [PROPOSED] ORDER ON MOTION TO                    Renee M. Parker (SBN 36995)
    STRIKE SECOND AMENDED COMPLAINT                   Wright, Finlay, & Zak, LLP
28  (ANTI-SLAPP)                                    4665 MacArthur Blvd., Suite 200
                                                       Newport Beach, CA 92660
    WFZ File No. 282-2014009              2        PH: (949) 477-5050/FAX: (949) 608-9142

1

## DECLARATION OF SERVICE

2

The undersigned declares as follows:

3

   On March 13, 2015, I served the foregoing document: **ORDER GRANTING**

4

**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT FOR ANTI-**
**SLAPP VIOLATIONS [RCW 4.24.525(4)]** on interested parties in this action by placing a true

5

copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or
electronic service as follows:

6

7

**SERVICE VIA U.S. MAIL:**

8

CHAMBER COPY:
The Honorable Benjamin H. Settle

9

United States Courthouse
1717 Pacific Avenue, Room 3100

10

Tacoma, WA 98402 - 3200

11

**ELECTRONIC SERVICE:**

12

PLAINTIFF:

13

James A Bigelow
sistermoonproductions@gmail.com

14

15

   I declare under penalty of perjury under the laws of the State of Washington and the
United States of America that the foregoing is true and correct.

16

DATED this 13th day of March, 2015

17

18

_S. T. Bennett_

19

Steve Bennett

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON MOTION TO
STRIKE SECOND AMENDED COMPLAINT
(ANTI-SLAPP)

WFZ File No. 282-2014009

3

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142