THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; WRIGHT, FINLAY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1 – 20,<br><br>    Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>NOTE ON MOTION CALENDAR:<br>MARCH 27, 2015 |

    NOW COMES the Plaintiff, James A. Bigelow, in accordance with the provisions of Fed. R. Civ. Proc. 26(c), motions this Court for the entry of a Protective Order and states as follows:

1. In an effort to facilitate the exchange of confidential documents through formal discovery, the Plaintiff has proposed a Confidentiality Agreement to Defendants. Plaintiff submitted

MOTION FOR PROTECTIVE ORDER  
Case No.: 3:14-cv-05798-BHS

James A. Bigelow  
7916 Southwind Cir  
Huntington Beach California 92648  
360-790-2568

- 1 of 3 -

to all Defendants his proposed joint discovery report (Dkt 37). In the Plaintiff's proposed discovery report he proposed entering into a Confidentiality Agreement (see Dkt 27 ¶ 4(D)) but was met with resistance during the 26(f) conference.

2. On or about January 17, 2015, Plaintiff Once again addressed the issue of a confidentiality agreement with the Defendants through email but was met with aggressive resistance (see attachment 1). Attached to this was the Plaintiff's proposed Confidentiality Agreement (see attachment 2).

3. On or about February 11, 2015, Plaintiff once again attempted to gain the cooperation of Defendants to enter into a confidentiality agreement through email but received no response (see attachment 3).

4. Plaintiff has reasons to believe that without a confidentiality agreement or order, discovery will not be a smooth process and may require actions of the court, ultimately requiring the Plaintiff to motion this Court for additional time to conduct discovery.

WHEREFORE, the Plaintiff moves this Court to sign a Protective Order in order to simplify the discovery process.

Dated this 13th Day of March, 2015

_James A. Bigelow_
James A. Bigelow

### CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 13th day of March, 2015

MOTION FOR PROTECTIVE ORDER
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Cir
Huntington Beach California 92648
360-790-2568

*[signature: James A. Bigelow]*
James A. Bigelow

## VERIFICATION

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with California law, deposes and says:

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

*[signature]*
James A. Bigelow, Affiant

SWORN TO and subscribed before me this 13th day of March, 2015.

*[signature]*
Notary Public

JENNIFER ESCOBAR
Commission # 2068009
Notary Public - California
Sacramento County
My Comm. Expires May 12, 2018

My commission expires: 5/12/2018

MOTION FOR PROTECTIVE ORDER
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Cir
Huntington Beach California 92648
360-790-2568