# ATTACHMENT 1



Sister Moon Productions <sistermoonproductions@gmail.com>

## Confidentiality Agreement
4 messages

---

**Sister Moon Productions** <sistermoonproductions@gmail.com>  Sat, Jan 17, 2015 at 2:14 AM
To: Joseph Marshall <jhmarshall@rcolegal.com>, Renee Parker <rparker@wrightlegal.net>

I want to thank both of you for taking the time out of your day to confer on this 26f conference, I really appreciate your input and suggestions. However, after reviewing some of the changes offered, I would feel more comfortable with a Confidentiality Agreement. Attached to this email you will find a copy of my proposed Confidentiality Agreement.

 **Confidentiality Agreement - Draft.doc**
86K

---

**Renee M. Parker** <rparker@wrightlegal.net>  Tue, Jan 20, 2015 at 10:04 AM
To: Sister Moon Productions <sistermoonproductions@gmail.com>, Joseph Marshall <jhmarshall@rcolegal.com>

Mr. Bigelow,

Because we retain our right to all defenses of privilege I will not agree to execute this agreement. It is irrelevant in light of our right to retain all claims of privilege.

If you now suddenly do not agree to the 26(f) statement we 1) need another conference call (recommended), or 2) advise the Court that we could not reach agreement (not recommended), and/or 3) advise the Court and the state bar that you have a non-attorney preparer putting all of these documents together for you, and providing legal advice to you in the course of this litigation, and that after the fact this person has told you not to execute a document to which we all previously agreed. Please provide us with this person's full name.

<u>I will not file a joint document without agreement by all parties.</u> Please advise what you (or your non-attorney legal advisor) request for revisions to the document or how you want to proceed.

Thank you.


Regards,

Renee M. Parker
Associate Attorney

Licensed to practice in WA, OR and CA



**Wright, Finlay & Zak, LLP**

4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Main (949) 477-5050 Ext. 1022

Direct (949) 610-7023

Cell (760) 975-8004

Fax (949) 608-9142

*Wright, Finlay & Zak, LLP: Your Western Regional Counsel in California, Nevada, Arizona, Oregon, Washington, Utah and Hawaii*

For escalated communications on matters, please contact the associate's supervising attorney, Robin Wright at rwright@wrightlegal.net and (949) 477-5059.

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank you.

---

**From:** Sister Moon Productions [mailto:sistermoonproductions@gmail.com]
**Sent:** Saturday, January 17, 2015 2:14 AM
**To:** Joseph Marshall; Renee M. Parker
**Subject:** Confidentiality Agreement

I want to thank both of you for taking the time out of your day to confer on this 26f conference, I really appreciate your input and suggestions. However, after reviewing some of the changes offered, I would feel more comfortable with a Confidentiality Agreement. Attached to this email you will find a copy of my proposed Confidentiality Agreement.

---

**Joseph H. Marshall** <jhmarshall@rcolegal.com>   Tue, Jan 20, 2015 at 10:30 AM
To: "Renee M. Parker" <rparker@wrightlegal.net>, Sister Moon Productions <sistermoonproductions@gmail.com>

I agree a confidentiality statement is not necessary at this point; reserving the right to enter one later if needed.

Joseph H. Marshall
Attorney

Licensed to Practice Law in Washington

Direct: 425.458.2025
Fax: 425.974.3529
jhmarshall@rcolegal.com



PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, PLEASE BE ADVISED THAT WE ARE A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**From:** Renee M. Parker [mailto:rparker@wrightlegal.net]
**Sent:** Tuesday, January 20, 2015 10:04 AM
**To:** Sister Moon Productions; Joseph H. Marshall
**Subject:** RE: Confidentiality Agreement

Mr. Bigelow,

Because we retain our right to all defenses of privilege I will not agree to execute this agreement. It is irrelevant in light of our right to retain all claims of privilege.

If you now suddenly do not agree to the 26(f) statement we 1) need another conference call (recommended), or 2) advise the Court that we could not reach agreement (not recommended), and/or 3) advise the Court and the state bar that you have a non-attorney preparer putting all of these documents together for you, and providing legal advice to you in the course of this litigation, and that after the fact this person has told you not to execute a document to which we all previously agreed. Please provide us with this person's full name.

<u>I will not file a joint document without agreement by all parties.</u> Please advise what you (or your non-attorney legal advisor) request for revisions to the document or how you want to proceed.

Thank you.

Regards,

**Renee M. Parker**
Associate Attorney

Licensed to practice in WA, OR and CA



Wright, Finlay & Zak, LLP

4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Main (949) 477-5050 Ext. 1022

Direct (949) 610-7023

Cell (760) 975-8004

Fax (949) 608-9142

**Wright, Finlay & Zak, LLP: Your Western Regional Counsel in California, Nevada, Arizona, Oregon, Washington, Utah and Hawaii**

For escalated communications on matters, please contact the associate's supervising attorney, Robin Wright at rwright@wrightlegal.net and (949) 477-5059.

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank you.