# ATTACHMENT

# 3



Sister Moon Productions <sistermoonproductions@gmail.com>

## Confidentiality Agreement
1 message

**Sister Moon Productions** <sistermoonproductions@gmail.com>  
To: Renee Parker <rparker@wrightlegal.net>, Joseph Marshall <jhmarshall@rcolegal.com>

Wed, Feb 11, 2015 at 11:31 AM

It has come to my attention that without a confidentiality agreement, it increases your ability to prejudice me and makes it difficult, if not impossible, for me to conduct discovery. The confidentiality Agreement is more for the protection of documents that I may ask for from being disclosed to anybody other than myself. So, I am asking one more time for you to please agree to a confidentiality agreement so that I do not have to file a motion to compel. I have attached another copy of this agreement. Thank you for your time.

📄 **Confidentiality Agreement - Draft.doc**  
86K