After Recording Return to:
Nanci Lambert
Northwest Trustee Services, Inc.
P.O. Box 997
Bellevue, WA 98009-0997

## Appointment of Successor Trustee

FIRST AM 0608544
0114

File No. 7042.26476

James Bigelow and Carolyn Bigelow, husband and wife is/are the grantor(s), Chicago Title is the trustee and Mortgage Electronic Registration Systems, Inc. as nominee for Pierce Commercial Bank is the beneficiary under that certain deed of trust dated 04/24/07 and recorded on 04/27/07 under Thurston County, Washington Auditor's File No. 3922368.

The present beneficiary under said deed of trust appoints Northwest Trustee Services, Inc., a Washington corporation, whose address is P.O. Box 997, Bellevue, WA 98009-0997, as successor trustee under the deed of trust with all powers of the original trustee.

Green Tree Servicing LLC

By _____

STATE OF South Dakota )
                       )ss
COUNTY OF Pennington )

I certify that I know or have satisfactory evidence that David S Peters is the person who appeared before me, and said person acknowledged that (he/she) signed this instrument, on oath stated that (he/she) was authorized to execute the instrument and acknowledged it as the ___AVP___ of Green Tree Servicing LLC to be the free and voluntary act of such party for the uses and purposes mentioned in the instrument.

Dated: 5-14-12

Notary Public in and for the State of South Dakota
Residing at Pennington County
My appointment expires 9/19/17

NORTHWEST TRUSTEE SERVICES, INC.
P.O. BOX 997
BELLEVUE, WA 98009-0997
425-586-1900    FAX 425-586-1997

Client:   Green Tree Servicing LLC
Borrower: Bigelow, James and Carolyn

(Notary Seal: ALLISON STURIS, NOTARY PUBLIC, SEAL, SOUTH DAKOTA, COMMISSION EXPIRES)

Pages: 1

4266605
05/18/2012 12:49 PM   Miscellaneous
Thurston County Washington
DPS

EXHIBIT NO. 4
1 OF 1