BENEFICIARY DECLARATION
(NOTE HOLDER)
(Executed by Officer of Beneficiary)

Loan No. ▮▮▮▮1707
Property Address: 10018 Cascadian Avenue Southeast, Yelm, WA 98597

The undersigned, under penalty of perjury declares as follows:

Green Tree Servicing LLC is the actual holder of the promissory note or other obligation evidencing the above-referenced loan.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this 2nd day of April, 2014 in Tempe, Arizona.

Green Tree Servicing LLC, beneficiary

_____
By: Lee Riley
Its Foreclosure Specialist


OR _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


BENEFICIARY DECLARATION
(NOTE HOLDER)
(Attorney in Fact for Beneficiary)

Loan No. ▮▮▮▮1707

The undersigned, under penalty of perjury declares as follows:

Green Tree Servicing LLC is the actual holder of the promissory note or other obligation evidencing the above-referenced loan.

The trustee may rely upon the truth and accuracy of the averments made in this declaration.

Dated this ____ day of _____, 20___ in _____, _____.

Green Tree Servicing LLC, beneficiary
_____, its Attorney in Fact


_____
By _____
Its _____

NWTS #:7042.26476
Matter name: Bigelow, James and Carolyn

EXHIBIT NO. 5
1 OF 1