The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br> v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WRIGHT, FINLEY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1-20,<br><br>    Defendants. | Case No: 14-05798-BHS<br><br>**PROPOSED ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

THIS MATTER having come before the undersigned Judge on Defendant Northwest Trustee Service, Inc.'s ("NWTS") Motion to Dismiss for Failure to State a Claim, and the Court having considered said Motion and the pleadings and records in this case, it appears to the court that good cause for entry of this Order has been shown; now, therefore

PROPOSED ORDER GRANTING DEFENDANT
NORTHWEST TRUSTEE SERVICES, INC.'S
MOTION TO DISMISS FOR FAILURE TO STATE
A CLAIM – PAGE 1 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax: 425.458.2131

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant NWTS' Motion to Dismiss is GRANTED; it is further

ORDERED that the claims of Plaintiff James A. Bigelow against NWTS are dismissed in their entirety, with prejudice, and without leave to amend.

DATED this _____ day of _____, 2015.

_____
The Honorable Benjamin H. Settle

Presented by:

**RCO LEGAL, P.S.**

By /s/ Joseph H. Marshall
Joseph H. Marshall, WSBA No. 29671
Of Attorneys for Defendant Northwest Trustee Services, Inc.

PROPOSED ORDER GRANTING DEFENDANT NORTHWEST TRUSTEE SERVICES, INC.'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM – PAGE 2 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131