1  **WRIGHT, FINLAY & ZAK, LLP**
2  Renee M. Parker, Esq., WSBA No. 36995
   Lukasz I. Wozniak, Esq., WSBA No. 47290
3  4665 MacArthur Court, Suite 200
   Newport Beach, CA 92660
4  Tel: (949) 610-7023; Fax: (949) 477-9200
   rmparker@wrightlegal.net
5
6  Attorney for Defendants GREEN TREE LOAN SERVICING LLC, MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP and
7  RENEE M. PARKER, ESQ.

8  **UNITED STATES DISTRICT COURT**
   **WESTERN DISTRICT OF WASHINGTON (TACOMA)**
9

| | |
|---|---|
| 10  JAMES A. BIGELOW | Case No.: 3:14-cv-05798 BHS |
| 11              Plaintiff, | |
| 12  vs. | **ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP AND RENEE M. PARKER, ESQ** |
| 13  NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20 | |
| 17              Defendants. | Noting Date: April 10, 2015 |

18

19  THIS MATTER came on for hearing upon the *Motion to Dismiss Plaintiff's Second Amended Complaint* filed by Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP, and RENEE M. PARKER, ESQ. (*erroneously sued as* Renee Parker), and the Court having considered the records and files herein:

Now therefore, BASED UPON the evidence presented, the Court finds that Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION

27  [PROPOSED] ORDER ON MOTION TO
    DISMISS SECOND AMENDED
28  COMPLAINT

    WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

1

1  SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP, and RENEE M. PARKER, ESQ. are
2  entitled to dismissal as a matter of law.
3    BASED UPON the above finding, it is hereby ORDERED, ADJUDGED AND
4  DECREED that:
5    1. Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC
6  REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP, and RENEE M.
7  PARKER, ESQ.'s *Motion to Dismiss Plaintiff's Second Amended Complaint* is GRANTED
8  without further leave for Plaintiff to amend the Complaint.
9    2. Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC
10 REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP, and RENEE M.
11 PARKER, ESQ. are hereby DISMISSED with prejudice.

13 Dated this _____ day of _____, 2015.

15        _____
       Hon. Benjamin H. Settle

18 Presented by:
   **WRIGHT, FINLAY & ZAK, LLP**
19 
20 _____
21 Renee M. Parker WSBA #36995
   Attorneys for Defendants,
22 GREEN TREE SERVICING LLC,
   MORTGAGE ELECTRONIC
23 REGISTRATION SYSTEMS, INC.,
   WRIGHT, FINLAY & ZAK, LLP,
24 and RENEE M. PARKER, ESQ.

27 [PROPOSED] ORDER ON MOTION TO      Renee M. Parker (SBN 36995)
   DISMISS SECOND AMENDED        Wright, Finlay, & Zak, LLP
28 COMPLAINT             4665 MacArthur Blvd., Suite 200
                    Newport Beach, CA 92660
   WFZ File No. 282-2014009    2  PH: (949) 477-5050/FAX: (949) 608-9142

## DECLARATION OF SERVICE

The undersigned declares as follows:

On March 20, 2015, I served the foregoing document: **ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP AND RENEE M. PARKER, ESQ** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
CHAMBER COPY:
The Honorable Benjamin H. Settle
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402 – 3200

Timothy Dietz
10018 CASCADIAN AVE SE
YELM, WA 98597

**ELECTRONIC SERVICE:**
PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

NORTHWEST TRUSTEE SERVICES INC.:
Joseph H Marshall
jomarshall@rcolegal.com, kstephan@rcolegal.com

FIRST AMERICAN TITLE INSURANCE COMPANY:
Thomas F. Peterson
tpeterson@sociuslaw.com, lmckenzie@sociuslaw.com

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 20th day of March, 2015

*/s/ Steven E. Bennett*
Steven E. Bennett

| [PROPOSED] ORDER ON MOTION TO DISMISS SECOND AMENDED COMPLAINT | Renee M. Parker (SBN 36995)<br>Wright, Finlay, & Zak, LLP<br>4665 MacArthur Blvd., Suite 200<br>Newport Beach, CA 92660 |
|---|---|
| WFZ File No. 282-2014009    3 | PH: (949) 477-5050/FAX: (949) 608-9142 |