THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; WRIGHT, FINLAY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1 – 20,<br><br>    Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**AFFIDAVIT OF JAMES A. BIGELOW** |
| GREEN TREE SERVICING, LLC,<br><br>    Counter-Plaintiff,<br><br>vs.<br><br>JAMES A. BIGELOW and CAROLYN BIGELOW, Husband and Wife; WELLS FARGO BANK, N.A.; OAK RIDGE YELM HOME OWNERS ASSOCIATION, a non-profit corporation; and ALL PERSONS OR PARTIES UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTYY DESCRIBED IN THE COMPLAINT | |

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 1 of 3 -

HEREIN,

           Counter-Defendants.

Now comes the Affiant, James A. Bigelow, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

1. I have personal knowledge of the contents the Notice of Dispute (Dkt. 53) filed into the Court records March 10, 2015 and verify that this document is true and correct.

2. I have personal knowledge of the contents of the Motion in Opposition to the Motion for Entry of Default (Dkt. 57) filed into the Court record March 11, 2015 and verify that this document is true and correct.

3. I have personal knowledge of the contents of the Motion to Dismiss counter-claim and third party complaint (Dkt. 58) filed into the Court record March 11, 2015 and verify that this document is true and correct.

I hereby affirm that I have read and understood the foregoing Affidavit herein, and that the foregoing Affidavit is true and correct of my own personal knowledge.

Dated this 13th Day of March, 2015

_____
James A. Bigelow, Affiant

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 13th day of March, 2015.

_____

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

James A. Bigelow

## VERIFICATION

STATE OF CALIFORNIA

COUNTY OF ORANGE

BEFORE ME personally appeared James A. Bigelow who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is James A. Bigelow, Plaintiff herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
James A. Bigelow, Affiant

SWORN TO and subscribed before me this 13th day of March, 2015.

_____
Notary Public

JENNIFER ESCOBAR
Commission # 2068009
Notary Public - California
Sacramento County
My Comm. Expires May 12, 2018

AFFIDAVIT
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568