THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>      Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.;<br><br>GREEN TREE SERVICING, LLC.,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.,<br><br>DOE DEFENDANTS 1 - 20<br><br>      Defendants. | Case No.: 3:14-cv-05798-BHS<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** |

      This having come before the Court on Plaintiff James A. Bigelow Motion for Enlargement of Time, the Court having reviewed all pleadings filed related to the motion, and the Court having reviewed the pleadings and papers on file herein, it is hereby:

      ORDERED that Plaintiff James A. Bigelow's unopposed Motion for Enlargement of time to file his amended complaint by February 20, 2015 is GRANTED.

//

IT IS SO ORDERED.

Dated this 23rd day of March, 2015.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ James A. Bigelow

James A. Bigelow
7916 Southwind Cir
Huntington Beach California 92648
360-790-2568