The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICS, INC.; GREEN TREE SERVICING; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., <br><br> Defendants. | Case No.: 3:14-cv-05798 BHS <br><br> **JOINDER IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER BY DEFENDANTS GREEN TREE SERVICING, LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP, AND RENEE M. PARKER, ESQ** <br><br> Noting Date: March 23, 2015 |

COMES NOW, defendant Northwest Trustee Services, Inc. hereby joins in Green Tree Servicing, LLC, Mortgage Electronic Registration Systems, Inc.'s Opposition to Plaintiff's Motion for Entry of Protective Order.

DATED this 23 day of March, 2015.

**RCO LEGAL, P.S.**

By /s/ Joseph H. Marshall
Joseph H. Marshall, WSBA No. 29671
Of Attorneys for Defendant Northwest Trustee Services, Inc.

JOINDER IN OPPOSITION TO PLAINTIFF'S
MOTION FOR ENTRY OF PROTECTIVE ORDER
PAGE 1 OF 1
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131