The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, | ) |
|   Plaintiff, | ) Case No: 14-05798-BHS |
| v. | ) **DECLARATION OF SERVICE** |
| NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WRIGHT, FINLEY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1-20, | ) |
|   Defendants. | ) |

The undersigned makes the following declaration:

1. I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness herein.

2. On March 23, 2015 I caused a copy of the **Joinder in Opposition to Plaintiff's Motion for Entry of Protective Order by Defendants Green Tree Servicing, LLC, Mortgage Electronic Registration Systems, Inc., Wright, Finlay & Zak, LLP, and Renee M. Parker,**

DECLARATION OF SERVICE –
PAGE 1 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:    425.458.2131

1  **Esq.** to be served to the following in the manner noted below:

| | |
|---|---|
| James A. Bigelow<br>7916 Southwind Circle<br>Huntington Beach, CA  92648<br><br>*Pro Se* Plaintiff | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  CM/ECF Electronic Notice |
| Renee M. Parker<br>Wright, Finlay & Zak, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA  92660<br><br>Attorneys for Defendants Green Tree Servicing, LLC and Mortgage Electronic Registration Systems, Inc. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  CM/ECF Electronic Notice |
| Thomas F. Peterson<br>Socius Law Group, PLLC<br>601 Union St., Suite 4950<br>Seattle, WA  98101<br><br>Attorneys for Defendant First American Title Insurance Co. | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[**X**]  CM/ECF Electronic Notice |
| Timothy Dietz<br>10018 Cascadian Ave. SE<br>Yelm, WA  98597<br><br>*Pro Se* Counter-Defendant | [**X**]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[  ]  CM/ECF Electronic Notice |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 23rd day of March, 2015.

                                               /s/  Kristine Stephan
                                               Kristine Stephan, Paralegal

DECLARATION OF SERVICE –
PAGE 2 OF 2
CASE NO. 3:14-cv-05798-BHS

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131