THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BIGELOW,

    Plaintiff,

vs.

GREEN TREE SERVICING, LLC,

    Defendant, Third-Party Plaintiff,

vs.

CAROLYN BIGELOW, *ET AL*,

    Third Party Defendant

Case No.: 3:14-cv-05798-BHS

**AFFIDAVIT OF JODY DIETZ**

Now comes the Affiant, Jody Dietz, a citizen of the United States and the State of Washington over the age of 21 years, and declares as follows, under penalty of perjury:

I currently reside at 10018 Cascadian Ave SE, Yelm, Washington, 98597. On or about January 22, 2015, I was interrupted by the sound of my doorbell. Taking time away from a project that I was working on with my daughter, I went to my front door to see who had rang my doorbell. I opened my front door to see a man standing there with a stack of papers. He

did not identify himself, or ask to speak to anyone, nor did he ask me who I was. He handed me a stack of papers and I asked him what the papers were. He told me that they were just papers from the bank. He was apparently in a hurry to leave and did not ask any questions whatsoever or say why the bank sent him to my address to deliver this stack of papers. He then left and I glanced at what he had handed me. I had no idea what these papers were but they looked like legal documents. I was now stressed out because I thought I did something wrong. I found it difficult re-engaging in the project I was working on with my five year old daughter. I shared these papers with my husband, Tim Dietz, when he returned home from work about an hour later He told me that there was one copy of a Counterclaim and Third-Party Complaint for Judicial Foreclosure, one copy of a Declaration of Military Search, and one copy of a Lis Pendens. He pointed out that there was no summons attached to this stack of papers so there was nothing we needed to do.

Dated March 23, 2015.

Jody Dietz

**CERTIFICATE OF SERVICE**

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., and Joseph H. Marshall, Esq.

Executed this 23rd day of March, 2015.

Jody Dietz

**VERIFICATION**

STATE OF WASHINGTON

AFFIDAVIT

Jody Dietz, Occupant
10018 Cascadian Ave SE
Yelm Washington 98597

COUNTY OF THURSTON

BEFORE ME personally appeared Jody Dietz who, being by me first duly sworn and identified in accordance with Washington law, deposes and says:

1. My name is Jody Dietz, Affiant herein.
2. I have read and understood the attached foregoing herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

*Jody Dietz, Affiant*

SWORN TO and subscribed before me this 23rd day of March, 2015.

Notary Public