The Honorable Benjamin H. Settle

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BIGELOW,

Plaintiff,

v.

NORTHWEST TRUSTEE SERVICE, INC.; GREEN TREE SERVICING, LLC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WRIGHT, FINLAY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; DOE DEFENDANTS 1-20;

Defendants.

No. 3:14-cv-05798-BHS

NOTICE OF APPEARANCE OF MATT ADAMSON ON BEHALF OF NATIONWIDE TITLE CLEARING

TO: Clerk of the Court

AND TO: All other counsel of record via ECF

Please take notice that Matt Adamson of Jameson Babbitt Stites & Lombard PLLC, hereby appears in the above-entitled action as attorneys for Defendant Nationwide Title Clearing. All further pleadings and papers, except original process, shall hereafter be served upon said attorneys.



JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1000
SEATTLE, WA 98104-4001
TEL 206 292 1994 FAX 206 292 1995

DATED this 31st day of March, 2015.

JAMESON BABBITT STITES
& LOMBARD, P.L.L.C.

By: */s/ Matt Adamson*
Matt Adamson, WSBA #31731
madamson@jbsl.com
801 2nd Avenue, Suite 1000
Seattle, WA 98104
Tel. 206.292.1994
Fax 206.292.1995
Attorneys for Defendant Nationwide Title Clearing



**JAMESON BABBITT STITES & LOMBARD, P.L.L.C.**
**ATTORNEYS AT LAW**
**801 SECOND AVENUE, SUITE 1000**
**SEATTLE, WA 98104-4001**
**TEL 206 292 1994 FAX 206 292 1995**

CERTIFICATE OF SERVICE

I, Laura Kondo, declare as follows:

1. I am a legal assistant with the law firm of Jameson Babbitt Stites & Lombard, PLLC, over the age of 18 years, a resident of the State of Washington, and not a party to this matter.

2. On March 31, 2015, I caused the foregoing Notice of Appearance of Matt Adamson on Behalf of Nationwide Title Clearing to be served upon all counsel of record automatically through the United States District Court ECF system.

I declare under penalty of perjury of the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED: March 31, 2015, at Seattle, Washington.

JAMESON BABBITT STITES & LOMBARD PLLC

/s/ Laura Kondo
Laura Kondo



JAMESON BABBITT STITES & LOMBARD, P.L.L.C.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1000
SEATTLE, WA 98104-4001
TEL 206 292 1994 FAX 206 292 1995