THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Inc.; WRIGHT, FINLAY & ZAK, LLP; TICOR TITLE COMPANY; NATIONWIDE TITLE CLEARING; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE PARKER; and DOE DEFENDANTS 1 – 20, <br><br> Defesndants. | Case No.: 3:14-cv-05798-BHS <br><br> **RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT FOR ANTI-SLAPP VIOLATIONS (DKT 60)** |

NOW COMES the Plaintiff, James A. Bigelow (Hereinafter "Mr Bigelow"), who submits this Response to Wright, Finlay,& Zak, LLP and Renee Parker, Esq. (Hereinafter collectively "Defendants") Motion to Strike Plaintiff's Complaint for Anti-SLAPP Violations, and states:

1. Mr. Bigelow objects to the Defendant's Motion to Strike Plaintiff's Complaint for Anti-SLAPP Violations (Dkt 60) which is procedurally improper, is meant to engage Mr. Bigelow, who is not an attorney, into legal sparring.

REPLY TO ANTI-SLAPP VIOLATIONS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 1 of 4 -

2. The Washington Anti-SLAPP Law is intended to protect [citizens of the State of Washington]. Defendants' are neither citizens of the State of Washington, nor do they reside in the State of Washington. RCW 4.24.525 is "based upon an action involving public participation [and] petition." Mr. Bigelow's civil complaint does not involve public participation and petition. Therefore, Defendant's cannot pretend to hide behind RCW 4.24.525. Defendant's are not entitled to any protections provided for in RCW 4.24.525

3. In March 2010, the Washington State Legislature passed its act limiting Strategic Lawsuits Against Public Participation (RCW 4.24.525). The new act fills a critical void in Washington's protection of free speech expression [and] petition rights. The Washington Act protects the free speech expressions of [Washington Citizens] by shielding them from meritless lawsuits designed only to incur costs and chill future expressions. Although the Washington Act shares many identical provisions with the California Statute, Washington's act does include important deviations from the California model. A review of the Washington Act's deviations reveal a specific intent to reject certain aspects of the California Law. Among these specific rejections is the California's Law's broader coverage of protected free expression. While California protects expression related to "issues of public *interest*," the Washington Act protects expression related only to "issues of public *concern*." Washington Courts interpreting this important provision should reject California case law and embrace the "public concern" test established by the United States Supreme Court in *Connick v Myers*, a test that already occupies solid ground in Washington case law.

4. Defendant's, in their arguments, are making legal conclusions that Mr. Bigelow's complaint is frivolous and is in retaliation. Mr. Bigelow alleges and believes that the

REPLY TO ANTI-SLAPP VIOLATIONS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

Defendants have acted on their own and without any authority from Green Tree Servicing (Hereinafter "GTS"), to such a degree that it was necessary to enjoin them into this action. All of which will be proved at trial.

5. The Defendants are trying to persuade this Court that is action is about an alleged debt. That could not be further from the truth. Mr. Bigelow's complaint is about all the Defendant's unlawful behavior related to the collection an alleged debt that GTS believes they are entitled to. Although Mr. Bigelow has asked for validation of this alleged debt, he is still not in receipt of any validation that entitles GTS to any payments from Mr. Bigelow. Mr. Bigelow sent a Qualified Written Request to GTS and received an alleged copy of a note endorsed to Country Wide Bank, N.A. Mr. Bigelow sent a debt validation notice to GTS and received an alleged copy of a note endorsed to Country Wide Bank, N.A. After Mr. Bigelow filed his complaint, Renee Parker, Esq. filed into the record a note that now somehow has a blank endorsement. This note differs from two alleged copies of a note sent directly from GTS. Somehow Defendant's believe that RCW 4.24.525 applies and that they are entitled to protection under RCW 4.24.525 without being a citizen of Washington State thus denying Mr. Bigelow his right to bring his case to trial and to prove that Defendants have acted on their own. Defendant's then proceed to argue the California Anti-Slapp law making improper use of California case law in the State of Washington. Enjoining Defendants has nothing to do with their filing of a judicial foreclosure. Enjoining Defendants has nothing to do with their alleged representation as counsel for any party. It is based upon their unauthorized misrepresentations which does not invoke any anti-SLAPP violation even in California.

REPLY TO ANTI-SLAPP VIOLATIONS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

6. The Defendants are attempting to engage in burden shifting without establishing by a required preponderance of evidence that naming them in a lawsuit is based upon activity by Mr. Bigelow that involves public participation [and] petition. See *Bevans v Myers*, Wash Court of Appeals (2014).

WHEREFORE, Mr. Bigelow moves this court Deny the Defendants Motion to Strike Mr. Bigelows Complaint for Anti-Slapp Violations (RCW 4.24.525), an award of $10,000 pursuant to RCW 4.24.525(6)(a)(ii) payable by each Defendant, and such additional relief as the Court determines to be necessary to deter repetition of the conduct and comparable conduct by others similarly situated.

Dated this 6th Day of April, 2015

/s/ James A. Bigelow
James A. Bigelow

### CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY under the laws of the State of Washington that the foregoing is true and correct and that a copy of the foregoing has been electronically provided to Renee M. Parker, Esq., Joseph H. Marshall, Esq., Thomas F. Peterson, Esq., and Matt Adamson, Esq.

Executed this 6th day of April, 2015.

/s/ James A. Bigelow
James A. Bigelow

REPLY TO ANTI-SLAPP VIOLATIONS
Case No.: 3:14-cv-05798-BHS

James A. Bigelow
7916 Southwind Circle
Huntington Beach CA 92648
360-790-2568

- 4 of 4 -