UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>              Plaintiff,<br><br>    v.<br><br>NORTHWEST TRUSTEE SERVICES, INC., et al.,<br><br>              Defendants. | CASE NO. C14-5798 BHS<br><br>ORDER |

      This matter comes before the Court on Counter Claimant Green Tree Servicing LLC's ("Green Tree") amended motion for default (Dkt. 54) and Plaintiff James A. Bigelow's ("Bigelow") motion for a protective order (Dkt. 62).

      On March 10, 2015, Green Tree moved for entry of default "Pursuant to Rule 44(a) of the Federal Rules of Civil Procedure." Dkt. 54 at 2. This rule of federal procedure does not authorize the Court to enter default. Moreover, motions for default are usually directed to the Clerk of the Court. Therefore, the Court **DENIES** the motion.

On March 14, 2015, Bigelow filed a motion for entry of a protective order. Dkt. 62. Bigelow requests that the Court enter the model protective order provided by the Court. *Id.* On March 20, 2015, Green Tree responded and objected to the entry of a protective order arguing that a protective order is premature because the parties have not engaged in discovery and that Bigelow seeks the protective order for improper purposes. Dkt. 68. The Court agrees with Green Tree and declines to enter the model protective order unless the parties stipulate to its entry. Therefore, the Court **DENIES** Bigelow's motion.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2015.

BENJAMIN H. SETTLE  
United States District Judge