| Attorney or Party without Attorney:<br>RENEE M. PARKER, ESQ., SBN: 36995<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MACARTHUR BOULEVARD, SUITE 200<br>NEWPORT BEACH, CA 92660<br>TELEPHONE No.: (949) 477-5050   FAX No. (Optional): (949) 608-9142   E-MAIL ADDRESS (Optional): | FOR COURT USE ONLY |
|---|---|
| Attorney for: Defendant GREEN TREE SERVICING LLC<br>Ref No. or File No.: 282-2014009 - Bigelow, James | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF WASHINGTON - TACOMA

Plaintiff: JAMES A. BIGELOW

Defendant: NORTHWEST TRUSTEE SERVICES, INC.; et al.

| AFFIDAVIT OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>3:14-cv-05798 BHS |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **CAROLYN BIGELOW**

Documents: SUMMONS ON A THIRD-PARTY COMPLAINT; COUNTERCLAIM AND THIRD-PARTY COMPLAINT FOR JUDICIAL FORECLOSURE; DECLARATION OF MILITARY SEARCH; LIS PENDENS

| Date | Time | Location | Results |
|---|---|---|---|
| 03/16/2015 | 06:15 pm | Home | NO ANSWER AT THE DOOR, NO CARS ON SITE. I PEGGED THE FRONT DOOR. THE GARAGE IS DETACHED FROM THE RESIDENCE. at: 20912 W. RICHMOND RD., BOTHELL, WA 98021 |
| 03/18/2015 | 09:00 am | Home | NO ANSWER AT THE DOOR, PEG STILL ON THE SAME SPOT, SEEMS LIKE NO ONE HAS COME IN OR OUT. at: 20912 W. RICHMOND RD., BOTHELL, WA 98021 |
| 03/18/2015 | 09:40 pm | Home | PER MALE OCCUPANT, HE RECOGNIZED THE SUBJECT'S NAME AND STATED THAT SHE WAS THE PREVIOUS OCCUPANT BUT MOVED OUT A YEAR AGO. at: 20912 W. RICHMOND RD., BOTHELL, WA 98021 |
| 03/25/2015 | 01:24 pm | | CLOSED OUT PER CLIENT. |

Fee for Service: 195.50
County: King
Registration No.: 1116404
Nationwide Legal, LLC
200 W. Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2400
www.nationwideasap.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 4, 2015.

Signature: _____
SARAH NELSON (Washington Process Server)

**AFFIDAVIT OF DUE DILIGENCE**

Order#: 2586772GE/DilFormat.mdl