Honorable Benjamin H. Settle

1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9   JAMES A. BIGELOW,                           CASE NO. 3:14-cv-05798-BHS

            Plaintiff,                          RESPONSE IN SUPPORT OF
10                                              DEFENDANT FIRST AMERICAN
        v.                                      TITLE INSURANCE COMPANY'S
11                                              UNOPPOSED MOTION TO
NORTHWEST TRUSTEE SERVICES, INC.;               DISMISS
12   GREEN TREE SERVICING, LLC;
MORTGAGE ELECTRONIC                             **Note on Motion Calendar:**
13   REGISTRATION SYSTEMS, INC.;
WRIGHT, FINLEY & ZAK, LLP; TICOR               **May 22,  2015**
14   TITLE COMPANY; NATIONWIDE TITLE
CLEARING; FIRST AMERICAN TITLE                 **Responses due: May 18, 2015**
15   INSURANCE COMPANY; RENEE
PARKER; and DOE DEFENDANTS 1 - 20,
16
            Defendants.
17   _____
GREEN TREE SERVICING, LLC,
18
            Counter-Plaintiff,
19
         vs.
20
JAMES A. BIGELOW and CAROLYN
21   BIGELOW, Husband and Wife; WELLS
FARGO BANK, N.A.; OAK RIDGE YELM
22   HOME OWNERS ASSOCIATION, a non-
profit corporation; and ALL PERSONS OR
23   PARTIES UNKNOWN CLAIMING ANY
RIGHT, TITLE, ESTATE, LIEN, OR
24   INTEREST IN THE PROPERTY
DESCRIBED IN THE COMPLAINT
25   HEREIN,

            Counter-Defendants.
26   _____

RESPONSE IN SUPPORT OF DEFENDANT                     Socius Law Group, PLLC
FIRST AMERICAN TITLE INSURANCE                    A T T O R N E Y S
COMPANY'S UNOPPOSED MOTION TO              Two Union Square • 601 Union Street, Suite 4950
DISMISS; CASE NO. 3:14-cv-05798-BHS      -1-         Seattle, Washington 98101.3951
                                                        Telephone 206.838.9100
221717.doc                                              Facsimile 206.838.9101

1       Defendant First American Title Insurance Company ("First American") has received

2  no response to its Motion to Dismiss set for hearing on May 22, 2015.  It appears that the

3  Motion is unopposed.

4       Plaintiff's opposition to First American's Motion to Dismiss was due on May 18,

5  2015.  On May 20, 2015, Plaintiff filed a forty-one page document entitled "Memorandum of

6  Law Supporting an Opposition to a Motion to Dismiss," approximately forty pages of which

7  are copied directly from an irrelevant third-party memorandum Plaintiff did not author.

8  Nowhere in the document does Plaintiff address First American's Motion to Dismiss or even

9  mention First American.  At forty-one pages, the document significantly violates the twenty-

10  four page limit imposed by LCR 7(e)(3).  Plaintiff uses single-spaced text in the majority of

11  the document.  Were the document appropriately double-spaced pursuant to LCR 10(e), it

12  appears that the document would exceed at least sixty (60) pages, none of which reference

13  First American or First American's Motion to Dismiss.

14       Therefore, First American asks the Court to grant its Motion to Dismiss.

15

16       DATED this 22nd day of May, 2015.

17  SOCIUS LAW GROUP, PLLC        SOCIUS LAW GROUP, pllc

18

19  By /s/ Thomas F. Peterson        By /s/ Joshua D. Krebs

20  Thomas F. Peterson, WSBA #16587    Joshua D. Krebs, WSBA #47103
Attorneys for Defendant First American   Attorneys for Defendant First American

21  Title Insurance Co.           Title Insurance Co.
    601 Union Street, #4950       601 Union Street, #4950

22      Seattle, WA  98101          Seattle, WA  98101
      Tel: (206) 838-9100         Tel: (206) 838-9100

23      Email: tpeterson@sociuslaw.com     Email: jkrebs@sociuslaw.com

24

25

26  RESPONSE IN SUPPORT OF DEFENDANT
FIRST AMERICAN TITLE INSURANCE              Socius Law Group, PLLC
COMPANY'S UNOPPOSED MOTION TO          A T T O R N E Y S
DISMISS; CASE NO. 3:14-cv-05798-BHS   -2-   Two Union Square • 601 Union Street, Suite 4950
                                               Seattle, Washington 98101.3951
221717.doc                                     Telephone 206.838.9100
                                               Facsimile 206.838.9101

DECLARATION OF SERVICE

I, Minna Amit, hereby declare under penalty of perjury and in accordance with the laws of the State of Washington, that on May 22, 2015, I electronically filed the foregoing and all supporting documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| *Plaintiff  Pro Se* | [ ] | By United States Mail |
| James A. Bigelow | [ ] | By Federal Express |
| 7916 Southwind Circle | [ ] | By Legal Messenger |
| Huntington Beach, CA  92648 | [ ] | By Facsimile |
| | [ ] | By Email |
| | | |
| *Attorney for Green Tree Servicing, LLC* | [ ] | By United States Mail |
| *MERS, Wright Finlay & Zak, LLP and Renee* | [ ] | By Federal Express |
| *M. Parker* | [ ] | By Legal Messenger |
| Renee M. Parker | [ ] | By Facsimile |
| Wright, Finlay & Zak, LLP | [ ] | By Email |
| 4665 Macarthur Court, Suite 280 | | |
| Newport Beach, CA 92660 | | |
| | | |
| *Attorney for Northwest Trustee Services, Inc.* | [ ] | By United States Mail |
| Joseph H Marshall | [ ] | By Federal Express |
| RCO Legal, P.S. | [ ] | By Legal Messenger |
| 13555 SE 36th Street | [ ] | By Facsimile |
| Suite 300 | [ ] | By Email |
| Bellevue, WA 98006 | | |
| | | |
| *Attorney for Nationwide Title Clearing* | [ ] | By United States Mail |
| Matt Adamson | [ ] | By Federal Express |
| Jameson Babbitt Stites & Lombard, PLLC | [ ] | By Legal Messenger |
| 801 Second Avenue, #1000 | [ ] | By Facsimile |
| Seattle, WA  98104 | [ ] | By Email |
| | | |
| *Interested Person* | [ ] | By United States Mail |
| Timothy Dietz | [ ] | By Federal Express |
| 10018 Cascadian Avenue SE | [ ] | By Legal Messenger |
| Yelm, WA  98597 | [ ] | By Facsimile |
| | [ ] | By Email |

DATED this 22nd day of May, 2015.

s/s Minna Amit
Minna Amit, Legal Assistant
Socius Law Group, PLLC
601 Union Street, #4950
Seattle, WA  98101
mamit@sociuslaw.com

RESPONSE IN SUPPORT OF DEFENDANT
FIRST AMERICAN TITLE INSURANCE
COMPANY'S UNOPPOSED MOTION TO
DISMISS; CASE NO. 3:14-cv-05798-BHS          -3-

221717.doc

Socius Law Group, PLLC
A T T O R N E Y S
Two Union Square • 601 Union Street, Suite 4950
Seattle, Washington 98101.3951
Telephone 206.838.9100
Facsimile 206.838.9101