**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorney for Defendants GREEN TREE LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP and RENEE M. PARKER, ESQ.

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

| | |
|---|---|
| JAMES A. BIGELOW<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOE DEFENDANTS 1-20<br><br>Defendants. | Case No.: 3:14-cv-05798 BHS<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT FOR ANTI-SLAPP VIOLATIONS [RCW 4.24.525(4)]**<br><br>Noting Date: June 16, 2015 |

THIS MATTER came on for hearing upon the MOTION TO STRIKE PLAINTIFF'S COMPLAINT FOR ANTI-SLAPP VIOLATIONS [RCW 4.24.525(4)] filed by Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ. (erroneously sued as Renee Parker), and the Court having considered the Motion for Reconsideration, and the records and files herein,

[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION

WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

1

Now therefore, BASED UPON the evidence presented, the Court finds that Defendants GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ. are entitled to their requested relief as a matter of law.

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendants' Motion for Reconsideration is GRANTED;

2. Plaintiff's Second Amended Complaint is hereby STRICKEN as to Defendants WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ.; and

3. Any other relief this Court deems proper.

Dated this _____ day of _____, 2015.

_____
Hon. Benjamin H. Settle

Presented by:
**WRIGHT, FINLAY & ZAK, LLP**

_____
Renee M. Parker WSBA #36995
Attorneys for Defendants, GREEN TREE SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY, & ZAK, LLP, and RENEE M. PARKER, ESQ. (erroneously sued as Renee Parker)

---

[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION

WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

2

# DECLARATION OF SERVICE

The undersigned declares as follows:

On _____, I served the foregoing document: **[PROPOSED] MOTION FOR RECONSIDERATION ON DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S COMPLAINT FOR ANTI-SLAPP VIOLATIONS [RCW 4.24.525(4)]** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage prepaid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

CHAMBER COPY:
The Honorable Benjamin H. Settle
United States Courthouse
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402 - 3200

**ELECTRONIC SERVICE:**

PLAINTIFF:
James A Bigelow
sistermoonproductions@gmail.com

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this _____ day of _____, 2015

_____
Steve Bennett

---

[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION

WFZ File No. 282-2014009

Renee M. Parker (SBN 36995)
Wright, Finlay, & Zak, LLP
4665 MacArthur Blvd., Suite 200
Newport Beach, CA 92660
PH: (949) 477-5050/FAX: (949) 608-9142

3