UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BIGELOW,

              Plaintiff,

     v.

NORTHWEST TRUSTEE SERVICES, INC., et al.

              Defendants.

CASE NO. C14-5798 BHS

ORDER SETTING BRIEFING SCHEDULE AND RENOTING PLAINTIFF'S MOTION FOR RECONSIDERATION

      This matter comes before the Court on Plaintiff James Bigelow's ("Bigelow") motion for reconsideration (Dkt. 93). The Court has considered the pleading filed in support of the motion and the remainder of the file and hereby renotes the motion for the reasons stated herein.

**I. PROCEDURAL HISTORY**

      On February 23, 2015, Bigelow filed an amended complaint against Defendants Green Tree Servicing, LLC, Mortgage Electronic Registration Systems, Inc., Renee Parker, and Wright, Finlay & Zak, LLP's ("Defendants"). Dkt. 44. On March 13, 2015,

ORDER - 1

Renee Parker and Wright, Finlay & Zak, LLP ("Attorney Defendants") moved to strike Bigelow's complaint in its entirety under Washington's Anti-SLAPP statute, RCW 4.24.525. Dkt. 60. On June 1, 2015, the Court denied the motion. Dkt. 92. On June 15, 2015, Attorney Defendants filed a motion for reconsideration. Dkt. 93. On July 16, 2015, the Court granted the motion. Dkt. 99.

On August 4, 2015, Bigelow filed a motion for reconsideration based on the recent ruling by the Washington Supreme Court that RCW 4.24.525 violates the Washington State Constitution. *See Davis v. Cox*, 351 P.3d 862, 864 (Wash. 2015).

## II. DISCUSSION

In light of Washington's Anti-SLAPP statute being declared unconstitutional, the Court will set a briefing schedule pursuant to the local rules. Local Rules, W.D. Wash. LCR 7(h)(3). The Attorney Defendants may file a response no later than August 18, 2015. Bigelow may file a reply no later than August 21, 2015. The Clerk shall renote the motion for reconsideration on the Court's August 21, 2015 calendar.

## III. ORDER

Therefore, it is hereby **ORDERED** that the Bigelow's motion for reconsideration is renoted and a briefing schedule is established as set forth herein.

Dated this 10th day of August, 2015.

BENJAMIN H. SETTLE
United States District Judge