**WRIGHT, FINLAY & ZAK, LLP**
Renee M. Parker, Esq., WSBA No. 36995
Lukasz I. Wozniak, Esq., WSBA No. 47290
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 610-7023; Fax: (949) 477-9200
rmparker@wrightlegal.net

Attorneys for GREEN TREE LOAN SERVICING LLC, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., WRIGHT, FINLAY & ZAK, LLP and RENEE M. PARKER, ESQ.

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| JAMES A. BIGELOW<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWEST TRUSTEE SERVICES, INC.; GREEN TREE SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WRIGHT, FINLAY & ZAK, LLP, TICOR TITLE COMPANY, NATIONWIDE TITLE INSURANCE COMPANY, RENEE PARKER, and DOE DEFENDANTS 1-20,<br><br>Defendants. | Case No.: 3:14-cv-05798 BHS<br><br>**REQUEST TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT-ATTORNEYS OPPOSITION TO MOTION FOR RECONSIDERATION FILED AS DOCKET NO. 103**<br><br>Noting Date: August 21, 2015<br><br>Without Oral Argument |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants WRIGHT, FINLAY, & ZAK, LLP ("WFZ"), and RENEE M. PARKER, ESQ., erroneously sued as Renee Parker ("Parker"), (hereinafter "Attorney Defendants" collectively), by and through their counsel of record, Renee M. Parker of Wright, Finlay & Zak, LLP, hereby submits this Request to Strike Plaintiff's Response to Attorney-Defendants' Response to Opposition to Motion for Reconsideration filed by Plaintiff on August 23, 2015 as Docket No. 103.

In the document entitled Order Setting Briefing Schedule and Renoting Plaintiff's Motion for Reconsideration ("Briefing Schedule") filed herein as Docket No. 101, this Court

-1-
REQUEST TO STRIKE PLAINTIFF'S RESPONSE TO OPPOSITION

1   issued the following dates and deadlines:

2   • Attorney Defendants' Opposition to Plaintiff's Motion for Reconsideration may be filed
      no later than August 18, 2015;

3

4   • Bigelow [Plaintiff] may file a reply no later than August 21, 2015.

    • The Clerk shall renote the motion for reconsideration on the Court's August 21, 2015
5     calendar.

6       Attorney Defendants complied with the Briefing Schedule and filed its Opposition on

7   August 18, 2015 as Docket No. 102; in this Opposition Attorney Defendants clearly opposed all

8   allegations in Plaintiff's Motion for Reconsideration filed as Docket No. 100, and proceeded to

9   establish why the Anti-SLAPP ruling in favor of the Attorney Defendants should remain intact.

10      However, Plaintiff did not comply with the Briefing Schedule.  His reply was filed on

11  August 23, 2015, which was two (2) full days after both the deadline to do so and the Court's

12  noting date.  Despite the Plaintiff's repeated and continuous reliance on his status as a "pro se"

13  litigant to obtain forgiveness for every error and omission he has committed, Plaintiff is not

14  absolved from compliance with this Court's orders and deadlines solely due to his choice to

15  forego legal representation by a licensed attorney.  Accordingly, Plaintiff should not be allowed

16  to file his Response after the noting date has passed.

17                          **III.  CONCLUSION**

18      Based on the foregoing reasons, the Attorney Defendants respectfully request that this

19  Court strike or otherwise ignore Plaintiff's Response to Attorney-Defendants' Response to

20  Opposition to Motion for Reconsideration filed by Plaintiff on August 23, 2015 as Docket No.

21  103.

22                                      Respectfully submitted,
                                        **WRIGHT, FINLAY & ZAK, LLP**

23  Dated: August 25, 2015        By:    _/s/ Renee M. Parker, Esq._

24                                      Renee M. Parker, Esq., WSBA No. 36995
                                        Attorneys for Defendants, GREEN TREE
25                                      SERVICING LLC, MORTGAGE
                                        ELECTRONIC REGISTRATION
26                                      SYSTEMS, INC. ("MERS"), WRIGHT,
                                        FINLAY, & ZAK, LLP, and RENEE M.
27                                      PARKER, ESQ. (_erroneously sued as Renee_
                                        _Parker_)
28

                                -2-

**DECLARATION OF SERVICE**

1

2 The undersigned declares as follows:

3     On _August 26_, 2015, I served the foregoing document: **REQUEST TO**
**STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT-ATTORNEYS OPPOSITION**
4 **TO MOTION FOR RECONSIDERATION FILED AS DOCKET NO. 103** on interested
5 parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage
prepaid, regular first class mail and/or electronic service as follows:
6

7 **SERVICE VIA U.S. MAIL:**
CHAMBER COPY:
8 The Honorable Benjamin H. Settle
United States Courthouse
9 1717 Pacific Avenue, Room 3100
10 Tacoma, WA 98402 – 3200

11 **ELECTRONIC SERVICE:**
PLAINTIFF:
12 James A Bigelow
13 sistermoonproductions@gmail.com

14 NORTHWEST TRUSTEE SERVICES INC.:
Joseph H Marshall
15 jomarshall@rcolegal.com, kstephan@rcolegal.com

16
FIRST AMERICAN TITLE INSURANCE COMPANY:
17 Thomas F. Peterson
tpeterson@sociuslaw.com, lmckenzie@sociuslaw.com
18

19 NATIONWIDE TITLE CLEARING:
Matthew T Adamson
20 madamson@jbsl.com,lkondo@jbsl.com

21
INTERESTED PARTIES:
22 Timothy Dietz
timthepostman@yahoo.com
23

24
    I declare under penalty of perjury under the laws of the State of Washington and the
25 United States of America that the foregoing is true and correct.

26 DATED this _26th_ day of _August_, 2015

27

28                   Steve Bennett

-3-

REQUEST TO STRIKE PLAINTIFF'S RESPONSE TO OPPOSITION