UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES A. BIGELOW,

        Plaintiff,

   v.

NORTHWEST TRUSTEE SERVICES, INC., et al.,

        Defendants.

CASE NO. C14-5798BHS

ORDER DISMISSING REMAINING CLAIMS AND CLOSING CASE

This matter comes before the Court on the Court's order to show cause (Dkt. 148) and Plaintiff James Bigelow's ("Bigelow") failure to respond.

On August 17, 2016, the Court ordered Bigelow to show cause why his remaining claims against Defendant Ticor Title Company should not be dismissed for failure to prosecute. Dkt. 148. As of the date of this order, Bigelow has failed to respond. Therefore, the Court **DISMISSES** these claims without prejudice, and the Clerk shall close this case.

**IT IS SO ORDERED**.

Dated this 7th day of September, 2016.

                              BENJAMIN H. SETTLE
                              United States District Judge