UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BIGELOW,<br><br>              Plaintiff,<br><br>     v.<br><br>NORTHWEST TRUSTEE SERVICES, et al.,<br><br>              Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. CV14-5798BHS |

**XX**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Now, therefore, the Court has **ORDERED** that Defendants' motion for summary judgment (Dkt. 130) is **GRANTED.** Judgment entered in favor of Defendants.

Dated this 7th day of September, 2016.

William M. McCool
Clerk of Court

_Gretchen Craft_
Gretchen Craft, Deputy Clerk

Judgment - 1