# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

JAMES A. BIGELOW

      Plaintiff(s),

v.

NORTHWEST TRUSTEE SERVICES, INC., et al.

      Defendant(s).

NOTICE OF CIVIL APPEAL

C14-5798BHS
(Case Number)

HONORABLE BENJAMIN H. SETTLE
(District Court Judge)

Notice is hereby given that JAMES A. BIGELOW
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

ORDER DISMISSING REMAINING CLAIMS AND CLOSING CASE
(Name of Order/Judgment)

entered in this action on Sep 7, 2016
(Date of Order)

JAMES A. BIGELOW, PRO SE
16720 6TH AVE W #H101
LYNNWOOD WA 98037-8181
360-790-2568

Sep 26, 2016

Dated

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*