

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

October 06, 2016

| | |
|---|---|
| No.: | 16-35809 |
| D.C. No.: | 3:14-cv-05798-BHS |
| Short Title: | James Bigelow v. Northwest Trustee Services Inc, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 docketing and filing fees is past due.** Failure to correct this deficiency **within 14 days** will result in the dismissal of this case for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the District Court.

**Appellants who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES A. BIGELOW, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NORTHWEST TRUSTEE SERVICES INC, <br><br> Defendant, <br><br> and <br><br> GREEN TREE SERVICING LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TICOR TITLE CO.; WRIGHT, FINLAY & ZAK, LLP; NATIONWIDE TITLE CLEARING, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; RENEE M. PARKER; DOES 1-20, <br><br> Defendants - Appellees. | No. 16-35809 <br><br> D.C. No. 3:14-cv-05798-BHS <br> U.S. District Court for Western Washington, Tacoma <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

**Thu., January 12, 2017**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

| | |
|---|---|
| **Mon., February 13, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Kathy Morris
Deputy Clerk