UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES A. BIGELOW,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>NORTHWEST TRUSTEE SERVICES INC,<br><br>        Defendant,<br><br> and<br><br>GREEN TREE SERVICING LLC; et al.,<br><br>        Defendants - Appellees. | No. 16-35809<br><br>D.C. No. 3:14-cv-05798-BHS<br>U.S. District Court for Western Washington, Tacoma<br><br>**ORDER** |

      A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

      Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

      This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Estela Urrutia
Deputy Clerk
Ninth Circuit Rule 27-7